UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAYE ZHENGXING )<br>20 Chesapeake Street, SE )<br>Apt. 33 )<br>Washington, DC  20032 )<br>)<br>　　　　Plaintiff, )<br>)<br>　　v. )<br>)<br>)<br>THE U.S. PATENT OFFICE )<br>Commissioner for Patents )<br>P.O. Box 1450 )<br>Alexandria, VA 22323- 1450 )<br>)<br>　　　　Defendant. )<br>) | Civil Action No. 07-1918 (RWR)<br>Electronic Case Filing |

## ENTRY OF APPEARANCE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney **Rhonda C. Fields** as counsel for the defendant in the above-captioned case.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　RHONDA C. FIELDS
　　　　　　　　　　　　　　　　　　　　United States Attorney's Office
　　　　　　　　　　　　　　　　　　　　Judiciary Center Building
　　　　　　　　　　　　　　　　　　　　555 4th Street, N.W. - Room E4804
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20530

December 18th, 2007