UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAYE ZHENGXING ) | |
| 20 Chesapeake Street, SE ) | |
| Apt. 33 ) | |
| Washington, DC  20032 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1918 (RWR) |
| ) | Electronic Case Filing |
| ) | |
| THE U.S. PATENT OFFICE ) | |
| Commissioner for Patents ) | |
| P.O. Box 1450 ) | |
| Alexandria, VA 22323- 1450 ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ENTRY OF APPEARANCE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney **Rhonda C. Fields** as counsel for the defendant in the above-captioned case.

Respectfully submitted,

_____/s/_____
RHONDA C. FIELDS
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W. - Room E4804
Washington, D.C. 20530

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __18th__ day of December, 2007, that a copy of the foregoing Entry of Appearance was served by First-Class mail; postage-prepaid to:

FAYE ZHENGXING
20 Chesapeake Street, SE
Apt. 33
Washington, DC  20032

_____/s/_____
RHONDA FIELDS
Assistant United States Attorney
555 4th St., N.W. Room 4804
Washington, D.C.  20530