Application No: 10/681,103

## The United States District Court for the District of Columbia

|  |  |  |
|---|---|---|
| FAYE ZHENGXING ) | | |
| 3736 10th Ave. ) | | |
| Apt. 2H ) | | |
| New York, NY 10034 ) | | |
| 212-567-2713 ) | | |
| ) | | |
| **Plaintiff** ) | | |
| ) | | |
| V. ) | Case No: 07-1918 | |
| ) | | |
| THE US PATENT OFFICE ) | Judge: RWR | |
| Commissioner for Patents ) | | |
| P.O. Box. 1450 ) | | |
| Alexandria, VA 22323-1450 ) | | |
| 571-272-0620 ) | | |
| ) | | |
| **Defendant** ) | | |
| ) | | |

### NOTICE ON TEMPORARY CHANGE OF ADDRESS

In order to take care of her 87-year-old father with serious diseases, Plaintiff of this case as numbered above, needs to temporarily change her address from 20 Chesapeake Street, SE, Apt. 33, Washington DC 20032 into 3736 10th Ave. Apt. 2H, New York, NY 10034. The phone number will be changed to 212-567-2713 or cell phone: 646-826-9930.

Dated: Jan. 2, 2008.

Faye Zhengxing, Ph.D.
3736 10th Ave. Apt. 2H
New York, NY 10034
Phone: 212-567-2713/646-826-9930



RECEIVED
JAN - 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1