Application No: 10/681,103

### The United States District Court for the District of Columbia

|  |  |
|---|---|
| ) | |

**FAYE ZHENGXING** )
3736 10th Ave. )
Apt. 2H )
New York, NY 10034 )
212-567-2713 )
)
      **Plaintiff** )
)
V. )
)
**THE US PATENT OFFICE** )
Commissioner for Patents )
P.O. Box. 1450 )
Alexandria, VA 22323-1450 )
571-272-0620 )
)
      **Defendant** )
)
)

RECEIVED

JAN - 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case No: <u>07-1918</u>

Judge: <u>RWR</u>

## PLAINTIFF'S MOTION FOR SUMMARY JUDGEMENT

Pursuant to LCvR 7.1 (h) of this court "Each motion for summary judgment shall be

accompanied by a statement of material facts as to which the moving party contends

there is no genuine issue, which shall include references to the parts of the record

relied on to support the statement," Plaintiff of this case numbered as above moves for

a summary judgment, because 1) there is no genuine issue as to any material fact and

plaintiff is entitled to a judgment as a matter of law; 2) Plaintiff's plight and

Defendant's civil obligations all demand effective complaint procedure and remedies.

Application No: 10/681,103

I.  There is no genuine issue as to any material fact:

This is a simple case based on the proposed finding of uncontroverted facts: After Plaintiff filed the application for patent (*see comp. att. 1*), Defendant granted the major inventor's petition to speed up its process in consideration of his age (*see compl. att. 2*). Defendant abandoned Plaintiff's application after the invention was published in 2005, which might have provoked infringement of right (*see compl. att. 3*), after Defendant informed Plaintiff that their application passed its examination (*on Defendant's phone record*) in 2005, and before the final patent certification was issued. If Plaintiff had not passed Defendant's examination, Defendant would not have given Plaintiff more time (beyond 6 months) to repeatedly revise its claims.

This position is based on 37 CFR **1.105** governed by 37 CFR **1.135** and **1.136**. *See MPEP § 710 et seq.* "Requirements for information under 37 CFR **1.105** made without an action on the merits should set a shortened statutory period of two months for reply. Applicant may extend the time period for reply **up to six months** in accordance with 37 CFR **1.136(a)**." Applicants further stated, "Our application deserves speedy processing, especially after you granted the petition of my father, the 86-year-old major inventor, "to make special" under the provision set forth in M. P. E. P. 708.02, IV." (*see compl. Att. 13, p. 1*).

In addition to stating the legal ground to support the fact that their application passed Defendant's examination, Plaintiff also proved the scientific ground that applicants did not and should not change their claims -- two claims on health pills, one supplemental claim for the liquid additive, and two supplemental claims on methods. (*see compl. att. 5, 17*), because these claims are interactive with each other and inseparable patentable designs or discoveries. In other words, they "set forth the best mode contemplated by the inventor of carrying out his invention" *See the first paragraph of 35 U.S.C. 112. (see compl. p 11-15).*

2

Since one application or specification can "conclude with one or more claims, particularly pointing out and distinctly claiming the subject matter which the applicant regards as his invention" (*See Second paragraph of 35 U.S.C. 112*), Defendant's repeated and self-contradictory restriction requirements are designed to cover up its unlawful practice in its examination. In fact, the Director stated, "Applicants then submitted an acceptable amendment on April 20, 2007 (*See compl. att. 16, p.2*). The "acceptable amendment" is fundamentally the same as that applicants submitted in 2005 which, according to Defendant's oral admission, passed Defendant's examination. As the primary Examiner Jon Pack admitted in 2007 that he could not explain the time wasted.

II. Plaintiff's plight and Defendant's civil obligations all demand effective complaint procedure and remedies:

The 87-year-old major inventor Dehou Fei has not only been coughing blood after he was diagnosed with lung cancer in 2005, he is also suffering from tuberculosis. Recently he was hospitalized at NY Presbyterian Hospital for two months. The loss of his patent on his invention based on his 20 odd years of research and experiment definitely inflicted a psychological trauma on him and further worsened his physical condition.

The vicious cycle is that his 9-month hospitalization abroad in 2005 deprived him of his Supplemental Security Income (SSI), his only income, and left him a pile of medical bills when he came back to the United States in Feb. 2006. His reapplication for SSI and his appeal were both denied without any legal ground. To help him survive, the NYC government granted him some public assistance such as rent payment and food stamps. But this kind of emergency help is in danger. A hearing will be rescheduled on his need of "temporary and disability assistance." *See att. 1*.

When the major inventor's daughter applicant Faye Zhengxing went to New York City to take care of her father in 2006, the NYC Housing Authority, manipulated by

3

the US attorney David Cohen, who has been doing his utmost to strangle this family financially, physically and politically, tried to find fault with her stay in her father's home. A hearing was thus scheduled. *See att. 2*. In their Occupant's Affidavit of Income, the major inventor and Faye Zhengxing presented the reasons and evidence on how and why Dehou Fei lost his SSI, the proof of his lung cancer and his medical bills. *See att. 3*. Faye Zhengxing also pointed out that she has been paying her $326.10 monthly maintenance fee for her own home in Washington DC over the past 5 years even after she was unlawfully terminated in 2001 and even she has not been living there for two years. Living with her father, therefore, was not for her financial gain, but for her father's health. In short, both of them are facing a crisis in survival.

In addition to the financial woe, Faye Zhengxing was also repeatedly attacked by electric waves directed by David Cohen, who manipulated US Patent Office to abandon their application. When she had heart and stomach trouble and called 911 on Oct. 30, 2007, both her father and she were forced by the local police into hospitals. A local policeman even broke into their home and put a pair of handcuff on Zhengxing to drag her into an ambulance. She was illegally detained for 50 days at NY Psychiatric Institute. *See att. 4*. During her detention, Zhengxing emailed Attorney General Mukasey for a formal investigation. *See att. 5*. After the hospital invited a senior psychiatrist Dr. Sarti to diagnose her, Zhengxing was discharged as he advised. A local doctor Rowen also agreed that Zhengxing had no mental illness but anxiety caused by the repeated torture.

Title 18 Section 2340 defines torture as (1) "an act committed by a person acting under the color of law specifically intended to inflict severe physical or mental pain or suffering (other than pain or suffering incidental to lawful sanctions) upon another person within his custody or physical control; (2) "severe mental pain or suffering" means the prolonged mental harm caused by or resulting from - (A) the intentional infliction or threatened infliction of severe physical pain or suffering; (B) the

4

administration or application, or threatened administration or application, of mind-altering substances or other procedures calculated to disrupt profoundly the senses or the personality;"

In view of the facts 1) the value of an invention lies mainly in its novelty and two years were wasted in Defendant's unlawful abandonment; 2) the 87-year-old major inventor, whose loss of the physical ability to promote and sell the patent or his death will ruin the value of the invention completely; 3) the abandonment of this application happened after the invention was published in 2005, which might have provoked infringement of right and the further delay in 2007 was intentional since the application actually passed the examination in 2005; 4) Plaintiff needs immediate relief to survive, Plaintiff requests respectfully her motion for summary judgment be granted.

