UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FAYE ZHENGXING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-1918 (RWR) |
| | ) | |
| UNITED STATES PATENT AND TRADEMARK OFFICE, | ) | |
| | ) | |
| Defendant. | ) | |

MOTION FOR EXTENSION OF TIME TO FILE REPLY

Defendant respectfully requests an extension of time of two weeks to reply to plaintiff's opposition to defendant's motion to dismiss. Defendant's reply currently is due on February 4, 2008.

Agency counsel in the United States Patent and Trademark Office has advised that due to required filings in other matters, they will be unable to assist under-signed counsel in the preparation of a reply in this matter for at least two weeks time. Under-signed counsel presently is involved in preparation of a reply due in the Court of Appeals on February 1, 2008, and in trial preparation which includes a pretrial statement which is due on February 14, 2008, it addition to other assigned duties. Due to these commitments and the nature of the subject matter of the complaint, under-signed counsel is unable to complete a reply without the assistance of agency counsel.

This is defendant's first request for an extension of time to file its reply. Pro se plaintiff Zhengxing was contacted by telephone, and she opposes defendant's motion.

Wherefore, it is respectfully requested that the court grant defendant an extension of time

to February 18, 2008, in which to file its reply.

          Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney

_____/s/_____
RUDOLPH  CONTRERAS, D.C. Bar No.  434122
Assistant United States Attorney

_____/s/_____
RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
202/514/6970
Fax:   202/514/8780

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 28th day of January, 2008, a copy of the foregoing Motion for extension of time and proposed order were mailed, postage prepaid to plaintiff pro se

FAYE ZHENGXING
3736 10th Avenue
Apartment 2H
New York, NY 10034

                                                         Rhonda C. Fields
                                                         Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAYE ZHENGXING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1918 (RWR) |
| ) | |
| UNITED STATES PATENT ) | |
| AND TRADEMARK OFFICE, ) | |
| ) | |
| Defendant. ) | |

ORDER

Upon consideration of defendant's motion that the court grant defendant an extension of time to February 18, 2008, in which to file its reply, and good cause having been shown, it is hereby

ORDERED that the motion is GRANTED.

Date: _____
UNITED STATES DISTRICT COURT JUDGE


COPY TO:

FAYE ZHENGXING
3736 10th Avenue
Apartment 2H
New York, NY 10034