The United States District Court for the District of Columbia

| | |
|---|---|
| FAYE ZHENGXING<br>3736 10th Ave.<br>Apt. 2H<br>New York, NY 10034<br>212-567-2713<br><br>          Plaintiff<br><br>V.<br><br>THE US PATENT AND<br>TRADEMARK OFFICE<br>Commissioner for Patents<br>P.O. Box. 1450<br>Alexandria, VA 22323-1450<br>571-272-0620<br><br>          Defendant | RECEIVED<br>MAR 0 3 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT<br><br><br>Case No: 07-1918<br><br>Judge: RWR |

### MOTION FOR EXTENSION OF TIME TO REBUT DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS AND MOTION TO DISMISS DEFENDANT'S PLEADING AS INVALID

Plaintiff of the case numbered as above files this motion for enlargement of time to rebut Defendant's Reply In Support of Its Motion to Dismiss. Plaintiff contacted Defendant's counsel on Feb. 28, 2008, but was not able to reach her to know Defendant's position on this motion. Plaintiff needs legitimate time (7 days) to respond to Defendant's Reply In Support of Its Motion to Dismiss the following reasons:

1. Defendant deliberately sent its Reply to Plaintiff's address in NY after Defendant

1

received Plaintiff's Notice of Change of Address on Feb. 4, 2008. *See att. 1*. Plaintiff also informed the local US Post Office in Washington DC around Feb. 6, 2008 to have her mails forwarded to her address in Washington DC. Under no circumstances should Defendant's mail be sent to and forwarded to Plaintiff's NY address. *See att. 2*. Since Defendant, the federal government, controls the US Post Office, it is obvious that Defendant deliberately deprived Plaintiff of her right and time to file her rebuttal on time.

2. Not only has Defendant (Dept. of Justice) been keeping Plaintiff under its surveillance for years, it also has been physically attacking Plaintiff for months by shooting electric charge at Plaintiff. This kind of electric attack created an extremely harsh living and painful working conditions for Plaintiff. Plaintiff, therefore, needs some sleep and time to do research on her rebuttal against Defendant's Reply. Plaintiff's recent letter to President Bush and Attorney General summarizes the tremendous physical suffering and mental anguish Defendant has been inflicting on Plaintiff. *See att. 3*.

In view of the above, Plaintiff requests respectably that her motion for extension of time (7 days to March 6, 2008) be granted.

In fact, this Court may find it unnecessary to continue the argument because 1) this Court is able to grant Plaintiff's motion for summary judgment based on Plaintiff's sufficient and strong argument and compelling evidence; 2) this Court agrees with Plaintiff that Defendant's entire defense filed after its deadline is invalid. Defendant did not deny this fact in its pleading; 3) Defendant even failed to file its Reply on the

2

extended date it had requested. While its motion for extension of time states "it is respectfully requested that the court grant defendant an extension of time to February 18, 2008, in which to file its reply," Defendant filed its reply on Feb. 19, 2008 to make its Reply late or invalid. *See Defendant's Motion for Extension of Time to File Reply, p. 1-2.*

Dated: Feb. 29, 2008.

　　　　　　　　　　　　　　　　　　 /s/ Faye Zhengxing
　　　　　　　　　　　　　　　　　　 Faye Zhengxing, Ph.D.
　　　　　　　　　　　　　　　　　　 20 Chesapeake Street, SE
　　　　　　　　　　　　　　　　　　 Apt. 33
　　　　　　　　　　　　　　　　　　 Washington, DC 20032
　　　　　　　　　　　　　　　　　　 2-646-826-9930

AH. 1

U.S. Department of Justice
United States Attorney
District of Columbia
Judiciary Center
555 4th Street, N.W.
Washington, D.C. 20001

Official Business
Penalty for Private Use $300

1003441855

Faye Zhengxing
3736 10th Avenue
Apartment 2 H
New York, New York 10034



US OFFICIAL MAIL

$00.580
US POSTAGE
Hasler

U.S. Department of Justice
United States Attorney
District of Columbia
Judiciary Center
555 4th Street, N.W.
Washington, D.C. 20001

Official Business
Penalty for Private Use $300

Faye Zhengxing
20 Chesapeake Street, SE
Apt. 33
Washington, D.C. 20032

20032+2606
10034@1855

T 209 NFE 1 1081 00 02/22/08

BC: 10034185528    *1917-20501-20-34

ZHENGXING
3735 10TH AVE APT 2H
NEW YORK NY 10034-1855

US POSTAGE

*Please forward this letter to President Bush immediately : SOS Thanks!*

*AH.3*

2/25/08

20 Chesapeake Street, SE, Apt. 33
Washington, DC 20032
Phone: 646-826-9930

Dear President Bush:

We saw a new hope in health care for the whole world when you were on your trip to Africa, a continent where the people need the most medical and financial assistance. However, I, a US citizen, have to report to you again that the US attorney David Cohen is harming my health (including my father's health) and torturing us to the extent that I have to directly ask for protection from you, the highest executive of this country, after the police failed to enforce the law.

