## The United States District Court for the District of Columbia

|  |  |  |
|---|---|---|
| FAYE ZHENGXING<br>3736 10th Ave.<br>Apt. 2H<br>New York, NY 10034<br>212-567-2713<br><br>              **Plaintiff**<br><br>V.<br><br>THE US PATENT AND<br>TRADEMARK OFFICE<br>Commissioner for Patents<br>P.O. Box. 1450<br>Alexandria, VA 22323-1450<br>571-272-0620<br><br>              **Defendant** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No: <u>07-1918</u><br><br>Judge: <u>RWR</u> |

### MOTION FOR EXTENSION OF TIME TO REBUT DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS AND MOTION TO DISMISS DEFENDANT'S PLEADING AS INVALID

Plaintiff of the case numbered as above files this motion for enlargement of time to rebut Defendant's Reply In Support of Its Motion to Dismiss. Plaintiff contacted Defendant's counsel on Feb. 28, 2008, but was not able to reach her to know Defendant's position on this motion. Plaintiff needs legitimate time (two weeks) to respond to Defendant's Reply In Support of Its Motion to Dismiss the following reasons[1]:

---

[1] Plaintiff sent to this Court this motion on March 1, 2008 and sent a copy to Defendant on Feb. 29, 2008. However, the copy for Defendant was returned from the US Post Office and Plaintiff did not find

RECEIVED
MAR 0 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

1. Defendant deliberately sent its Reply to Plaintiff's address in NY after Defendant received Plaintiff's Notice of Change of Address on Feb. 4, 2008. *See att. 1.* Plaintiff also informed the local US Post Office in Washington DC around Feb. 6, 2008 to have her mails forwarded to her address in Washington DC. Under no circumstances should Defendant's mail be sent to and forwarded to Plaintiff's NY address. *See att. 2.* Since Defendant, the federal government, controls the US Post Office and has kept Plaintiff under surveillance for years, it is obvious that Defendant deliberately deprived Plaintiff of her right and time to file her rebuttal on time.

2. Not only has Defendant (Dept. of Justice) been keeping Plaintiff under its surveillance for years, it also has been physically attacking Plaintiff for months by shooting electric charge at Plaintiff. This kind of electric attack created an extremely harsh living and painful working conditions for Plaintiff. Plaintiff, therefore, needs some sleep and time to do research on her rebuttal against Defendant's Reply. Plaintiff's recent letter to President Bush and Attorney General summarizes the tremendous physical suffering and mental anguish Defendant has been inflicting on Plaintiff. *See att. 3.*

In view of the above, Plaintiff requests respectably that her motion for extension of time (14 days to March 13, 2008) be granted.

In fact, this Court may find it unnecessary to continue the argument if 1) this Court is able to grant Plaintiff's motion for summary judgment based on Plaintiff's sufficient

---

this motion on the electric file of this Court either on March 4, 2008. Therefore, Plaintiff has to cancel the previous copy, file another one and deliver it to Court and Defendant to avoid any mail fraud.

2

and strong argument and compelling evidence; 2) this Court agrees with Plaintiff that Defendant's entire defense filed after its deadline is invalid. Defendant did not deny this fact in its pleading; 3) Defendant even failed to file its Reply on the extended date it had requested. While its motion for extension of time states "it is respectfully requested that the court grant defendant an extension of time to February 18, 2008, in which to file its reply," Defendant filed its reply on Feb. 19, 2008 to make its Reply late or invalid. *See Defendant's Motion for Extension of Time to File Reply, p. 1-2.*

Dated: March 4, 2008.

*/s/ Faye Zhengxing*
Faye Zhengxing, Ph.D.
20 Chesapeake Street, SE
Apt. 33
Washington, DC 20032
2-646-826-9930

3

NO: 07-1918 ( RWR )

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

Faye Zhengxing --- Plaintiff

VS.

The US Patent and Trademark Office --- Defendant

Certificate of Service

I, Plaintiff, hereby certify under penalty of perjury that on this 4th Day of March, 2008, a copy of Plaintiff's Motion for Extension of Time to Rebut Defendant's Reply in Support of Its Motion to Dismiss and Motion to Dismiss Defendant's Pleadings as Invalid was delivered to Defendant at the following address:

Rhonda C. Fields

Assistant US Attorney

Civil Division

555 Fourth Street, NW

Washington, DC 20530

Executed on March 4, 2008.

Faye Zhengxing, Ph.D.

20 Chesapeake Street, SE

Apt. 33

Washington, DC 20032

Phone: 646-826-9930