## The United States District Court for the District of Columbia

|   |   |
|---|---|
| FAYE ZHENGXING ) <br> 3736 10th Ave. ) <br> Apt. 2H ) <br> New York, NY 10034 ) <br> 212-567-2713 ) <br> ) <br>        Plaintiff ) <br> ) <br> V. ) <br> ) <br> THE US PATENT AND ) <br> TRADEMARK OFFICE ) <br> Commissioner for Patents ) <br> P.O. Box. 1450 ) <br> Alexandria, VA 22323-1450 ) <br> 571-272-0620 ) <br> ) <br>        Defendant ) | **RECEIVED** <br><br> MAR 2 1 2008 <br><br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT <br><br><br> Case No: 07-1918 <br><br><br> Judge: RWR |

Notice on Change of Address

Recently Plaintiff has been attacked at home by a kind of electric charge and radiation. According to the local police, it was done by a federal agent. This kind of electric attack causes stuffy chest, lymph node pain, headache and other physical problems. Before a formal investigation starts, Plaintiff thus has to move back to her home in Washington DC with her father. The address thus is changed from 3736 10th Ave. Apt. 2H, New York, NY 10034 to 20 Chesapeake Street, SE, Apt. 33 Washington, DC 20032..

Dated: ~~Feb. 4, 2008~~.

March 21, 2008

*[signature]* Faye Zhengxing FZ

Faye Zhengxing, Ph.D.
20 Chesapeake Street, SE
Apt. 33
Washington, DC 20032