## The United States District Court for the District of Columbia

| | |
|---|---|
| **FAYE ZHENGXING** ) <br> 20 Chesapeake St. SE. ) <br> Apt. 33 ) <br> Washington, DC 20032 ) <br> 646-826-9930 ) <br> ) <br> **Plaintiff** ) <br> ) <br> V. ) <br> ) <br> **THE US PATENT AND** ) <br> **TRADEMARK OFFICE** ) <br> Commissioner for Patents ) <br> P. O. Box. 1450 ) <br> Alexandria, VA 22323-1450 ) <br> 571-272-0620 ) <br> ) <br> **Defendant** ) <br> ) <br> ) | **RECEIVED** <br><br> APR 2 9 2008 <br><br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT <br><br><br> Case No: <u>07-1918</u> <br><br><br> Judge: <u>RWR</u> |

## PLAINTIFF'S REBUTTAL AGAINST DEFENDANT'S OPPOSITION TO HER APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUCTION FOR IMMEDIATE PHYSICAL PROTECTION AND FINANCIAL RELIEF

Plaintiff of this case numbered above rebuts Defendant's opposition to her application for a temporary restraining order and preliminary injunction to receive immediate physical protection and financial relief ordered by this Court in view of the facts such as Defendant's "electric attack" and Plaintiff's financial plight Defendant failed to deny in its "opposition" and in view of Defendant's argument on the standards for the restraining order and preliminary injunction to be granted.

As Plaintiff specifically pointed out in her note, "The Defendant here refers more to Dept. of Justice rather than USPTO. The mastermind of DOJ's actions is a US

1

attorney David Cohen, who has been working intensively on Plaintiff's cases (in finance and surveillance) for his financial gain after the US Supreme Court issued its real ruling on Plaintiff's case (02-10717) in 2005 and the value of Plaintiff's cases was greatly increased." *See Plaintiff's Motion for Injunction, p. 1.* Plaintiff is not aware of any assistant US attorney with the same name Defendant used in its "Opposition" to divert the attention to an irrelevant person. Plaintiff only knows one David Cohen who was the director on her previous case (04-119 & 05-532) filed at US Court of Federal Claims. *See att. 1.* Since Dept. of Justice is representing USPTO, DOJ is part of Defendant and David Cohen has been manipulating the whole procedure and the compensation of this case.

When Defendant was challenging the jurisdiction of this Court over this application for injunctive relief, Defendant contradicted itself by stating "The purpose of a preliminary injunction is to 'preserve the relative positions of the parties until a trial on the merits can be held.' University of Texas v. Camenisch, 451 U.S. 390, 395 (1981)." At present, Defendant is posing such a fatal threat to Plaintiff's life and survival that to keep Plaintiff physically alive and help her financially survive is to "preserve the relative positions of the parties until a trial on the merits can be held."[1] This application is to "make the expedition essential" through a court hearing in accordance with the local rule LCvR 65.1 (d). Therefore, this Court has jurisdiction over this application for a restraining order and preliminary injunction.

More specifically, Plaintiff's application for a restraining order and preliminary injunction will satisfy the following requirements: 1) Plaintiff will prevail on the merit of her claims and granting the restraining order and the injunction will not change the

---

[1] Plaintiff believes she has won the case by law as proved in her motion for summary judgment. If jury trial turns out to be necessary, Plaintiff will certainly hire a counsel for the due process or her right protected by the US Constitution.

justice or the status quo Plaintiff deserves; 2) the restraining order and the injunction are very urgent and necessary to stop Defendant's torture and Plaintiff's suffering in order to prevent the "irreparable injury" on Plaintiff; 3) The threatened injury to the plaintiff outweighs the possible harm to others; 4) Public interest favors issuance of the injunction.

I.    Plaintiff has a substantial likelihood of prevailing on the merits of her claims:

Nothing in Defendant's Motion to Dismiss has proved that Plaintiff's claim should be dismissed for any problem in jurisdiction or merit. Not only did Plaintiff cite Title 28, Part IV, Chapter 85, Sec. 1338(a), Title 35, Part II, Chapter 13, Sec. 145 and146, which give this Court the "original jurisdiction" over this claim, she also cited related Acts of Congress such as Patent Reform of 2007 and of 2005 to prove her claim was filed in the right Court, in the right time, under the right law and after the due process. *See Plaintiff's Memorandum of Points and Authorities to Oppose Defendant's Motion to Dismiss and Reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment, Plaintiff's Rebuttal Against Defendant's Reply in Support of Its Motion to Dismiss.*

The merit of this claim is summarized in Plaintiff's motion for summary judgment. This is such a simple and clear-cut case that Plaintiff has proved that Defendant abandoned Plaintiff's patent application after her application had passed Defendant's examination in 2005. Title 35, Part II, Chapter 12 Sec. 133 states, "Upon failure of the applicant to prosecute the application within six months after any action therein, of which notice has been given or mailed to the applicant, or within such shorter time,

not less than thirty days, as fixed by the Director in such action, the application shall be regarded as <u>abandoned</u> by the parties thereto, unless it be shown to the satisfaction of the Director that such delay was unavoidable." In this case, it is Defendant rather than the applicant who abandoned Plaintiff's application (no: 10/681,103). *See Plaintiff's Memorandum of Points and Authorities to Oppose Defendant's Motion to Dismiss and Reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment, p.2.*

From the pleadings so far by both sides, this Court can clearly see that Plaintiff will prevail both in jurisdiction and merit. Therefore, the restraining order and preliminary injunction will only "preserve" or protect Plaintiff to continue the litigation rather than alter the status quo in justice.