Dated: Jan. 2, 2008.

Faye Zhengxing
3736 10th Ave.
Apt. 2H
New York, NY 10034
Phone: 212-567-2713
Cell: 646-826-9930



NEW YORK STATE
OFFICE OF TEMPORARY AND DISABILITY ASSISTANCE
40 NORTH PEARL STREET
ALBANY, NEW YORK   12243-0001

Eliot Spitzer
*Governor*

David A. Hansell
*Commissioner*

# NEW YORK STATE DEPARTMENT OF SOCIAL SERVICES

## OFFICE OF ADMINISTRATIVE HEARINGS

### NOTICE OF HOMEBOUND TELEPHONE HEARING

As you have been previously notified and because you have indicated to this office that you are unable to travel to a fair hearing at the regular hearing site, we are scheduling a homebound <u>telephone</u> hearing on your behalf.   A Notice of Scheduling is attached which indicates the date and time of the homebound telephone hearing.

If you have a morning appointment, you must be available at your telephone from 9:00 am to 12:00 Noon to accept a call from the Hearing Officer.  If you have an afternoon appointment, you must be available at your telephone from 1:00 pm to 4:00 pm to accept a call from the Hearing Officer.  You will be able to hear the agency's presentation over the telephone and you will have a chance to question the agency representative and any witnesses.  You will also have a chance on the telephone to tell your own side of the issue under review.  If during the course of the hearing, it becomes necessary for you to submit additional written documentation other than which you may have sent in before the hearing, the record will remain open and you will be given time after the close of the hearing for you to send us those documents by mail.

If you have a representative, your representative should appear at the hearing site on the date and time specified with any documents you wish entered into the record.  Your representative will have a chance to examine the agency file and to cross-examine the agency representative and any witnesses.

If you have any questions regarding the above procedures, you may call this office toll-free at 1-800-342-3334 for assistance and ask to speak with someone in the Homebound Telephone Hearing Unit.

Attachment

HOMEBOUND TELEPHONE HEARING



**NEW YORK CITY HOUSING AUTHORITY**
**LAW DEPARTMENT**
250 BROADWAY • NEW YORK, NY 10007
http://nyc.gov/nycha

AH. ②

7007 1490 0002 0272 3736

**TINO HERNANDEZ**
CHAIRMAN

**EARL ANDREWS, JR.**
VICE-CHAIRMAN

**MARGARITA LÓPEZ**
MEMBER

**VILMA HUERTAS**
SECRETARY

**DOUGLAS APPLE**
GENERAL MANAGER

**Ricardo Elias Morales**
General Counsel

481382-TD-2007
DEHOU FEI
DYCKMAN HOUSES
3736 TENTH AVENUE, APT. 2H
NEW YORK, NY 10034

**N O T I C E**

Vincent Nollez
165 Street Mark's Pl.,#10F
Staten Island, New York    10301

PLEASE TAKE NOTICE, that a recommendation has been made that your tenancy in the above apartment be terminated because of the following circumstances:

**SEE ATTACHED SPECIFICATION OF CHARGES**

A hearing on these charges will be held before a Hearing Officer designated by the New York City Housing Authority ("Authority") for that purpose at 250 Broadway, 2nd floor, Borough of Manhattan, New York City, on **January 4, 2008** at **9:30 a.m.**

You are requested to answer these charges, and to signify your intention to appear at the hearing, by a reply in writing addressed to New York City Housing Authority – Law Department, 7th Floor, Tenant Administrative Hearings Division, 250 Broadway, New York, N.Y. 10007, to be mailed not later than **December 14, 2007.**

If you have any questions, please call **212-306-3451.**

At the hearing you may appear in person with such witnesses as you may desire, **AND BE REPRESENTED BY COUNSEL OR OTHER REPRESENTATIVES OF YOUR CHOICE.** If you desire legal representation and cannot afford a lawyer, it is suggested that you contact one of the agencies which provide free legal services. A copy of the procedures covering these proceedings is enclosed for your information.

IT IS IMPORTANT THAT YOU REALIZE THAT THIS HEARING WILL BE THE ONLY OPPORTUNITY TO BE HAD, THAT THE DETERMINATION BASED THEREON MAY RESULT IN YOUR EVICTION, AND THAT SUCH DETERMINATION MAY NOT BE CHALLENGED IN THE LANDLORD-TENANT COURT. ACCORDINGLY, IF YOU FAIL TO CONTEST THE ABOVE CHARGES, YOU MAY REPLY TO THIS NOTICE AND APPEAR AT THE HEARING. OTHERWISE, YOU WILL BE DEEMED TO HAVE WAIVED YOUR RIGHT TO SUCH HEARING.

NEW YORK CITY HOUSING AUTHORITY
By: Robert Knapp
Director of Management

By: Irene Kambos
December 6, 2007

*Robert Knapp* ⓚ

Joyce Lazoff, Deputy General Counsel for Housi...

481382-TD-2007

DEHOU FEI
DYCKMAN HOUSES
3736 TENTH AVENUE, APT. 2H
NEW YORK, NEW YORK 10034

## SPECIFICATION OF CHARGES

### BREACH OF RULES AND REGULATIONS IN THAT:

1.    In violation of Paragraphs 5 and 12(b) of your New York
City Housing Authority ("Authority") Resident Lease Agreement,
you, DEHOU FEI, tenant of record, have permitted an
unauthorized occupant, to take up residence in your Authority
apartment since about year 2006, without obtaining prior
written consent of your Development's Housing Manager, as
required.

12/26/07

3736 10th Ave. Apt. 2H
New York, NY 10034
Phone & Fax: 212-567-271
Cell Phone: 646-826-9930

Dear Dyckman Office of NYCHA:

As the faxed form of NYCHA Occupant's Affidavit of Income is not clear, we, Dehou Fei, the lessee and his daughter Faye Zhengxing, who has been temporarily living at the address above, have to set forth our financial conditions truthfully as follows for your reference:

The lessee, Dehou Fei has lost his Supplemental Security Income (SSI), his only income, since Jan. 2007. No matter how he has stated the reason (hospitalization abroad) for failure to come back to US, his reapplication for SSI and his appeal were denied without any presentable legal ground. See Attachment 1.