As I reported to you before, David Cohen at Dept. of Justice has been trying all his means to force me to promise him a kickback from my approved compensation. Now the secret weapon Cohen has been using to attack me is a federal technology – electric charge. This kind of electric charge can be shot from upstairs or downstairs. It penetrates the floor or ceiling to inflict serious pain in my muscle, lymph nodes, and in my back. It also produces a high pressure on my chest and stomach to deprive me of my sleep. Cohen did not even show any mercy to my 87-year-old father with lung cancer. The attack is so constant and imminent that I simply cannot sit still or sleep safely at home. I cannot read or watch TV or cook or do anything without being attacked.

On Oct. 30, 2007 when I was attacked in my father's home in NYC and called 911, Cohen ordered the local policeman to drag me to the hospital as a "mental patient," because the electric waves are invisible. I was thus illegally detained for 50 days at the NY State Psychiatrist Institute. If you want to prove the truth about the electric attack, you may call the 34th Precinct of NYPD at 212-927-9711 to ask officer McCue, Diaz, Henke and Cook. The police told me to use the foil to fend off the attack and they wanted to apply for a search warrant, but Cohen abused his power to prevent the police from enforcing the law, as if he were the real federal authority. Cohen might have used FBI or other federal agencies to manipulate NYPD and other NYC government agencies.

During my stay in the hospital, Cohen still ordered the electric attack. One night a federal agent targeted the wrong person – my roommate—after I moved to another room for sleep. My roommate complained about her strange headache and stomach trouble next morning. Fortunately, a famous senior psychiatrist Dr. Sarti diagnosed me as "having anxiety" under the attack rather than "mentally illness" and had me discharged on Dec. 19, 2007.

About three weeks ago, the electric attack became so vicious that I had nausea and severe headache. I thus took my father back to my home in Washington DC. But the attack continued. Since the foil did not protect us from the attack, I put metal pots and

1

pans on my dining table and slept under the table. But the high pressure from the electric charge still deprived me of my sleep. My father and I were thus forced to sit and sleep in the hallway of our apartment building. Then Cohen ordered the federal agents to attack us in the hallway day and night.

When I went to the nearby public library to dodge the attack, Cohen ordered the attack from the basement which caused my numb legs and heart discomfort. It apparently lowered my immunity and may cause various cancers, because I constantly have a sore throat and pain in the lymph nodes. Under the attack, my father is coughing more blood and is getting sicker and weaker. SOS!

President Bush, could you imagine how much we have been suffering when we have pain all over our bodies under the attack and cannot have one moment of peace in our homes? This is torture and terror attack! The federal agents are working on shifts to target us 24 hours a day and 7 days a week. You may easily find out how many tax dollars were abused to bribe those residents to have their homes as the crime scene for the attack.

Please exercise your power to stop the attack immediately and remove Cohen from my cases before a formal investigation starts. I am very much concerned about the damages Cohen has inflicted on federal government's integrity, on the judicial independence of US courts and on the security of our community and our environment.[1] Since Cohen has created obvious conflict of interests and has committed high crimes, we should not entrust him with the key to the US Treasury.

Since I cannot violate the law to promise him a kickback from my approved compensation, Cohen has been stalling my relief for two years no matter how much I have been struggling for survival over the past 6.5 years. This relief was decided by the US Supreme Court in 2005, approved by you in 2005 and 2006, and supported by the bipartisan decision of Senate Judiciary Committee in 2007. Is Cohen more powerful than the three branches of power in this country? Now Cohen's motive and means are sending me this message: Kickback or Kill?

Thank you very much for your immediate attention and prompt actions to stop the attack and save our lives.

Sincerely,

Faye Zhengxing, Ph.D.

---

[1] Some of our neighbors are using sprays to get rid off the chemicals in the air left by the electric charge. We can see the chemical residue on my brown bathroom door when the chemicals from the electric charge were shown on the wood by the hot steam.

2

NO: 07-1918 ( RWR )

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

Faye Zhengxing --- Plaintiff

VS.

The US Patent and Trademark Office --- Defendant

Certificate of Service

I, Plaintiff, hereby certify under penalty of perjury that on this 29th Day of Feburary, 2008, a copy of Plaintiff's Motion for Extension of Time to Rebut Defendant's Reply in Support of Its Motion to Dismiss and Motion to Dismiss Defendant's Pleadings as Invalid was delivered to Defendant at the following address:

Rhonda C. Fields

Assistant US Attorney

Civil Division

555 Fourth Street, NW

Washington. DC 20530

Executed on Feb. 29, 2008.

Faye Zhengxing, Ph.D.

20 Chesapeake Street, SE

Apt. 33

Washington, DC 20032

Phone: 646-826-9930