Though Defendant stated that Plaintiff would '"face an additional hurdle because it seeks a mandatory injunction as opposed to prohibitive injunction' Mylan Pharmaceuticals, Inc. v. Shalala. 81 F. Supp. 2d 30, 36 (D.D.C.2000)" *Defendant's Opposition p. 3*, this Court will find that Plaintiff is entitled to relief or that "extreme or very serious damage" will result from the denial of the injunction." *Phillip v. Fairfield Univ., 118 F. 3d 131, 133 (2d Cir. 1997).* To grant this injunctive relief is the judicial power "sparingly exercised," because Defendant poses a fatal threat to Plaintiff's physical existence and financial survival after Plaintiff exposed Defendant's fraud against the US Supreme Court in 2003 and won the real high court ruling (02-10717) on her case in 2005. Defendant's retaliation against Plaintiff has been to obstruct justice and to strangle Plaintiff to death physically and financially. To

have Plaintiff's patent application abandoned, for instance, was only part of Defendant's retaliation. *See Plaintiff's original complaint p. 4-7.*

b.    The restraining order and preliminary Injunction are very urgent and necessary to prevent the "irreparable injury" on Plaintiff:

In her application, Plaintiff described details on the "irreparable harm and "inadequacy of legal remedies." Wisconsin Gas Co. v. FERC, 758 F. 2d 669, 674 (D.C.Cir. 1985) (quoting Sampson v. Murray, 415 U.S. 61, 88 (1974) ). More specifically, the irreparable harm includes the immediate death of the major inventor, the cancers and other fatal diseases in Plaintiff caused by Defendant's "electric attack," the loss of Plaintiff's real estate property[2], and the loss of this civil case for damages if Plaintiff dies or is too sick to work on the litigation. Apparently, the loss of life on Plaintiff's side is the most irreparable harm and no legal remedies will make up for the loss. *See Plaintiff's Motion for Restraining Order and Preliminary Injunction for Physical Protection and Financial Relief, p. 2-13.*

Defendant's electric attack, illegal detention, physical assault, illegal occupation of Plaintiff's home, collaboration with China's president to have Plaintiff kidnapped and killed, all formed an imminent and serious threat to Plaintiff's constitutional right to "life, property and liberty." The irreparable injury is both "certain and great" and it is "actual and not theoretical." Id. The "[i]rreparability of injury" meets "a very high standard." Varicon International v. Office of Personnel Management, 934 f. Supp. 440, 447 (D.D.C. 1996) (quoting American Coastal Line Joint Venture, Inc v. United States

---

[2] Now Plaintiff can hardly pay the maintenance fee $326.20 per month after she had no income whatsoever for almost 7 years.

Lines, Inc., 580 F. Supp. 932, 936 (D.D.C. 1983)).

To make sure Plaintiff will be sick enough to see a doctor but too poor to pay for her medicine, Defendant also stopped Plaintiff's Medicaid. Two days ago, Plaintiff was shocked to find that she had lost her Medicaid covering her prescription drugs. The phone number to verify the deprived coverage of Medicaid is 1-800-541-2831.

As Plaintiff stated in her motion, her life is always in danger when the top leader of China is continuing to have her kidnapped and killed. In her recent letter to President Bush and Attorney General Mukasey, Plaintiff verified the new terror conspiracy designed by China's president and the key US attorney David Cohen. *See att. 2.* Not only is Plaintiff's life in high danger, her innocent family and relatives have all been poisoned in China after China's president paid $500 million damages to the US government as Plaintiff suggested as her donation. In Defendant's Opposition, Defendant could not and did not deny any of the facts above related to the serious and imminent threat to Plaintiff's life, health or security. Federal Rule on Civil Procedure Rule 8 (6) states, "An allegation — other than one relating to the amount of damages — is admitted if a responsive pleading is required and the allegation is not denied."

Defendant challenged Plaintiff's economic injury by saying it 'must be more than simply irretrievable, it must also be serious in terms of its effect on the plaintiff," See Mylan Pharmaceuticals, Inc. v. Thompson, 139 F. Supp. 2d 1, 27 (D.D.C. 1993)

(same); Coca-Cola Bottling Co. v. Coca-Cola Co., 563 F. Supp. 1122, 1141 (D. Del. 1983) (holding that "the irrevocable loss must be special, peculiar or work an onerous hardship"). Though Plaintiff does not have any business threatened by its complete loss, she has been facing a dead end in her career after she was unlawfully terminated. The damaged employment record derailed her from her career path.