It is through the assistance of Adult Protective Service of NYC that he received some public assistance such as rent payment, food stamps and some cash. See Attachment 2. For more details, you may contact the social worker of Adult Protective Service Ms. Grace Oladeru at 212-971-2673. In short, Dehou Fei's rent has been paid by the public assistance service over the past few months. Your record should have proved the truth as stated above. The lessee thus has been living very frugally to survive.

In last October, Dehou Fei filed a civil case against US Patent and Trademark Office for the damages in his patent application. If justice is rendered to Dehou Fei in time, he will be able to support himself financially soon.

Faye Zhengxing, lessee's daughter, came from Washington DC to temporarily live with her father in order to take care of Dehou Fei in Feb. 2006 after her farther was diagnosed with lung cancer in May 2005. Faye Zhengxing informed your office of her presence orally and through writing, but she was never asked to fill out a form for approval. Even our Occupant's Affidavit of Income submitted in Oct. 2006 clearly stated the truth again, but your office never stated any reason not to let her take care of her farther.

Faye Zhengxing was unlawfully terminated in Aug. 2001 and was wrongfully labeled as an "independent contractor." She thus lost her income and have not been able to receive any kind of public welfare, not even the unemployment compensation. She has been surviving through the help of her family and her own savings.

Fortunately the US Supreme Court ruled on her case (02-10717) in 2005 to protect her right and proved the top legal fraud committed by Dept. of Justice. It is based on the high court ruling that President Bush approved the compensation to settle this historic case (04-119 & 05-532 filed at US Court of Federal Claims) in 2005 and 2006. It is also her hope that she will receive justice soon to be financially independent.

In sum, both of us have to live very frugally and have to ask for public assistance to survive at this moment. And both of us hope to receive the long –time- over -due justice to be financially independent. We do not want to be the burden of NYC.

We will appreciate it very much if your office could urge NYC government and federal government to take actions as soon as possible to render us justice. Thank you.

If you have any questions, please feel free to contact us at the address above.


Sincerely,

Dehou Fei and Faye Zhengxing, Ph.D.

2



6/29/07                                3736 10th Ave. Apt. 2H
                                       New York, NY 10034
                                       Phone & Fax: 212-567-2713
                                       Cell Phone: 646-262-9930

## APPEAL FOR SSI REAPPLICATION
Re: Claim No: 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

Dear Social Security Administration Representative:

To my great dismay and disappointment, I learned that my re-application for Supplemental Security Income (SSI), the only income for my survival, was denied on June 12, 2007. I am appealing for my SSI claim according to the third item of eligibility categories under alien status: "Certain aliens who are blind or disabled and were lawfully residing in the US on August 22, 1996."

I.    My late wife and I came to the United States on May 30, 1996. We were lawfully admitted for permanent residency under Immigration and Nationality Act (INA). *See attachment 1.* Social Security Administration, therefore, approved our SSI in 2000 based on our legal alien status, our age, disability, and no other income. *See attachment 2.* Note: The date of entering the United States is a watershed in the specific policy since SSA regulation states: "IMPORTANT: If you entered the United States for the first time on or after August 22, 1996, then you may not be eligible for SSI benefits for the first five years as LAPR, even if you have 40 qualifying quarters of work." *See SSA web site.*

II.   In view of the guideline of SSI "Supplemental Security Income (SSI) is a Federal income supplement program funded by general tax revenues (not Social Security taxes): It is designed to help aged, blind, and disabled people, who have little or no income; and It provides cash to meet basic needs for food, clothing, and shelter." (See SSA website) I, still a legal permanent resident, 86-year-old, diagnosed with lung cancer, having no other income source or cash to meet basic needs for food, clothing and shelter, should be eligible for SSI again after the suspension based on my hospitalization abroad.

      More specifically, I am

      a) aged (over 65 years old). *See attachment 3*;

      b) disabled (diagnosis of lung cancer in China where I was hospitalized and diagnosed with lung cancer in 2005 and the diagnosis was confirmed in the Untied States in 2006. *See attachment 4, 5.* Disability is defined by SSA's regulation as "An individual age 18 and older is 'disabled' if he or she has a medically determinable physical or mental impairment, which results in the inability to engage in any substantial gainful activity; and can be expected to

result in death; or has lasted or can be expected to last for a continuous period of not less than 12 months." Not only my age 86 prevents me from engaging in any substantial gainful activity, my lung cancer also has reduced me to a weak, sick person with physical impairment. I am barely able to walk fast and for long. If the average survival period for a male lung cancer patient is 8 months, my life span is very limited now.

c) "With little or no income for basic needs such as food, clothing and shelter": My previous SSI was my only income for my daily basic needs. After my SSI was stopped because of my hospitalization in China from May 2005 to Feb. 2006, I could hardly pay my rent and my daughters have been paying for my rent for months. *See attachment 6.* I have no other social benefits, or income or free food and shelter. As I stated in my reapplication, my living with my daughter Gina Fay at 89-20 Apt. 5E Elmhurst, NY 11373 to avoid the pollution in my home had nothing to do with my normal financial situation. Even living with my daughter for a short period of time, I paid for my food and the utilities. In other words, I am financially completely independent and the address above is my real home. Without SSI, I will have nothing to live on. *See attachment 7.*

III. The regulation on suspension of SSI states, "Except for certain students temporarily abroad for study purposes or a child of military parents stationed abroad, an individual is not eligible for SSI benefits for any month during all of which he has been outside the United States. Once an individual has been outside the United States for 30 consecutive days or longer, he must be present in the United States for 30 consecutive days to be eligible for SSI benefits."

   a) My absence from the United States was not for any gainful activities such as business, employment or social activities. I was hospitalized for an emergency – a surgery on gallbladder—and I was bed ridden for months. At the same time, I was diagnosed with lung cancer in Shanghai, China in 2005. I could not simply come back to the US as I had planned. *See attachment 8.* Moreover, my lung cancer was caused by a federal poison – dioxin— after the federal agents came to poison our food and drinks in 2004. *See attachment 9.* These are all uncontested facts filed at US Court of Federal Claims (case no: 04-119 & 05-532). In fact, US Supreme Court ruled to protect my daughter's legal right in 2005 (case no: 02-10717) and to prove the top legal fraud committed in 2003.

   b) I came back to the United States on Feb. 10, 2006 as soon as I was discharged from the hospital. *See attachment 10.* After 30 consecutive days back in this country, I should have been eligible for SSI again since March 2006.

   c) My hospitalization left me a pile of medical bills. *See attachment 11 (only part of the health cost).* My increase in living cost, according to SSA regulation, should have allowed SSA to raise my SSI payment rather than denied my SSI

2

reapplication. *See attachment 12.* Moreover, even my medical insurance was stopped after my SSI was suspended in Jan. 2007 when I needed medical treatment the most for the deadly disease. *See attachment 13.*

I will be most grateful if SSA, in consideration of the legal ground and facts presented above, grants my appeal to resume my SSI in compliance with the US Constitution and international human right law, as well as my constitutional right, the right to life. *See Amendment 14 to US Constitution.*

Thank you.