To make things worse, Defendant's label of independent contractor deprived Plaintiff of any unemployment compensation. Plaintiff actually has never been financially independent. If Defendant had not concealed the US Supreme Court's ruling on her case for three years and had not obstructed justice to harm and kill Plaintiff, she should have received the relief three years ago and this patent complaint should not have been filed..

When the NYC government gave Plaintiff's father, the major inventor, emergency public assistance such as food stamps and some cash, it proved that the major inventor's economic crisis is very urgent and needs the attention and action by the government and by the court after he lost his Supplemental Security Income (SSI) and lost his appeal for SSI.

Plaintiff, after having no income whatsoever for almost 7 years, was even denied this kind of emergency fund or public assistance to survive. Not only is Plaintiff, 57-year-old, living on her father's a few hundred dollars per month of public assistance fund, she sees no hope in finding a job or any social welfare benefits to survive. The economic injury is tragic and traumatic too. *See Plaintiff's Motion for Injunction, att. 16.*

In her letter to Attorney General Mukasey on human rights, Plaintiff states that "if the US Human Rights Network regards six issues in human rights – poverty, discrimination, immigration, incarceration, death penalty, and sovereignty—as its major work areas, then I have been suffering in all these aspects to the extent that I have to run and fight for my life everyday." *See att. 3.*

c. "The threatened injury to the plaintiff outweighs the possible harm to others;

No matter how clearly Plaintiff stated that it is Dept. of Justice (part of Defendant) rather than USPTO who has been posing a deadly threat to Plaintiff physically, mentally and financially to the extent that Plaintiff can hardly continue the litigation in this case, Defendant still tried to shift the responsibilities to USPTO to have Plaintiff's application denied. Since Department of Justice committed the top legal fraud against the US Supreme Court on Plaintiff's case in 2003, since DOJ has been concealing the real high court ruling issued in 2005, since DOJ has been targeting Plaintiff with the electric charge to harm and kill her, Dept. of Justice, more specifically the US attorney David Cohen, should take the responsibility in paying the damages, in offering the Plaintiff and victims apologies, in support this application for a Court ordered restraining order and a preliminary injunction. There is no harm to anybody else at all to enforce the law on the law enforcement department --- Dept. of Justice. There is no harm at all to dig out the high court ruling and make the US Supreme Court's ruling prevail, to carry out President Bush's approval of the compensation, to materialize Senate Judiciary Committee's by-partisan decision on Plaintiff's report submitted on Feb. 12, 2007.There is no harm only great benefit and

justice to see the rule of law upheld in this country.

c.   Public interest favors issuance of the injunction:

If this case has not been published to know the public's opinion, Congressmen or lawmakers or the representatives of the American people, have been informed of my case repeatedly over the past 7 years. Senate Judiciary Committee, the congressional authority on major legal issues, expressed its support to resolve my case in light of the US Supreme Court's ruling in Feb. 2007. American's public interest or our national interest is best served when the US public is protected by the US Constitution, when the judicial independence is guaranteed, when the US citizens can receive justice as defined by the US Constitution.

In addition, not only is Plaintiff a very responsible US citizen, she also has made great contribution to this country. In addition to the $500 million damages from China Plaintiff donated to the US anti-terror war, Plaintiff's recent letter to President Bush also proved how she pushed China to pay more damages for its new terror conspiracy planned to carry out in December 2008. If Plaintiff was not misinformed, China will pay $2 billion to the US government for its new kidnap and killing conspiracy. *See att. 4.* After making all these huge contribution to this country, should Plaintiff deserve the least human rights to survive as expressed in her application?

This Court will have no problem in granting this application since the three branches of power in this country are on Plaintiff's side; since the law is on plaintiff's side, since the evidence is on Plaintiff's side. At the hearing, this Court will find more evidence to convict the criminals hidden in the federal government. This grant will be

a judicial power "sparingly used" to protect justice in a rare historic case. It will serve the public interest the best. In short, the public interest will favor the issuance of the injunction.

Note: No matter how many times Plaintiff has emphasized that the address for this case should be her permanent home address in Washington DC, Defendant still sent its Opposition to Plaintiff's NYC address in violation of Rule LCvR 11.1. If Defendant cannot comply with such a clear cut local rule, how could this Court trust the faith and facts Defendant so far presented in its pleading? The way Defendant passed its deadline to file its original defense and failed to file its further pleading on the date it requested for extension of time has made its pleading invalid.

In view of all the above, Plaintiff requests respectably that her motion for a restraining order and preliminary injunction be granted and the judicial independence and justice be guaranteed.