Sincerely,

Dehou Fei

3

ATTACHMENT

1.  **Legal alien card**

2.  **Proof of my previous SSI**

3.  **Proof of date of birth**

4.  **Diagnosis of lung cancer**

5.  **Confirmation of lung cancer**

6.  **Bank account statement**

7.  **My real living cost and address**

8.  **Proof of hospitalization and date of discharge**

9.  **My daughter's letter explaining the cause of lung cancer**

10. **The date of arrival in US in 2006.**

11. **Medical bills**

12. **SSI's decision on increased payment based on cost of living**

13. **Proof of medical insurance suspended**

14. NYC Emergency aid

Attch. 1



# Social Security Administration
# **Supplemental Security Income**
## Notice of Change in Payment

Date: December 27, 2004
Claim Number: 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 AI

134   1220,M02,003,000661      000000661 01 AT     0.292

DEIHOU FEI
3736 10TH AVE
APT 2H
NEW YORK NY 10034-1855

*Type of Payment*
Individual--Age 65 or
Older

We are writing to tell you about changes in your Supplemental Security
Income payments. The following chart shows the SSI money due you for the
months we changed. As you can see from the chart, we are only changing your
payments for future months. The rest of this letter will tell you more about
this change.

We explain how we figured the monthly payment amounts shown below on the
last pages of this letter. The explanation shows how your income, other than
any SSI payments, affects your SSI payment. It also shows how we decided
how much of your income affects your payment amount. We include
explanations only for months where payment amounts change.

## Your Payments Will Be Changed As Follows:

| From | Through | Amount Due Each Month |
|------|---------|----------------------|
| January 1, 2005 | Continuing | $666.00 This includes $87.00 from the State of New York. |

## Why Your Payments Changed

We are sorry to learn of your loss. Please accept our sincere sympathy.
Before January 2005 we used the money received and things owned by MING
Y. HU in figuring the amount of SSI payments for you. Because of the death
of MING Y. HU in December 2004, your payments have been refigured.

后来另有一份通知,从07年
2月开始 SSI加20.00.该通知未找到.
(李)

See Next Page

SSA-L8151



**MEDICARE**     **HEALTH INSURANCE**

**1-800-MEDICARE (1-800-633-4227)**

NAME OF BENEFICIARY
**DEHOU FEI**

MEDICARE CLAIM NUMBER     SEX
**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-M**     **MALE**

IS ENTITLED TO     EFFECTIVE DATE
**HOSPITAL (PART A)**     **07-01-2004**
**MEDICAL (PART B)**     **06-01-2001**

SIGN ➡ *Dehou Fei*
RE

---

**B**ENEFIT NEW YORK STATE
IDENTIFICATION CARD
ID NUMBER    CARD NUMBER
TX19446S   600486 8819 2194 469 03

SEX / DOB
M    10/14/1920
NAME : LAST
FEI
NAME : FIRST/MI
DEHOU

IS01   600486
ACCESS NUMBER     SEQ#
8819 2194 469    03

*Dehou Fei*



AH. 5

另一位医生(白人)为我看病的诊断

22-May-2006

ALEC GOLDENBERG, MD
157 EAST 32ND STREET   2ND FL.
NEW YORK, NY  10016                    Re: Fei, Dehua
                                           990444574
                                           Acc: 3269912

Dear Doctor :

We are forwarding you the following consultation on your patient:

MRI Liver Wo Contrast                  Completed on: 20-May-2006

MRI Liver

Indication: lung cancer, evaluate for metastatic disease.

Comparison: none

Technique: An MRI of the liver was performed before and after
contrast.  Axial T2WI, axial in and out of phase T1 weighted
breath hold gradient echo, and axial and coronal Haste images were
obtained through the abdomen.  3-D volumetric fat suppressed T1
weighted breath hold gradient echo scans were obtained before and
4 times following the injection of intravenous gadolinium chelate.
3D reformatted images and MIPS were performed on an independent
workstation.

Findings:

The liver is normal in size and signal intensity and contains
multiple biliary radicals.  There is a 4.6 x 3.9 cm lesion in
the segment 5-6 anterior which has lobulated borders, T2
hyperintensity and peripheral nodular enhancement.    The patient
is status post cholecystectomy and there is mild intrahepatic and
extrahepatic biliary ductal dilation.  The portal vein and hepatic
veins are patent with hepatopedal flow in the portal vein.  The
spleen is normal in size.  The adrenal glands and pancreas are
unremarkable.  The kidneys contain bilateral renal cysts, some
with thin septations.  There is no lymphadenopathy or ascites.

Impression:

REVIEWED BY
ALEC GOLDENBERG, M.D.
MAY 2 4 2006

22-May-2006

ALEC GOLDENBERG, MD
157 EAST 32ND STREET  2ND FL.
NEW YORK, NY  10016

Re: Fei, Dehou
    D90444574
    Acc: 3259012

Large lesion in the segment 5,6 junction is consistent with a
hemangioma.

Multiple biliary hamartomas.

Thank you for referring this patient for consultation.

Sincerely yours,

STEPHEN DREW, MD
DANNY KIM, MD

T33:MT  23-May-2006

This report has been
electronically signed

REVIEWED BY
ALEC GOLDENBERG, M.D.
MAY 24 2006

# CHASE ◆

JPMorgan Chase Bank, N.A.
Northeast Market
P O Box 260180
Baton Rouge, LA 70826 - 0180

March 13, 2007 through April 11, 2007
Account Number: **000490609561901**

Att. 6

00032788 DDA 802 JB 10207 - NYN T 1 000000000 28 0000
DEHOU FEI
OR MING YAN HU
3736 10TH AVE APT 2H
NEW YORK NY 10034-1855



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| WebSite: | www.Chase.com |
| Service Center: | **1-800-935-9935** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

## SAVINGS SUMMARY    Chase Savings

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$438.40** |
| Deposits and Additions | 0.14 |
| **Ending Balance** | **$438.54** |
| Annual Percentage Yield Earned This Period | 0.39% |
| Interest Paid This Period | $0.14 |
| Interest Paid Year-to-Date | $0.58 |

You waived your Chase Savings monthly service fee by keeping a balance of $300.00 or more. 因存款太少另要收费,故再存入200

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$438.40** |
| 04/11 | Interest Payment | 0.14 | 438.54 |
| | **Ending Balance** | | **$438.54** |

AH. 7

5/16/07

3736 10th Ave. Apt. 2H
New York, NY 10034
Phone and Fax: 212-567-2713
Cell Phone: 718-205-8095

Dear SSA Representative:

Thank you for filling out the form for my application for SSI and giving me the chance to verify the information. However, I have to correct the following points on "Living Arrangements" on Page 2:

I have been living and paying for the apartment at the address above since 1999. Attached please find the copy of a recent bill. According to NYCHA's rule, I have been paying one third of my previous SSI as rent. So the $ 197 rent plus repair fee is a necessity in my living cost.