Dated: April 29, 2008

**FAYE ZHENGXING**
20 Chesapeake St. SE.Apt. 33
Washington, DC 20032
phone: 646-826-9930

Attachment List for Rebuttal against Defendant's Opposition to Plaintiff's

Application for Restraining Order and Preliminary Injunction

1. The US attorney David Cohen on Plaintiff's previous cases.

2. Plaintiff's letter to President Bush and Attorney General to inform
   them of the new terror conspiracy from China.

3. Letter to Attorney General on human rights.

4. Letter to AG and lawmakers on the terror conspiracy and Plaintiff's
   contribution.

*Att. 1*

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

DEBORAH A. BYNUM
Assistant Director

ANDREW P. AVERBACH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn:  Classification Unit, 8th Floor
1100 L St., N.W.
Washington, D.C. 20530
Tel: (202) 353-0527
Fax: (202) 305-2118

Dated: August 14, 2006          Attorneys for Defendant-Appellee

4/21/08

3736 10th Ave. Apt. 2H
New York, NY 10034
Phone: 212-567-2713
Cell Phone: 646-826-9930

Dear President Bush and Attorney General Mukasey:

As the Commander in Chief for the US anti-terror war and law enforcement, you must have perceived the imminent danger and the long time impact when the terror (killing and kidnap) comes from China rather than from Al-Queada. In this case, the mastermind of the terror is the top leader of a big rising country armed to teeth; the motive is for his personal financial windfall and retaliation and to undermine the United States politically, financially and militarily; the means could be any kind of kidnapping or killing on the US soil any time. The deadly menace or cutting edge of the Chinese terror comes from the vigorous and vicious collaborator China's President Hu Jintao has found in the US government – the key US attorney on my cases David Cohen.

If I was not misinformed, President Hu sent millions of dollars of Chinese public fund to a third country as bait to use Cohen, his "knife" inside the US government, to kill me (including my family), to undermine the US legal system, and to dig deeper into the US Treasury. They have been communicating with each other for a long time and their conspiracy includes these steps:

Cohen will desperately stall my relief to keep the US Supreme Court's ruling on my case (02-10717) buried and keep me, the plaintiff, in poverty and pain no matter how my compensation was approved by the three branches of power in this country; 2) Cohen has been using and will continue to use the secret weapon -- electric charge -- to harm and kill us. This kind of electric attack has inflicted terrible pain in various organs and parts of my body and lowered my immunity by depriving me of sleep for numerous nights. It causes other physical trouble such as stuffy chest and nausea. It will cause cancers to kill me and my family, including my 87-year-old father with lung cancer already. On the other side of the Pacific, at the same time, Hu has poisoned my brother's and my other relatives' water sources to kill them in secret. 3) Cohen will grab tens of millions of dollars from my approved damages in November this year and Hu plans to send his task team again to kidnap and kill me in December this year when President Bush is ready to leave and the next president is not yet in the White House. This is the time they believe I will have the least protection; 4) Hu might have promised Cohen up to $20 million if he could kill my whole family and run away with numerous US government secrets for sale. In short, this is a conspiracy of killing for retaliation, theft for corruption, and betrayal for profit. This conspiracy will put Hu in a position to laugh at the human rights and rule of law in the United States. The domestic terror against US citizens will push the US international anti-terror war to failure. Hu will be especially happy to see me, a responsible US citizen who donated $500 million damages from China to the US anti-terror, come to

1

such a "good end." This conspiracy will push the whole world back into darkness for generations to come.

Please mobilize FBI and CIA to find out the truth. I have not informed Congress of the specifics of this conspiracy before I am sure I am accurate on facts. Of course, you may immediately find out the truth if Cohen confesses to you honestly to mitigate his crimes. Please forward my advice to Cohen: He will never be able to realize his financial dream, because 1) the tens of millions of dollars abroad is a Chinese public fund jealously protected by the Chinese law and the Chinese people who are going through a nationwide anti-corruption movement; 2) Cohen will have to commit multiple crimes such as killing US citizens, theft of American tax dollars, betrayal of US national interest, and corruption before he can run away for the money; 3) Cohen himself could be killed after he commits the crimes to satisfy President Hu. If Cohen does think he can get the money as promised, he must have forgotten how President Hu swallowed the $7 million Cohen sent to China in 2006 to open his own bank account. At that point, the money was American tax dollars or my approved compensation. Will Hu really offer Cohen so much of Chinese public fund and let Cohen live as a witness against Hu's terror on the US soil and in China?

I have repeatedly reported to you about the crimes Cohen has committed on my cases over the past three years including extortion for his financial gain, deprivation of my relief for years, illegal occupation of my home for profit; inflicting physical injury on me and my family; illegal detention of me as a mental patient; stealing $7 million from my approved compensation and sending it abroad to open his own bank account in 2006, etc. However, I would like to give him a chance or a plea deal if he decides to turn around to stand on the side of law, justice, and our national interest. I would like to even give him a reward for providing me with evidence and helping me press charges against China's President Hu Jintao for all the retaliatory crimes or terror he has been masterminding to harm and kill my family and relatives on both sides of the Pacific. This will be a case grounded on the retaliation and new damages after President Hu paid the US government $500 million for the kidnap and killing terror on the US soil he directed in 2006 and 2007.