Though I am temporarily living with my daughter Gina Fay at the address above because of the pollution in my own home, I still have been paying around $ 300 for my food and part of utilities.

Please regard my current address (my daughter's home at 89-20 55th Ave. Apt. 5E, Elmhurst, NY 11373) irrelevant to my normal living arrangement, because I will move back to my home as soon as the pollution problem is solved.

My daughter's mortgage plus maintenance fee is about $1,200 rather than $400.

I would like to apply for food stamps since I don't have any now. I have no medical insurance now since my SSI was stopped in Jan. 2007.

I am very grateful to you for your fast processing of my application to help me out in my life. If you have any questions, please feel free to call me at 718-205-8095. Since I don't speak much English, you may also contact my daughter Faye Zhengxing at 646-826-9930.

Thank you.

Sincerely,

Dehou Fei

P.S.  please send me an application form for food stamps.  Thanks!

上海市黄浦区广场地段医院

## 出 院 小 结

科别 内  病室 214  床号 37  门诊号 月旅  住院号 3681

姓名 古泽泽  性别 女  年龄 86

入院日期 2006 年 1 月 11 日    出院日期 2006 年 2 月 10 日

| 门诊诊断 | 右肺Ca 呼吸衰竭 冠心病 |
| 入院诊断 | 右肺Ca 呼吸衰竭 冠心病 |
| 出院诊断 | 右肺Cc 呼吸衰竭 冠心病 |

入院时主要症状及体征: *（手写病历内容，难以辨认）*

主要化验结果: WBC 6.7×10^9/L HGB 90.8/g/L N 71.5% L 28.8% RBC 0.1/g 3.55×10... *（手写，难以辨认）*

特殊检查及主要会诊（注明日期及检查号）: 
2006.1.13 胸片(1491) 右肺肿瘤伴肺门淋巴结转移
2CEA  f正常范围内
B超: 肝右侧（结节性）

病程与治疗结果（注明手术名称;日期输血以及抢救情况）: *（手写，难以辨认）*

合并症: *（手写）*

出院时情况（症状与体征）: *（手写，难以辨认）*

出院后用药及建议: *（手写）*

治疗结果: 治愈、好转、未愈（包括无变化、恶化、其它:包括检查未治、转院、自动出院）

（如系死亡病历在与治疗结果栏内证明抢救情况死亡日期及死亡原因）
主治医师          住院医师          2006 年 2 月 10 日

Att. 9

12/22/06            3736 10 th Ave. Apt.2H

New York, NY 10034

Phone & Fax: 212-567-2713

Dear Social Security Administration Officer:

At 2 pm this afternoon we were waiting for your agency to explain to us the reason to cancel my father Dehou Fei's SSI after we made a telephone appointment last Monday. However, nobody called us. Finally I talked to Mr. Wilck at 1-800-772-1213 who advised my father to come to your agency to show his pass port. Since my 86-year-old father speaks only limited English, I am writing this letter to tell you why his short visit to China became a few months in the hospital in Shanghai and why he needs SSI to survive.

When my father went to Shanghai, China in May 2005, he planned only a short visit. But he had an emergency – a surgery on his gallbladder – and he was diagnosed with lung cancer. He was therefore hospitalized for a few months and had a pile of medical bills to pay. I contacted Medicare a few times to know that his medical cost in China was not covered by Medicare.[1] Attached please find the medical bills as proof.

If you know that my father's lung cancer was caused by dioxin, a poison used by a handful of federal agents who wanted to kill me for

---

[1] Medicare covers the medical cost in Mexico or Canada, but not other countries.

filing a lawsuit to expose many scandals in the government, you will know that my father is a victim too. To cancel his SSI is not humane. My mother died after she had a stroke caused by my fatal injury in Dec. 2004. To know the details about why and how our family was poisoned, please read the letter I sent to NY Senators or read my case at US Court of Federal Claims (05-532). All these are uncontested facts at court.

To understand the criminal context of my father's lung cancer is to understand his forced hospitalization in China and his pile of medical bills. Please reconsider this case in view of his financial situation – SSI is his only financial resource and his sickness was caused by a crime committed by some terrorists in the government. Now his SSI cancellation even caused trouble to keep his medical assistance. SOS!

If you need further information, please contact me at 646-826-9930. Thank you for serving the American people wholeheartedly.

Sincerely,

Faye Zhengxing, Ph.D.

签证 Visas                                                签证 Visas



Att. 10

1 4 5046205

中国人民解放军医疗费收费票据
（门急诊类）

中国人民解放军医疗收费明细单
（门急诊）诊医疗收费明细单

（2005）南字 0492551

内部核算管理联

（Total）
¥ 32,340.00

| 项　目 | 金　额 | 项　目 | 金　额 |
|---|---|---|---|
| 合　计 | ¥ 32,340.00 |  |  |
| 实　收 | （大写） |  |  |
| 医保支付 |  |  |  |

开票日期：

收费员：

P.1

上海市陶科医院

明细清单

姓名：

贾德厚

| 项目 | 名 称 | 数 量 | 金 额 |
|---|---|---|---|
| | （甲）OT | 1 | 3.50 |
| | （甲）氯化钠(0.9%) | 1 | 0.25 |
| | （乙）氨溴素 | 40 | 29.60 |
| | （乙）希克劳胶囊(合资) | 24 | 154.40 |
| | 一次性针筒（肌内注射）门诊 | 2 | 1.00 |
| | 1cc针筒 | 2 | 0.84 |
| | 脱落细胞 | 3 | 120.00 |
| | 结核菌涂片 | 2 | 30.00 |

日期：2005/05/17 15:54:31

0501010015015459

---

姓名： 贾德厚

0971007

| 项目 | 金额(元) |
|---|---|
| 化验费 | 30.00 |
| 检查费 | |
| 西药费 | 20.00 |
| 治疗费 | |

账户支付:321.19

附加支付:

现金支付中:分类自负18.40元   自负0.00元
自费0.00元 (不属于医保报销范围)

费用合计(大写)： 叁佰叁拾玖圆伍角玖分整

现金支付:18.40    纯费支付:

历年账户余额:3611.76

100971007

收款员： 678    136    日期： 2005/05/17 15:54   收款员:678    收款员:678

Total #339.59

中国人民解放军医疗单位专用收费票据

（住院费）    上海长征医院（2005）南字    No.0602547
85089644
市-096088

院址： 上海凤阳路415号    收费许可证号
电话： 63610109    0501020000430946

姓名： 费德潭    住院号： 366847

| 住院时间：自 | 2005-07-22 | 至 | 2005-10-15 |
|---|---|---|---|

以下收费属公费劳保医疗报销范围

| 项　目 | 金　额 | 项　目 | 金　额 |
|---|---|---|---|
| 牀位费 | 3,024.00 | 诊疗费 | 840.00 |
| 治疗费 | 3,835.00 | 护理费 | 878.00 |
| 卫材费 | 2,896.30 | 检查费 | 943.00 |
| 化验费 | 4,111.00 | 照片费 | 840.00 |
| 输氧费 | 468.00 | 输血费 | 7,592.00 |
| 西药费 | 23,649.55 | 中成药 | 12,067.00 |
| 草药 | 0.00 | 其他 | 0.00 |
| 小计（大写）陆万零玖佰叁拾伍元捌角伍分 | | ￥ | 60,935.85 |

以下收费不属公费劳保医疗报销范围

| 项　目 | 金　额 | 项　目 | 金　额 |
|---|---|---|---|
| 床位差价 | 0.00 | 空调取暖费 | 0.00 |
| 药品费 | 20,986.60 | 暖瓶脸盆 | 0.00 |
| 材料费 | 1,753.90 | 洗澡费 | 731.00 |
| 小计（大写）贰万叁仟肆佰柒拾柒元伍角整 | | ￥ | 23,477.50 |
| 合计（大写）捌万肆仟肆佰零柒元叁角伍分 | | ￥ | 84,407.35 |
| 预收金（大写）贰万柒仟伍佰元整 | | ￥ | 27,500.00 |

实收：

应退：

医保支付自负费用5,415.97    自费费用56,844.60定比自负5,229.90

账户支付0.00    统筹支付51,912.50    附加支付3,607.38

开票日期： 2005.10.15 09:19    收费员：陈云涛    历年帐户结余 0.00

Deposit & paid 28,88'7.47

*(handwritten annotations: "Subtotal", "Total", "Deposit & paid 28,887.47")*



上 海 市 黄 浦 区 博 物 地 段 医 院

住院(急诊观察室)医疗费专用收据

上海市收费许可证号:黄浦-046007号　　　票据购印证号:沪黄 042015 号
院址:成都北路 2960号020000521766　　　电话:63274331

No 0004561

单位名称:
姓　　名:费德厚　　　　　　　　　住院号:3582
住院期间:20051016  08:00
　　　　　20051123  09:41

| | | | | |
|---|---|---|---|---|
| 西 药 费: | 4992.79 | 摄 片 费: | 192.00 | |
| 中 成 费: | 0.00 | 输 血 费: | 0.00 | |
| 中 草 费: | 70.00 | 输 氧 费: | 0.00 | 第 |
| 住 院 费: | 1102.00 | 其 它 费: | 0.00 | 一 |
| 诊 疗 费: | 304.00 | 其中: | | 联 |
| 化 验 费: | 527.00 | 分类自负药品: | 288.41 | 收 |
| 治 疗 费: | 289.61 | 分类自负非药品: | 0.00 | 据 |
| 护 理 费: | 380.00 | 药品不可报部分: | 7.35 | 联 |
| 检 查 费: | 240.00 | 非药品不可报部分: | 17.50 | |
| 手 材 费: | 0.00 | 非行政费用合计: | 0.00 | |

费用合计(大写):　　　　　　　　　　　　　　8122.25　　　Total

捌仟壹佰贰拾贰元贰角伍分

预收款金额(大写):玖佰元整
实（收）款金额(大写):玖佰柒拾伍元整
分币金额(大写):伍分

其中:现金支付: 1875.05　　　　　　帐户支付: 0.00
　　　统筹支付: 0.00　　　　　　　附加支付: 6247.20

现金支付中:分类自负　288.41 元　　自负　1561.79 元
收款员:　　　　自费　24.85 元 (不属于医保报销范围)

2002126848
00170　　　　　　　　　　2005.11.23

中国人民解放军医疗单位专用收费票据

上海长征医院 (2005) 00386028

市 096038

(住院类)

院址: 上海市凤阳路415号    0501020000087936

电话: 63610109

姓名: 费德厚    住院号: 366847

| 住院时间: 自 | 2005-11-23 | 至 | 2006-01-11 | |
|---|---|---|---|---|

以下收费属公费劳保医疗报销范围

| 项 目 | 金 额 | 项 目 | 金 额 |
|---|---|---|---|
| 住院费 | 1,764.00 | 诊疗费 | 490.00 |
| 治疗费 | 235.00 | 护理费 | 490.00 |
| 卫材费 | 2,774.49 | 检查费 | 688.00 |
| 化验费 | 1,222.00 | 摄片费 | 1,694.00 |
| 输氧费 | 48.00 | 抽血费 | 0.00 |
| 西药费 | 23,843.34 | 中成药 | 1,892.80 |
| 中草药 | 0.00 | 其 他 | |
| 小计(大写) | 叁万伍仟壹佰肆拾壹元陆角叁分 | | 35,141.63 |

以下收费不属公费劳保医疗报销范围

| 项 目 | 金 额 | 项 目 | 金 额 |
|---|---|---|---|
| 床位差价 | 0.00 | | 0.00 |
| 药品费 | 1,239.72 | | 0.00 |
| 材料费 | 1,056.48 | | 66.00 |
| 小计(大写) | 贰仟叁佰陆拾贰元贰角整 | ¥ | 2,362.20 |
| 合计(大写) | 叁万柒仟伍佰零叁元捌角叁分 | ¥ | 37,503.83 |
| 预收金(大写) | 叁仟捌佰元整 | ¥ | 3,800.00 |
| 实收(大写) | 伍仟伍佰以拾元零伍角贰分(现金5,590.62) | | |

*Total deposit*

| 应退: | 自负费用(现金)7,028.32 | 自费费用(现金)1012.48 | 分类自负(网金)1349.72 |
|---|---|---|---|
| 医保支付: | 帐户支付 0.00 | 统筹支付 0.00 | 附加支付 28,113.31 |
| | | 收费员: 张银华 | 历年帐户结余 0.00 |

开票日期: 2006.01.11 09:49

报销凭证(翌年一季度前有效)