Please put a $500 billion price tag on my life, on the fatal injuries inflicted on my brother and other relatives in China, on the punitive damages for the repeated terror President Hu has exercised against US citizens and their relatives in China, and on the human, material and technological resources the US government has been using to fight the Chinese terror and protect us. Please discuss with me on how the US government shares the huge damages with my family and relatives. We will make a big contribution again to the US anti-terror war or national defense.

While still supporting an "equal and mutually beneficial" trade relationship with China, I am urging the US government to heavily fine and heroically fight Chinese

terror to protect the rule of law in this country and in this world and to protect our human rights. When the United States borrowed hundreds of billions of dollars from China for our anti-terror war, China did not cancel the debt against the US because of its mission to fight terror. Why should we cancel our justified penalty for fighting terror from China? We need our financial power to win the war against terror completely and thoroughly in the world. Recently a Chinese article online told the United States not to "talk back" to China, the US big creditor nation. Is this the best case to talk back and retrieve the financial power we need in our anti-terror war?

If Cohen insists on collaborating with China's president in their conspiracy against the United States and US citizens, please remove Cohen from my cases immediately to make sure that a traitor against the US national interest and a killer of the US citizen will be prosecuted.

If I do not receive any information from you or Dept. of Justice in a week, I will have to assume that all the facts presented in this letter are accurate for my further actions. If you think it is not appropriate to let Cohen contact me directly, please find other better US attorneys to resolve my civil cases immediately and file a retaliation case against China's President Hu for new damages.

By the way, a few days ago I filed a motion for a restraining order and a primary injunction for physical protection and financial relief in view of my crisis in survival. I will be most grateful if you could help my motion granted to save our lives and render us the justice we deserve. It is time to clean the slate for this administration and make our rule of law as sacred and firm as defined by the US Constitution. Let's unite to make the US the most beautiful and powerful country in the world and the world a better place to live.

Thank you very much for your immediate attention and prompt actions.

Sincerely,

Faye Zhengxing, Ph.D.

CC: Attorney General Mukasey

3

## Message Confirmation Report

*for the [White House*

```
Date/Time   : APR-21-2008 01:59PM MON
Fax Number  : 2123049837
Fax Name    : TONYS TRAVEL
Model Name  : 1815dn
```

*The Fax number for the [White House*

| No. | Name/Number | StartTime | Time | Mode | Page | Result |
|-----|-------------|-----------|------|------|------|--------|
| 795 | 912024562461 | 04-21 01:57PM | 01'19 | ECM | 003/003 | O.K |

*Please forward this letter to President Bush immediately. —thank you!*

4/21/08

3736 10th Ave. Apt. 2H
New York, NY 10034
Phone: 212-567-2713
Cell Phone: 646-826-9930

Dear President Bush and Attorney General Mukasey:

As the Commander in Chief for the US anti-terror war and law enforcement, you must have perceived the imminent danger and the long time impact when the terror (killing and kidnap) comes from China rather than from Al-Queada. In this case, the mastermind of the terror is the top leader of a big rising country armed to teeth; the motive is for his personal financial windfall and retaliation and to undermine the United States politically, financially and militarily; the means could be any kind of kidnapping or killing on the US soil any time. The deadly menace or cutting edge of the Chinese terror comes from the vigorous and vicious collaborator China's President Hu Jintao has found in the US government – the key US attorney on my cases David Cohen.

If I was not misinformed, President Hu sent millions of dollars of Chinese public fund to a third country as bait to use Cohen, his "knife" inside the US government, to kill me (including my family), to undermine the US legal system, and to dig deeper into the US Treasury. They have been communicating with each other for a long time and their conspiracy includes these steps:

Cohen will desperately stall my relief to keep the US Supreme Court's ruling on my case (02-10717) buried and keep me, the plaintiff, in poverty and pain no matter how my compensation was approved by the three branches of power in this country; 2) Cohen has been using and will continue to use the secret weapon -- electric charge -- to harm and kill us. This kind of electric attack has inflicted terrible pain in various organs and parts of my body and lowered my immunity by depriving me of sleep for numerous nights. It causes other physical trouble such as stuffy chest and nausea. It will cause cancers to kill me and my family, including my 87-year-old father with lung cancer already. On the other side of the Pacific, at the same time, Hu has poisoned my brother's and my other relatives' water sources to kill them in secret. 3) Cohen will grab tens of millions of dollars from my approved damages in November this year and Hu plans to send his task team again to kidnap and kill me in December this year when President Bush is ready to leave and the next president is not yet in the White House. This is the time they believe I will have the least protection; 4) Hu might have promised Cohen up to $20 million if he could kill my whole family and run away with numerous US government secrets for sale. In short, this is a conspiracy of killing for retaliation, theft for corruption, and betrayal for profit. This conspiracy will put Hu in a position to laugh at the human rights and rule of law in the United States. The domestic terror against US citizens will push the US international anti-terror war to failure. Hu will be especially happy to see me, a responsible US citizen who donated $500 million damages from China to the US anti-terror, come to