收款收据    №º 003593

Nursing Fee
Jan. 11 – 31.06
＄504.—

Nursing Fee
Oct 15 – 31, '05    456.00

№º 003899

Nursing Fee
Nov. 1 – 23, '05    528.00

№º 003921

*medicine* *2,510*    *P.8*

# 胞逆康质量信誉卡

时间: *08* 年 *6* 月 *26* 日

| 患者姓名 | 费德厚 | | 性别 | 男 | 年龄 | 80 | 病种 | 肺 |
|---|---|---|---|---|---|---|---|---|
| 家庭住址 | 河利 江川沱241弄50号402室 | | | | 邮编 | | 电话 | 13681964863 |
| 服用指导 | 3粒+60ml/次; 3次/日; 饭后服用 | | | | | | | |
| 单 价 | 2510元 | 购买数量 | 季疗程 | 金额 | 武仟伍佰武鐖元 | | | |
| 指导医生 | 郑 | | 备注 | 送0.5疗程 | 患者签字 | | | |

SOCIAL SECURITY
4292 BROADWAY
NEW YORK NY 10033

Social Security Administration
**Supplemental Security Income**
Notice of Change in Payment

*AH, 12*

*P.1*

Date:  November 28, 2004
Claim Number:  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 AS

134   B023,M4E,045,006842        000006842 01 AT        0.292

DEHOU FEI
3736 10TH AVE
APT 2H
NEW YORK NY 10034-1855

We are writing to tell you about changes in your Supplemental Security
Income payments.  The rest of this letter will tell you more about this change.

We explain how we figured the monthly payment amounts shown below on the
last page of this letter.  The explanation shows how your income and your
spouse's income, other than any SSI payments, affects your SSI payment.  It
also shows how we decided how much of your income and your spouse's income
affects your payment amount.  We include explanations only for months where
payment amounts change.

## Information About Your Payments



- The amount due you beginning January 2005 will be $486.50.  This
  amount includes $52.00 from the State of New York.

- The amount due you is being raised because the law provides for an
  increase in Supplemental Security Income payments in January 2005 if
  there was an increase in the cost-of-living during the past year.

## You Can Review The Information in Your Case

The decisions in this letter are based on the law.  You have a right to review
and get copies of the information in our records that we used to make the
decisions explained in this letter.  You also have a right to review and copy
the laws, regulations and policy statements used in deciding your case.  To do
so, please contact us.  Our telephone number and address are shown under the
heading "If You Have Any Questions."



See Next Page

SSA-L8151

## SSI Rules That Help You Work

We want to tell you about some special Supplemental Security Income (SSI) rules that can help you while you are working or if you begin working. These rules can help you get or keep Medicaid and may help you keep getting some SSI even though you are working.

## How Your SSI May Change If You Work

If you work full-time or part-time and make $65 or less each month, your SSI will usually not change. As the money you earn from your job goes up, your SSI will go down. However, if you have no other income (money or support), you can earn up to $1,416.99 a month and still get at least $1 in SSI.

## If You Stop Working or Start Earning Less

If you stop working or start earning less, please let us know right away. We can increase your SSI checks, or start your SSI and Medicaid again if they have stopped. You may not even have to file a new application.

## Medicaid

If you get Medicaid, it will usually continue as long as you get SSI. If your SSI stops because you begin earning too much money, you can often keep getting Medicaid as long as the following are true:

- You continue to be disabled or blind under our rules; and
- You can't pay your medical bills without Medicaid.

## If You Want To Know More

If you want to know more about these rules, contact any Social Security office and ask to speak to someone about work incentives.



XL0218 (09/97)

MEDICAL ASSISTANCE PROGRAMS
MAP CENTRAL OFFICE
330 WEST 34TH STREET
NEW YORK, NY 10001

NOTICE OF DECISION ON YOUR
MEDICAL ASSISTANCE.

*AH.13*

SE LE ENVIARA UNA COPIA EN ESPANOL DE ESTA
NOTIFICACION EN UN SOBRE APARTE

PROGRAM CODE = 500

| NOTICE NUMBER:<br>N031H02320 | DATE:<br>December 12, 2006 | | CASE NUMBER:<br>090108873C |
|---|---|---|---|

| OFFICE<br>500 | UNIT | WORKER<br>SDX00 | UNIT OR WORKER NAME<br>MAP CENTRAL | TELEPHONE NO.<br>888-692-6116 |
|---|---|---|---|---|

| AGENCY TELEPHONE NUMBERS | CASE NAME / AND ADDRESS |
|---|---|
| GENERAL TELEPHONE NO.  877-472-8411<br>FOR QUESTIONS<br>OR HELP<br>- - - - - - - - - - - - - - - - - - - - - - -<br>**OR** Agency Conference   212-630-0996<br><br>Fair Hearing<br>information and       212-630-0996<br>assistance<br><br>Record Access         212-643-3697<br><br>Child/Teen<br>Health Plan           888-692-8662 | ‖�991ց‖‖թ‖չ‖‖թ‖‖չ‖‖չ‖‖<br>FEI DEHOU<br>3736 10TH AVE, 2H<br>NEW YORK, NY 10034 |

IF YOU DO NOT AGREE WITH ANY DECISION EXPLAINED IN THIS NOTICE, YOU HAVE A RIGHT TO ASK US
FOR A CONFERENCE AND/OR ASK THE STATE FOR A FAIR HEARING. READ THE CONFERENCE AND/OR
FAIR HEARING SECTION TO SEE HOW TO ASK FOR A CONFERENCE AND/OR A FAIR HEARING.

## MEDICAL ASSISTANCE

```
***************************************************************************
*                                                                         *
* Even though you are no longer eligible for Medical Assistance, some members *
* of your case may be eligible for continuation/extension of their Medical   *
* Assistance coverage.  Please read this entire notice.                   *
*                                                                         *
***************************************************************************
```

We will discontinue Medical Assistance effective December 25, 2006.

You were granted Medical Assistance because you were eligible for SSI.  You are no
longer eligible for SSI and have been determined ineligible for MA-SSI.
If you were not actually granted SSI, you were granted Medical Assistance
incorrectly.  To reapply for Medical Assistance, you must complete an application
at your local Medicaid office.

This decision is based on Regulation 18 NYCRR 360-2.6 and 360-3.3.

## SERVICES AND OTHER INFORMATION

**Your NYS Common Benefit Identification Card:**

You should have a New York State Common Benefit Identification card.  Even though
you are no longer eligible for benefits, keep your card in a safe place.  The same
card will be used again if you become eligible for benefits in the future.