1

_AH.3_

3/14/08                                 20 Chesapeake Street, SE
                                        Apt. 33
                                        Washington, DC 20032
                                        Phone: 646-826-9930

Dear Attorney General Mukasey:

When you are leading DOJ to a better direction to enforce the law and we are
applauding for your firm determination and solid work, one of your US attorneys
David Cohen has been doing his utmost to capture his financial gain even he had to
commit crimes and damage the reputation of DOJ. Attached please find the preamble
of Universal Declaration of Human Rights. I am citing this international law because
my human rights have been completely deprived of over the past 7 years. If the US
Human Rights Network regards six issues in human rights – poverty, discrimination,
immigration, incarceration, death penalty, and sovereignty—as its major work areas,
then I have been suffering in all these aspects to the extent that I have to run and fight
for my life everyday.

As I repeatedly reported to you before, not only have I had no income whatsoever for
6.5 years (poverty caused by discrimination), I was also illegally detained at the
mental dept. of hospitals repeatedly after I reported to the police about the physical
harm such as the recent electric attack (incarceration and death penalty). Not only was
I facing the kidnap and killing masterminded by China's President Hu Jintao in 2006
and 2007 (immigration), I am now being deprived of my living space and of sleep
time (sovereignty and privacy). Right now, my "inherent dignity" and my "equal and
inalienable rights" to life, property, justice and freedom are all deprived of. Under the
electric attack, my father and I have to stay in the hallway of our building for survival.

Even so, US attorney David Cohen, who has been working intensively on my cases
for the millions of dollars kickback, will not let me have one moment of peace. While
he has been stalling my approved relief and harassing me through different channels
over the past 2.5 years, he also occupied my home at the address above for a long
time and let me foot the bill (the maintenance fee). When I came back to my DC
home last month to escape the electric attack in NYC, I found a man-used razor in my
home where only I, a woman, used to live. Do you need to test the DNA on the razor
to prove it was used by Cohen? I also saw strange trash I never threw in the bathroom
basket. In addition, I once received a letter in NYC from Homeowner's Association,
which informed me that my home was illegally occupied. Since I have been living
under surveillance, other members of the government surveillance team can testify for
how long Cohen has been illegally living in my home. I could hardly believe that with
his high salary a US attorney would violate the law on trespassing to use my property
for profit without my permission. Though it is not a fancy place, to enjoy the Jacuzzi
and live free everyday seemed to be a good deal in the long run, no matter how long I
have been struggling under the poverty line.

You will be surprised to know that Cohen now wants to occupy my apartment forever by ousting me the owner out of my home. Yesterday afternoon when my 87-year-old father was talking to me in the hallway, because my apartment is under the electric -attack (a kind of electric charge causing pain in victim's muscle, various organs, producing high pressure on victim's heart and lowering the victim's immunity ) and we cannot stay inside. Sharon, a neighbor, suddenly came out from her home to question our stay in the hallway. She violently crashed my stool with her foot and yelled at me as if she were the landlord scolding a homeless person for doing something wrong. I told her that as one of the stockholders, I have my share of the hallway and we were not in anybody's way to be there. Note: The apartments and stairs are on both ends of the building, so very seldom will somebody need to walk into the middle hallway where we were sitting quietly.

To find fault with me, Sharon then said my father was coughing who might spread a disease. I told her my father's cancer was not contagious. If he had any contagious disease, the doctor would not have discharged him from the hospital. When she had nothing to say, she just sat beside us to show she had a share of the hallway too. After a few minutes, she warned me that I should not stay home since I had such a neighbor. I immediately knew she was instructed to oust me for Cohen. This morning she suddenly attacked me from behind when I was leaving the building. She violently pushed me to the ground and told a neighbor Assy not to call the police.

I was stunned by her rudeness and violence. I asked her if she had taken any bribe to act so unreasonably and violently against her neighbor since we used to be on good terms. She was absolutely quiet. I took this silence as her admission of taking the bribe. She was quiet again when I said, "To be an accomplice of a killer is a killer and to be an accomplice of a criminal is a criminal too."

Actually the same pattern happened when I was taking care of my father in NYC. When the toxic gas was pumped into our home in 2006 and we had to use fans to blow off the harmful chemicals in the air, one of our neighbors jumped out of her home and forced us to close the door for Hitler's "gas chamber effect." When she was complaining about the cold draft in the hallway, she was in a summer T shirt and the temperature was 60 degree. Fortunately, the police said that keeping our own apartment door open was not a crime. When I asked this neighbor if she was paid $10 an hour to act like a clown, she said "more than that."

Dear Attorney General, American people will be most grateful if you could start a thorough audit in the Dept. of Justice to see how many tax dollars were abused for bribery. Is it time to stop the corruption in DOJ which is supposed to be one of the most important law enforcement institutions in this country? We are deeply concerned about the briberies committed by the US attorney who will erode our society and corrupt our people. We are crying out to you for saving our lives endangered by Cohen everyday!!!