Attachment/¾

```
NQCS01 (P)   Case Composition - Suffix/Individual Summary        12/14/07
  Case #  Ctr U/W   MRS      FS Rent   248.00 RVI           Pg  1 of 01
008237522B 084 00000          PA Rent   215.00    Restriction
          Address                     City        Zip      Phone No.
3736 10TH AVE, APT 2H            NEW YORK     100360000 (    )-  -
      Case Name          LFLN     |    Case Name          LFLN
FEI DEHOU                SF-NET   |                        SF-NET
SUF 01 FS SUF 01 Case SNCA Lang SP E | SUF   FS SUF   Case    Lang SP
   Pg Stat    Type  Lang Read E  |     Pg Stat   Type  Lang Read
PA  AC                  TB Ind   | PA                   TB Ind
MA  AC        Parent    TB Date  | MA           Parent  TB Date
FS  AC        Ind  1    / /      | FS           Ind     / /
NEXT RECERT 07/04/09 ----------------------------------------------------
LAST PA RCT 09/04/07 LAST MA RCT   / /   Next check 12/19/07 Next ATP 01/04/08M
     Suffix            Individual Data                    Status  CA  S
Sel PA MA FS LN  CIN    First Name M    Last    Sex Birth  PA MA FS ES CD  P
   01 01 01 01 TX19446S DEHOU       FEI        M 10/14/20 AC AC AC 32 P
                                                 / /
                                                 / /
                                                 / /
                                                 / /
Next case #                                           CMD
```

```
NQCS5B (P)       PA Benefits Issued   06/01/07 Thru 12/29/07              12/14/07
                 Case # 008237522B  Center 084  Unit/Worker 00000    Page 03 of 03
                                                                    Reconciliation
S                     Issuance                              Rdm Dt Out Tell Vouch
e   Suf Ln --Date-- Cycle            Payment Payment          --Date--Status
l    T  Cd   Type      RTG  Benefit #  Amount  Period        Amount   Discr
1  01     10/18/07   B         99498210  107.50 10/19/07
   RE SP 10 SHELTER     PUC    EMRG IND         11/03/07    10/18/07    3
                                                           107.50

2  01     09/06/07          SP55688418  215.00 09/04/07
   PA SI 09 RENT-ARR    PUC  1 EMRG IND         10/18/07    09/17/07    3
                                                           215.00

3  01     09/05/07          E 80068702  394.00 07/04/07
   PA SI 31 PRIORENT    PUC  6 EMRG IND         09/03/07    10/26/07    3
                                                           394.00

            / /                         0.00   /  /
                       PUC    EMRG IND          /  /        / /

            / /                         0.00   /  /
                       PUC    EMRG IND          /  /        / /

   Enter number in Select column to View Grant Details
   Next Case:                Date Range: 06/01/07  Thru  12/29/07       CMD
```

```
NQCS5E (P)    Benefits Issued With Issuance Codes 40 10 99              12/14/07
                        06/01/07 thru 12/29/07                      Page 01 of 01
             Case # 008237522B  Center 084  Unit/Worker 00000      Reconciliation
 S            Issuance                                         Rdm Dt Out Tell Vouch
 e  Suf  --Date-- Cycle                   Payment  Payment      --Date--Status
 l   T  Cd  Type    RTG    Benefit#       Amount   Period       Amount   Discr
 1  01  12/19/07  B          99498249     107.50 12/19/07
        RE SP 10 SHELTER    PUC    EMRG IND         01/03/08    12/19/07    3
                                                               107.50

 2  01  12/04/07  A          99498239     107.50 12/04/07
        RE SP 10 SHELTER    PUC    EMRG IND         12/18/07    12/04/07    3
                                                               107.50

 3  01  11/19/07  B          99498229     107.50 11/19/07
        RE SP 10 SHELTER    PUC    EMRG IND         12/03/07    11/19/07    3
                                                               107.50

 4  01  11/03/07  A          99498219     107.50 11/04/07
        RE SP 10 SHELTER    PUC    EMRG IND         11/18/07    11/03/07    3
                                                               107.50

 5  01  10/18/07  B          99498210     107.50 10/19/07
        RE SP 10 SHELTER    PUC    EMRG IND         11/03/07    10/18/07    3
                                                               107.50
 Enter number in Select column to View Grant Details    Next Case:
 Issuance Code:              Date Range: 06/01/07 thru 12/29/07        CMD
```

Shelter — Rent checks sent to the Landlord and are received already

# NewYork-Presbyterian
The University Hospitals of Columbia and Cornell

Columbia Presbyterian Medical Center
622 West 168th Street
New York, NY 10032
Tel 212 305-2500

*AH. (9)*

December 3rd, 2007

To Whom It May Concern:

Dr. Zheng Xing Fei is currently hospitalized at the Columbia University Medical Center. She has been under evaluation here since 10/31/2007. At this time, a discharge date has not been set.

Best,

Christi Weston, MD

Att. (5)

Please do me a favor by printing out this letter and forwarding it to Attorney General immediately. Thank you very much for saving my life.

12/21/07

3736 10th Ave. Apt. 2H
New York, NY 10034
212-567-2713

Dear Attorney General Mukasey:

I sent you several email-letters with SOS alarm when I was illegally detained in NY State Psychiatric Institute as a "mental patient." As I reported to you before, I was forced into hospitals after I called 911 about the "electric wave" attack on Oct. 30, 2007.

After the examination by a highly respected senior psychiatrist-- Dr. Sarti, I was discharged at last. The local Dr. Rowan also agreed that I was not mentally ill, but I have anxiety. It is true. Anybody will have high vigilance or high level of anxiety or even psychological trauma after being physically attacked repeatedly and feeling sick. I will pursue further damages and public apology from the local police who put handcuff on me and drag my father and me into the ambulance.

During my 50-day stay in the hospital, I was still attacked secretly by the invisible "electric waves" sometimes from upstairs and sometimes from downstairs. If you start a formal investigation, the NY State Psychiatric Institute will not commit perjury. They will certainly tell you the truth. One night when I was forced to sleep in its "Quiet Room," a federal agent targeted the wrong person-- my roommate Christina. The next morning she was complaining about a headache and stomach trouble, the same symptoms I had. I reported to the hospital in writing.

Last night I tried to sleep at home, but the pressure on my chest and stomach and the footsteps upstairs convinced me that the attack was still going on. The machine was adjusted to let me feel the continued threat and keep me awake. I tossed and turned for a long time and slept for about 3 hours only. I will have a heart attack if I lose sleep for a long time. To deprive somebody of his/her sleep is to torture him/her and to kill the victim.

As I reported to you before, I know who is masterminding the harassment and threat. The US attorney David Cohen has been harming me and my family in all ways. As an attorney he knows he cannot contact me, but he has trying all means to force me to promise him a kickback from my approved compensation. Since I simply cannot violate the law for his financial obssession, he will never stop harming me. He will stall this case and never let this administration resolve this case. He is increasing the damages against the US government.

Now I have to turn to you again for justice. Please start a formal investigation on this case. You will find how imminent and important it is to overhaul Department of Justice through prosecution. If you have any questions, please feel free to contact me at the address above. I will be looking forward to hearing from you. Thank your for upholding the rule of law.

Sincerely,

Faye Zhengxing, Ph.D.