2

Now Cohen is also trying to kill me since I cannot violate the law to promise him a commission from my approved compensation. A few days ago when I came back from shopping and my 87-year-old father was asleep in the bedroom, I found my apartment was broken into. There was no sign of forced entry and the door was open. It meant the trespasser had the key to my home. From the vicious way Cohen has been directing the electric charge at me from all angles 24 hours a day and 7 days a week, I informed the local police that the motive could only be for poisoning. Since I am the legal claimer of this large amount of compensation, Cohen, collaborating with China's President Hu, who masterminded the kidnap and killing of me for the same financial gain, has as been trying to kill me (including my family) again through secret poisoning.

If I was not misinformed, Cohen also has sent people to poison the food and drinks in the refrigerator my daughter Jolly Zhou is sharing with two of her house mates at 471-A 5th Ave. Brooklyn, NY. They are all promising NYU graduates. To protect and save the three young woman's lives, would you please start a criminal investigation immediately? Since the poison has no taste, no smell and no color, the victim may not find it out at the beginning. But it would be too late when they have symptoms or get cancers. I can hardly think of any more reprehensible crime or terror than killing the innocent to make a fortune, especially when it was done under the color of law.

As I informed you before, now there are only two people in the world who have the motive and means to kill my family and me, as well as other related but innocent people. One is Cohen who is so madly obsessed with his criminal financial dream that he sent $7 million to China in 2006 to open his own bank account, but at that point, China's President Hu swallowed that $7 million and told Cohen to dig deep into the US treasury to fatten their wallets.

After Senate Clinton urged this administration to retrieve the $27 million of our approved compensation in March 2006, President Hu tried all means to get back the money which had nothing to do with him since I am a US citizen and my case and compensation had nothing to do with China. After his most outrageous plan to kidnap and transport me to Thailand and kill me there failed in August 2008 because President Bush sent troops to protect me, I informed the White House that I would file a $500 million damages civil case against President Hu for the crimes he committed on the US soil and I wanted to donate the $500 million from China to the US anti-terror war. President Hu admitted all the crimes I listed in my open letter and silently sent the $500 million to the US government to settle the case. Since kidnap and killing are terror, I thought to donate the compensation to the anti-terror war was a good way to make up the US-China relationship. Since the money was given to our troops, I did not file a civil case to continue the tension between the two countries.

However, my good intention was not appreciated and President Hu's obsession with

the ill-gotten money overpowered his desire for a decent reputation. He has been using Cohen as his accomplice inside the US government to grab American people's tax dollars and to harm and kill my family. I was tipped that Hu sent $3 million not long ago to a third country as bait for Cohen to harm us and to steal our relief no matter it was decided by the US Supreme Court (case no: 02-10717), approved by President Bush (for case 04-119 and 05-532 filed at US Court of Federal Claims) and supported by Senate Judiciary Committee in Feb. 2007.

Now my life is in danger all the time. If I am killed someday, there will be only two suspects who have the motive and means to kill me. One is Cohen and another is China's President Hu who is supposedly leading the nationwide anti-corruption movement in China. To protect our national interest and our lives, I am urging you, Congress and this administration to scrutinize the finance of the settlement of my cases and to keep the record open and correct. In my will, I will donate a large amount of our compensation to the organizations supporting the international human rights cause and promoting the rule of law in this country.

Finally, I have to urge you again that David Cohen who has created serious conflict of interests and committed high crimes in my cases should not work on my cases any more. I would rather have a jury trial or let Senate Judiciary Committee take over this case. I want justice only and I want due process. Please remove Cohen from my cases to protect our lives and the rule of law in this country. Please forward this letter to President Bush for his decision too.

Thank you very much for your immediately attention and actions. SOS!

Faye Zhengxing, Ph.D.


Universal Declaration of Human Rights, adopted and proclaimed by the United Nations General Assembly resolution 217 A (III).

**Preamble**

Whereas recognition of the inherent dignity and of the equal and inalienable rights of all members of the human family is the foundation of freedom, justice and peace in the world,

Whereas disregard and contempt for human rights have resulted in barbarous acts which have outraged the conscience of mankind, and the advent of a world in which human beings shall enjoy freedom of speech and belief and freedom from fear and want has been proclaimed as the highest aspiration of the common people,

4

Whereas it is essential, if man is not to be compelled to have recourse, as a last resort, to rebellion against tyranny and oppression, that human rights should be protected by the rule of law,

Whereas it is essential to promote the development of friendly relations between nations,

Whereas the peoples of the United Nations have in the Charter reaffirmed their faith in fundamental human rights, in the dignity and worth of the human person and in the equal rights of men and women and have determined to promote social progress and better standards of life in larger freedom,

Whereas Member States have pledged themselves to achieve, in cooperation with the United Nations, the promotion of universal respect for and observance of human rights and fundamental freedoms,

Whereas a common understanding of these rights and freedoms is of the greatest importance for the full realization of this pledge,

Now, therefore,

The General Assembly,

Proclaims this Universal Declaration of Human Rights as a common standard of achievement for all peoples and all nations, to the end that every individual and every organ of society, keeping this Declaration constantly in mind, shall strive by teaching and education to promote respect for these rights and freedoms and by progressive measures, national and international, to secure their universal and effective recognition and observance, both among the peoples of Member States themselves and among the peoples of territories under their jurisdiction.

*Please forward to Senator Schumer immediately, Thank you.*

*Att. 4*

4/28/08

3736 10th Ave. Apt. 2H
New York, NY 10034
Phone & Fax: 212-567-2713

Dear Senator Schumer:

You must have received many SOS messages from me, a US citizen running for my life! Attached please find my letter just sent to Attorney General Mukasey to know why and how this US attorney David Cohen is trying to cut out a big share of our compensation by forcing me to promise him a kickback and by pushing me back to China though I have been a US citizen for 7 years and have been living in US with my family for 22 years. Moreover, I am a former professor with integrity, let alone any criminal record.

The reason China is so surprisingly and endlessly involved in my civil case which has nothing to do with China is because $27 million from my approved compensation was given to China's President by mistake in 2006. Urged by Senator Clinton, this administration retrieved the money in March 2007 to correct the mistake. However, a task team from China came to kidnap and kill me again in August 2007 and the seven men was arrested and released.

After this terror incident, I told the US government that I would file a civil case against China for $500 million damages for the serious violation of my human rights, for the tremendous suffering and psychological trauma caused by the repeated Chinese abductions in 2006 and 2007, and I would donate the $500 million to the US anti-terror war as my contribution. In Nov. 2007, China paid the $500 million to the US government in secret, but the retaliation hit my whole family. My innocent brother, a hard working top level professor, and dozens of my relatives were poisoned in China. Now I do not know the specifics of their fatal injury. I have to file a civil case for investigation and damages. If I was not misinformed, China is now preparing to settle this case. In addition to pay my family damages, China may have to pay the US government 2 billion dollars for its new conspiracy to kidnap and kill me planned in December 2008 and for its new attempt to violate the US sovereignty. By looking at these numbers you know how much contribution I have made to America and how much I, including my family and relatives have suffered.

I need the protection from this administration and from Congress. The United States must be the number one country in the rule of law, in democracy and in human rights to win our international anti-terror war and to make this world a better place to live. I will be most grateful if you could forward this letter immediately to Senate Judiciary Committee, Senate Committee on Foreign Relations, to the White House and Department of State. Thank you very much for your immediate attention and prompt actions. Please feel free to contact me if you need further information.

Faye Zhengxing, PHD

4/28/08

Dear Attorney General Mukasey:

By looking at today's media coverage of the US Supreme Court rulings on ID law, you will not have any doubt of the huge victory the US Supreme Court rendered me on my case (02-10717) in 2005. This is the law of the land. The high court ruling must be part of the US history and nobody should bury it as a secret and subject the plaintiff or the victim.to an endless torture and injustice. It is because of the high court ruling on my case, President Bush approved the compensation to settle my civil cases to clean the slate for this administration and it is justice too. It is also based on the high court ruling Senate Judiciary Committee supported the resolution of my case in Feb. 2007. I have won the decisions from the three branches of power in this country!!!

However, why is justice still not rendered to me and I have been struggling for survival for 7 years? There is a key US attorney David Cohen who wants to make a huge profit from our cases. He created endless incidents or trouble to increase my damages and to stall my relief in order to force me to promise him a huge kickback. Otherwise he will trample on the decisions of the three braches of power forever and kill me or push me out of this country.

Now he is trying to enlarge his profit by controlling China's president who is preparing to pay us the damages we deserve. But Cohen is creating more trouble to threaten my citizenship and deprive me of my human rights. As you know, I, a US citizen, should be protected by the US law and also the international human rights law. In addition, you know how much contribution I have made to this country politically, legally and financially. I deserve the best and highest attention and actions from the US government for physical protection and financial relief.

Thank you for taking actions immediately for the rule of law in this country and for protecting US citizen's life and security. Please remove Cohen from my cases immediately before a formal investigation starts. Please let the law and justice prevail.

Sincerely,

Faye Zhengxign, Ph.D.

NO: 07-1918 （RWR）

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

Faye Zhengxing --- Plaintiff

VS.

The US Patent and Trademark Office --- Defendant

### Certificate of Service

I, Plaintiff, hereby certify under penalty of perjury that on this 29th Day of April, 2008, a copy of Plaintiff's Rebuttal against Defendant's Opposition to Her Application for Restraining Order and Preliminary Injunction for Physical Protection and Financial Releif was delivered to Defendant at the following address:

Rhonda C. Fields

Assistant US Attorney

Civil Division

555 Fourth Street, NW

Washington, DC 20530

Executed on April 29, 2008.

Faye Zhengxing, Ph.D.

20 Chesapeake Street, SE

Apt. 33

Washington, DC 20032

Phone: 646-826-9930