*Leave to file GRANTED.*

*[signature], U.S.D.J. 4-23-08*

## The United States District Court for the District of Columbia

RECEIVED

APR 1 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FAYE ZHENGXING
20 Chesapeake St. SE.
Apt. 33
Washington, DC 20032
646-826-9930

      **Plaintiff**

V.

THE US PATENT AND

TRADEMARK OFFICE
Commissioner for Patents
P. O. Box. 1450
Alexandria, VA 22323-1450
571-272-0620

      **Defendant**

Case No: 07-1918

Judge: RWR

## MOTION FOR AN EXTENDED TEMPORARY RESTRAING ORDER AND A PRILIMINARY INJUNCTION FOR IMMEDIATE PHYSICAL PROTECTION AND FINANCIAL RELIEF

Pursuant to Federal Rule of Civil Procedure Rule 65 (b) (1) (A) (B) "The court may

issue a temporary restraining order without written or oral notice to the adverse party

or its attorney only if: specific facts in an affidavit or a verified complaint clearly

show that immediate and irreparable injury, loss, or damage will result to the movant

before the adverse party can be heard in opposition," and pursuant to LCvR 65.1 (c)

of this Court "An application for a preliminary injunction shall be made in a

document separate from the complaint. The application shall be supported by all

1

affidavits on which the plaintiff intends to reply," Plaintiff of the case numbered as above, files this motion on April 14, 2008, in an emergency or crisis in survival, for an extended temporary restraining order and a preliminary injunction by this Court to give her (and her family, especially the 87-year-old major inventor with lung cancer) immediate physical protection and financial relief (the compensation President Bush approved in 2005 and 2006 to settle her civil right claims 04-119 & 05-532 filed at US Court of Federal Claims and this patent case as numbered above).

In accordance with LCvR 65.1 (d), "On request of the moving party together with a statement of the facts which make expedition essential, a hearing on an application for preliminary injunction shall be set by the court no later than 20 days after its filing, unless the court earlier decides the motion on the papers or makes a finding that a later hearing date will not prejudice the parties," Plaintiff requests a hearing for this preliminary injunction to publicize the facts and to protect the rule of law in this country.

To make the expedition essential or to present the emergency for immediate physical protection and financial relief, Plaintiff presents the facts, with witnesses and evidence attached, as follows:[1]

1. Defendant's physical attack and illegal detention are posing imminent threats to

   Plaintiff's life, security, and health, completely depriving Plaintiff of her human

---

[1] The Defendant here refers more to Dept. of Justice than USPTO. The mastermind of DOJ's actions is a US attorney David Cohen, who has been working intensively on Plaintiff's cases (in finance and surveillance) for his financial gain after the US Supreme Court issued its real ruling on Plaintiff's case (02-10717) in 2005 and the value of Plaintiff's cases was greatly increased.

<u>rights</u>

While Defendant is still concealing the US Supreme Court's ruling on Plaintiff's civil right case (02-10717) issued in 2005 and this patent case is still pending, Defendant (DOJ), masterminded by US attorney David Cohen, has been abusing its federal power to physically harm and kill Plaintiff. The secret weapon used by Defendant now is a kind of electric charge, which causes pain in various parts and organs in Plaintiff's body and greatly lowers Plaintiff's immunity. It also causes victim's stuffy chest, stomach trouble, eye infection, hearing loss, etc. Potentially it will cause various cancers. The electric charge has been depriving Plaintiff of her living space and of her sleep for numerous nights. It is an invisible and sinister violence, torture and killing!

The chemical residue left in the air by the electric charge is also harmful. It was shown on Plaintiff's dark colored bathroom door by the hot steam. *See att. 1* The 87-year-old major inventor, Plaintiff's father, is getting sicker and weaker. He and Plaintiff were forced to live in the hallway of the building, under the stairs or under their dining table and kitchen table. *See. att. 2. .*

The attack started in Oct. 2007 when Plaintiff was taking care of her sick father in his NYC home. Now it has recently become such an imminent and deadly attack that Plaintiff, under the attack, was out of breath, had pain all over her body, and simply could not sleep at home after Cohen directed the attack from both upstairs (from Apt. 43) and downstairs (from Apt. 23). Plaintiff had to run away on April 11, 2008 from her DC home and got back to her father's NYC home to dodge the attack, because the

3

US attorney Cohen not only wants to kill Plaintiff, he also wants to continue his illegal occupation of Plaintiff's home in DC. Plaintiff's first letter to all the stockholders in this building disclosed the electric attack, the physical assault by one of her neighbors, and Mr. Cohen's illegal occupation of her home, and his role in the physical attack. *See att. 3.*

As early as Oct. 2007 the police of 34th Precinct of NYPD knew that it was the federal agent who was targeting the major inventor's home (at 3736 10th Ave. Apt. 2H, NY, NY 10034; phone: 212-567-2713), but could not do anything effectively to stop it. To prove the truth on the electric attack, please contact NYPD officer McCue, Diaz, Cook, Henke, Soto, etc. at 212-927-9711; fax: 212-927-0406; address: 4295 Broadway, New York City and DC local police at 202-373-3700; address: 2455 Alabama Ave,. SE, Washington, DC 20043.

One day in Jan. 2008, when Plaintiff could not sleep and was suffering from nausea and headache under the attack, she called the police, asking them to find the criminal and evidence in Apt. 3H upstairs. Not only did the police officer Soto (last name) believe that Plaintiff was under attack, he even told Plaintiff not to get close to him, because the radiant light from Plaintiff's body might harm his health. Some policemen such as Diaz told Plaintiff that they were applying for a search warrant to capture the criminal evidence in Apt. 3H, but Defendant suppressed police's effort.

On Feb. 3, 2008, the major inventor and Plaintiff, under the vicious attack, had to escape from their NYC home and went to Plaintiff's DC home (at 20 Chesapeake St. SE, Apt. 33, Washington, DC 20032). The electric attack immediately started

targeting Plaintiff's DC home from Apt. 43.[2] The resident of Apt. 43 Cephas once said to Plaintiff sitting in the hallway, "Don't bother me. You yourself should report to the police." On another occasion when the attack was so vicious, Plaintiff, bearing the pain in her lymph nodes, knocked the door of Apt. 43. Cephas asked who was there, but refused to open the door when she recognized Plaintiff's voice and saw Plaintiff through the hole on her door. By the way, she let Plaintiff into her home two years ago when her kitchen was flooding and the water dripped into Plaintiff's kitchen, because that was an accident rather than a secret crime.

In this building, Plaintiff also saw with her own eyes the federal agents carrying the portable electronic equipment and walking in the building. At midnight Plaintiff could hear the agents watching TV loudly throughout the whole night. One day at the end of February 2008, Plaintiff coincidentally heard a short conversation between a federal agent and a member of the Homeowners' Association of her community. The agent or the electric attacker told Pat Whitney, the former Treasurer of the Association: "They want to kill her," referring to Plaintiff, the Asian woman they were talking about. At that point, this agent was putting on a heat pipe for the office of Homeowners' Association and Plaintiff heard the conversation in the Laundromat. When Plaintiff reported this attack to the President of the Association Dorothy Lane, she showed no surprise and asked no further questions. She, seeing Plaintiff's father sleeping under the dining table, only said, "You do your best to protect yourself." *See att. 4.* No facts listed in the second letter to the stockholders were disputed after it was sent out.

---

[2] Defendant has been keeping Plaintiff under its close surveillance for years. So Defendant immediately knew Plaintiff moved to DC.

Now the electric attack has become so vicious that Plaintiff cannot stay home for one moment in peace. Under the attack, Plaintiff cannot cook, or watch TV, or read. The attack could even hit her when she was taking a shower or sitting on the toilet. Since she could not cook as usual in the kitchen, the other day Plaintiff was hurrying through a sandwich, but she suddenly felt numb on her scalp and had a sharp lymph node pain. She ran out of her kitchen immediately. Plaintiff has spent numerous hours walking or sitting in the hallway or on the staircase. Sometimes, the federal agent, directed by US attorney David Cohen, would come out to shoot Plaintiff in the hallway from various angles. Now even the hallway is not a safe place any more.

Some policemen suggested Plaintiff use a piece of foil to deflect the light. Plaintiff did try to cover her body with foil when she was asleep, but it failed to give her any protection. The electric waves can penetrate the floor and the ceiling from upstairs, let alone the thin layer of foil. Plaintiff once put a plate of glass, some metal pots and pans and layers of foil on her dining table, but she still could not sleep under the high pressure.

Therefore, the major inventor and Plaintiff spent many nights in the hallway or under stairs to dodge the attack. Her father and Plaintiff had to sleep on an airbed by turns. When one was sleeping on the third floor, the other had to watch out on the fourth floor. But the attacker still targeted them from downstairs (on the second floor). By instinct to survive, Plaintiff sometimes had to move their airbed under the stairs in the basement, but the electric attack came from the side wall.

Cohen then manipulated the Home Association to stop Plaintiff's stay in the hallway

by saying it was violation of the bylaw of the buildings. Plaintiff argued that when their lives are threatened, the 14th Amendment to the US Constitution protecting their lives is more compelling and powerful than the bylaws applying to the normal situation. *See att. 4.*

Under the attack, the 87-year-old major inventor with lung cancer is becoming weaker and sicker. He pants heavily when he had to walk down to sleep in the basement and up to the third floor to use the bathroom at midnight. He is still coughing blood everyday. Plaintiff's health was also seriously harmed. She constantly has heart discomfort, lymph node pain, a sore throat and muscle pain.

Plaintiff currently can hardly continue her legal work, because she cannot write with her computer at home. When she went to the nearby public library, Defendant would follow her there and shot the electric charge at Plaintiff from the basement of the public library. Plaintiff has to use her lab top to write this motion in the hallway. When the lab top is out of electricity, she has to dash back into her home to recharge the batteries.

The reason for electric attack to go on for such a long time and is now becoming more vicious and deadly is that Cohen has been abusing his federal power to trample on the law and on the US Supreme Court's ruling, as well as Plaintiff's human rights. When Plaintiff complained about the vicious attack, Cohen, abusing his relations in the federal government, ordered the police to take Plaintiff to the hospital as a "mental patient."

On Oct. 15, 2007 when Plaintiff had a heart trouble under the attack, she went to the

7

emergency room of Elmhurst Hospital for a medical check up. Defendant, who had been keeping Plaintiff under surveillance for years, ordered the hospital police to drag her to the mental patient department by force. Defendant tried to cover up its crime by alleging that Plaintiff had only delusion of persecution. Fortunately the psychiatrist did not believe Plaintiff had any mental illness and referred her back to the emergency room for a physical check-up. After the check-up Plaintiff was hospitalized on Oct. 16, 2007. Since Plaintiff had been taking care of her father, Defendant also had her father dragged to NY Presbyterian Hospital to keep Plaintiff long in its secret prison.

Even in the hospital, Defendant did not miss the opportunity to shoot the electric charge at Plaintiff next morning when she was still in the bed. A doctor, who was not a regular one to visit patients there, came to knowingly ask Plaintiff if she had vomited and had weak legs. At that point, Plaintiff did not feel much yet, but moments later she was vomiting to tears and her legs were too weak to carry her around.

On Oct. 30, 2007 when Plaintiff could not bear the electric attack again, she called 911 for the police. This time Defendant again ordered the local police to drag Plaintiff and her father to NY Presbyterian Hospital first. When Plaintiff refused to go to the hospital and asked the police only to wipe out the terror attack from upstairs, a policeman of 34th Precinct of NYPD, instead of breaking into Apt. 43 to capture the criminal, broke into Plaintiff's home and put a pair of handcuff on Plaintiff and dragged both Plaintiff's father and her to an ambulance. Later Plaintiff and her father were repeatedly harassed by the ambulance bills. *See att. 5.*

The next day Defendant had Plaintiff sent to NY State Psychiatrist Institute as a

mental patient and sent her father to the branch of NY Presbyterian Hospital. Plaintiff was thus illegally detained for 50 days in the institute no matter how many times she strongly protested the illegal detention. When Plaintiff wanted to be discharged and took the issue to the Court, the judge said she read Plaintiff's complaint and asked the attorney representing Plaintiff if Plaintiff had a secure place to stay. It was for Plaintiff's temporary security, the judge let Plaintiff stay in the hospital rather than let her go home immediately.

However, Defendant did not even let Plaintiff stay in the hospital for a period of peace. The electric attack was conducted even at the NY State Psychiatrist Institute. One night when Plaintiff left her room to avoid the attack, her roommate Christina was attacked by mistake. The next morning Christina was complaining about her strange headache and weak legs, the same symptoms Plaintiff complained about. After the hospital found out the attack, Christina was transferred to another room. Plaintiff wrote a report to the hospital. As that report was her handwriting and she had no access to any copy machine, Plaintiff could not present a copy of the letter. The NY State Psychiatrist Institute at 212-543-5453; address: 1051 Riverside Drive, NY, NY 10032, however, should be able to present this letter and its statement as witness.

To discharge Plaintiff without the pressure from Defendant, NY State Psychiatrist Institute invited a senior authority Dr. Sarti to interview Plaintiff on Dec. 5, 2007 before many of its staff members. After the conversation with Plaintiff, Dr. Sarti immediately suggested Plaintiff be discharged. Later Dr. Rowen, a psychiatrist in the local community also agreed that Plaintiff had no mental illness but high level of

anxiety under the attack. The record from the NY State Psychiatrist Institute shows that the hospital did not relieve Plaintiff had any mental illness or symptoms. The doctor only gave Plaintiff some medication to reduce her anxiety and calm her down. *See att. 6.*

When IRS contacted Plaintiff for some tax issues and Plaintiff needed the hospital to prove that her presence at the institute prevented her from doing anything to reply to IRS's notice. A social worker carefully protected Plaintiff by using the letter head of NY Presbyterian Hospital rather than NY State Psychiatrist Hospital to avoid any misunderstanding. *See att. 7.* In other words, nobody at the institute believed Plaintiff was a mental patient. Does this Judge believe Plaintiff is a mental patient after reading Plaintiff's pleading filed so far at this Court?

After the illegal detention, Plaintiff sent a letter to NYC mayor Bloomberg, asking him to instruct NYC employees not to be manipulated by some federal agents to enforce the abused power rather than the law. *See att. 8.* Plaintiff also filed a complaint against the police violence with NYC Civilian Complaint Review Board and received its receipt. *See att. 9.* A woman police who witnessed how Plaintiff and her father were dragged into the ambulance agreed that apology was possible. Plaintiff urged the apology again, but it never came to render Plaintiff justice.

What came to harass Plaintiff and her father repeatedly were the ambulance bills when they both were in their extreme financial crisis in survival. It cost Plaintiff a great deal of time to repeatedly told the bill senders that Plaintiff did not ask for ambulance and they were forced by force into ambulance and were detained for

months at hospitals. *See att. 10.*

2. <u>Defendant has been strangling Plaintiff financially in everyway that Plaintiff is facing a crisis in survival:</u>

Since Plaintiff was unlawfully terminated on August 16, 2001 (*See att. 11*) and was wrongfully labeled as an "independent contractor," she has had no income whatsoever for more than 6.5 years. The US Supreme Court's ruling should have rendered justice to Plaintiff, but Defendant has been concealing this ruling to strangle Plaintiff to death. Plaintiff applied for public assistance at the Adult Protection Service of NYC, but her application was denied. Contrary to the "mental patient" label, the reason for denial of Plaintiff's application is "You have sufficient mental capacity and/or physical ability to manage your own affairs." *See att. 12.*

Plaintiff made vigorous effort over the past 6.5 years to look for jobs, but she did not find one after her teaching and research was discontinued and the unlawful termination damaged her employment record. Plaintiff has been living in debt and buying nothing but the food. Even so Defendant is putting more pressure on Plaintiff by using IRS to press Plaintiff to pay more tax which she did not owe. Plaintiff consulted with professional accountant and had to dispute the overcharge. *See att. 13.*

The major inventor, Dehou Fei, was also deprived of his Supplemental Security Income (SSI), because he was hospitalized in China for 9 months and was diagnosed with lung cancer. *See att. 14.* With a pile of medical bills to pay, Dehou Fei appealed for his SSI, but his appeal was denied without any legal ground. *See att. 15.* Fortunately, the NYC government issued some public assistance to cover Dehou Fei's

rent and food. *See att. 16*. Now both Plaintiff and the major inventor are living on this very limited public assistance.

As Plaintiff stated in her original complaint, the reason for Cohen to harm Plaintiff in various ways is because Plaintiff cannot violate the law to promise him a kickback. Though the Inspector General of DOJ did not take any actions against Cohen, Plaintiff believes that he investigated the $7 million Cohen sent to China to open his own bank account and Cohen himself did not deny the fact in any way. Though this administration gave $27 million from my approved compensation in 2006, it, urged by Senator Clinton, retrieved the money in March 2007.

However, China's President Hu Jintao could not lose the money which had nothing to do with China or him. In August 2007, he sent a 7-man abduction team to the US and attempted to kidnap Plaintiff to Thailand and had her killed there. At that point, President Bush sent US troops to protect Plaintiff and the seven men were arrested. Plaintiff thus sent President Hu the second open letter to verify the truth. Plaintiff used certified the letter sent to China's embassy and its NYC Consulate. As she expected, President Hu did not respond to deny the facts. *See att. 17*.

In light of the repeated violation of the US sovereignty and Plaintiff's human rights, as well as the tremendous mental anguish and psychological trauma President Hu had inflicted on her (and her family), Plaintiff wrote to President Bush, planning to file a civil case for $500 million damages. In her letter to President Bush, Plaintiff suggested that she donate the $500 million to the US anti-terror war. It was under this kind of pressure, China's president paid the US government $500 million in Nov.

2007 and the money was given to the US troops.

However, President Hu never forgets to retaliate against the United States and Plaintiff. Since Plaintiff is an easy and weak target and Cohen has been pushing hard to send Plaintiff's approved compensation to a place beyond the rule of US law, Cohen has been collaborating with China's President in killing Plaintiff. The letter Plaintiff sent to President Bush illustrated the great danger Plaintiff has been living in and why Cohen is posing the most imminent threat. *See att.18.*

In view of all the above, Plaintiff requests respectfully that her motion for restraining order and primary injunction to give Plaintiff immediate physical protection and financial relief be granted in pursuant to Amendment 14th to the US Constitution to protect their rights to "life, property, and liberty." This is an SOS motion!

Dated: April 14, 2008.

Faye Zhengxing, Ph.D.
20 Chesapeake Street, SE
Apt. 33
Washington, DC 20032
Phone: 646-826-9930

NO: 07-1918 ( RWR )

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

Faye Zhengxing --- Plaintiff

VS.

The US Patent and Trademark Office --- Defendant

## Certificate of Service

I, Plaintiff, hereby certify under penalty of perjury that on this 14th Day of April, 2008, a copy of Plaintiff's Motion for Restraining Order and Primary Injunction was delivered to Defendant at the following address:

Rhonda C. Fields

Assistant US Attorney

Civil Division

555 Fourth Street, NW

Washington, DC 20530

Executed on April 14, 2008.

Faye Zhengxing, Ph.D.

20 Chesapeake Street, SE

Apt. 33

Washington, DC 20032

Phone: 646-826-9930

ATTACHMENTS FOR MOTION FOR A RESTRAINING ORDER

AND A PRIMARY INJUNCTION

1. Photo of chemical residue on the bathroom door.

2. Photo of Plaintiff sleeping under the equipped dining table to fend off the electric attack;

3. Plaintiff's first letter to stockholders on attack and illegal occupation.

4. Plaintiff's second letter to stockholders.

5. Ambulance bills.

6. Hospital record from NY State Psychiatrist Institute.

7. Letter to prove Plaintiff's presence at NY State Psychiatrist Hospital.

8. Letter to NYC mayor.

9. Response to Plaintiff's complaint from Civilian Complaint Review Board of NYC.

10. Plaintiff's response to ambulance bills.

11. Letter of termination.

12. Denial of application for public assistance.

13. IRS' overcharge and Plaintiff's letter to IRS.

14. Dehou Fei's loss of SSI.

15. Dehou Fei's appeal for SSI.

16. Dehou Fei's public assistance.

17. The second open letter to China's President Hu Jintao.

18. Plaintiff's letter to President Bush and Attorney General.

AH. 1



AH. 2



*AH.3*

3/15/08

Dear Neighbors of C Building:

I, a stockholder in Apt. 33, am alarming you that the security and environment in our building are under attack! Do you know why Sharon (the building cleaner) in Apt. 34 physically assaulted me yesterday? She suddenly pounced upon me from behind and pushed me to the ground at the entrance of the building. The wrist of my left hand was injured. She also crashed our stool violently the day before yesterday when my father and I were peacefully talking in the hallway. Let me make the long story short.

I, a former professor, filed a discrimination complaint against a federal agency in 2001. Though I won the US Supreme Court's ruling (case: 02-10717) in 2005, won President Bush's approval on my compensation in 2005 and 2006, won Senate Judiciary Committee's support in 2007, a US attorney has been stalling my relief and forcing me to promise him a kickback over the past 2.5 years. Since I cannot violate the law, he has been trying all means to harm my family and me. One of the secret weapons to physically harm me is a kind of electric charge, which is invisible, but it causes headache, heart trouble, nausea, and pain in various organs and muscle. It lowers the victim's immunity and has the potential to cause cancers.

My 87-yer-old father with lung cancer and I were attacked in his home in NYC. To escape the attack, I took my Dad back to my DC home on Feb. 3, 2008. To prove the electric attack, you may call NYPD at 212-927-9711. Some policemen even suggested we use foil to fend off the attack, but it did not work. Now we were attacked here. That's why you might have seen us staying in the hallway these days. We did not choose to stay in the hallway even though we were in no body's way since the apartments and stairs are both ends of the building. Seldom will somebody walk through the middle hallway and we did not block any traffic in the building.

The 14th Amendment to the US Constitution points out that each US citizen or legal resident has the right to "life, property and liberty" and should have "equal protection by the law." The US Constitution is the supreme law in this country which, of course, overpowers the bylaw of this community. When stay in the hallway can save our lives temporarily, I have a share of the hallway to stay legally in the hallway and my constitutional right to life overpowers the bylaw which only states the normal situation. We have seen people stay on the roof of the house when flood comes. In any disaster (natural or criminal), saving lives in emergency is more important than any specific regulations.

I, according to the bylaw, must also point out that this US attorney was living in

my home for a long time, enjoying my Jacuzzi. I caught the evidence – a man used razor left in a woman's home. I found my stuff was removed and I found strange trash in my home. If "illegal occupation" was prohibited by the bylaw, did the Board do anything to stop it? In fact, I received a letter from the Board about illegal occupation when I was in NYC. To knowingly allow illegal occupation my home is violation of the bylaw.

I have reported to Attorney General, Department of State, some Congressional committees about the deprivation of my human rights. Sure enough, yesterday afternoon the electric charge was stopped. For several hours, I could sit on my couch and had a nap. Suddenly everybody's private space became a luxury for me. Please imagine the pain when you cannot stay in your own home for a moment of peace!!!

However, last night when I started sleeping in my home, the attack resumed and I felt a high pressure on my heart. I tried my best not to move into the hallway. So I covered my body with a metal pot. This morning I woke up with a terrible headache and nausea. The attacker is hiding upstairs in Apt. 43. If resident in Apt. 43 Cephas does not want to commit perjury, she has to tell you that her home has been used for the attack. We heard attackers watching TV throughout the night and we saw them carrying the portable machine for the attack.

Not only does the electric attack harm my family and me physically, it also pollutes our environment, because it brings in the chemical residue in the air. We can see the chemical residue imposed by the hot steam on our dark brown bathroom door.

Now this US attorney wants to oust me, the owner of the apt., from my home for his continuing illegal occupation. Sharon was paid and instructed to attack me deliberately. If Sharon needs to know the jail sentence for taking bribe, physical assault, and committing perjury (telling lies), obstruction of justice, please read Federal criminal law Title 18. She will be responsible for the medical cost of my injured wrist, my suffering from the pain and my damaged stool.

Now I am urging Congress and Dept. of Justice to investigate my case thoroughly to see how much tax dollars were abused to corrupt the people, undermine our social justice and pollute our environment. If you respect the law and cherish human lives, please unite with me. Please urge Board to call for a meeting to fight terror attack in our community, protect our security, and clean our environment. You are welcome to my home to see the evidence – the stool crashed by Sharon and the chemical residue on my bathroom door left by the attack. Thank you for your attention and support.

Faye Zhengxing, Ph.D.

2

4/3/08

20 Chesapeake Street, SE
Apt. 33
Washington, DC 20032
Cell Phone: 646-826-9930

*Att. 4*

Dear Stockholders of C Building:

Please watch your wallet or purse! Please refuse to pay the legal fee if the Board spends our money for unnecessary legal fee to harm one of us and then tries to obstruct justice.

Please trust me, a professor with integrity, who told you all the truth about the electric charge targeting me and my father from upstairs (Apt. 43). One day near the end of Feburary, I accidentally overheard a conversation between a federal agent and Pat Whitney. This agent was putting on a heat pipe for the board's office. He told Ms. Whitney, "<u>They want to kill her</u>" when he was talking about me (the Asian woman) after I asked about the heat pipe being put on. Ms. Whitney said I did not attend the stockholders' meeting. At that point, I was in the Laundromat.

One day in Feburary when Ms. Dorothy Lane came to my home and saw my father sleeping under the dining table covered with metal pots, pans and foil plates, I told her that we had been under the electric attack and had to sleep under the table. She said to me, "You do your best to protect yourself." She did not show any surprise about the attack and did not ask any further questions. She knew the truth.

One day in Feb. when I had to sit in the hallway to dodge the attack, resident Cephas came out from her Apartment 43. When she saw me, she said, "Do not bother me. You yourself should report to the police."

In short, this board knew from the very beginning that Apt. 43 was used for the electric attack. At first, Ms. Lane and Ms. Whitney did not say much about our stay in the hallway since very few people really need to walk through the middle hallway and we were not in anybody's way, because the stairs and our homes are on both ends of the building. Now this US attorney, who was living in my home for free for a long time, is trying to push me, the owner of the apartment, out of my home. So he can continue his illegal occupation.

I complained about his illegal occupation of my home to his boss, Attorney General Mukasey and President Bush, as well as Senator Clinton and Schumer. He never denies the truth, because he knows he may not go to jail for trespassing into my property, but he will go to jail if he commits perjury.

Not long ago, I received a letter from the attorney hired by this board, warning me about my stay in the hallway. As I pointed out before, when there is a conflict between laws, we should comply with the law which protects the more compelling needs. In

1

this case, our stay in the hallway is forced and we are protected by the US Constitution (see the 14th Amendment). Our constitutional right to our "life, property and liberty" is more compelling than the bylaw which applies to the normal situation. Moreover, we did not bother anybody when we had to stay in the hallway. Some of you might have been asked to come out to see us when we were in the hallway. Otherwise, you might not even know we were dodging the attack in the hallway.

Even the hallway is not a completely safe place. Sometimes, the agent was told to hunt us, attacking us from either upstairs or downstairs. Do you know this US attorney directed the attack even when I was in the hospital where he tried to label me as a "mental patient" who had delusions? One day the agent shot my roommate Christina when I left the ward to sleep in another room. The next day Christina was complaining about a terrible headache and stomach trouble. Fortunately, the doctors and nurses discovered the attack and had me discharged by a senior psychiatrist in NY State Psychiatrist Institute in Dec. 2007.

I just want you to know that this kind of electric attack, though invisible like X ray, it causes pain in various parts or organs in the victim's body and it lowers his or her immunity. It deprives me of sleep for numerous nights. It is a torture and it is a lingering killing.

If you are a moral person with sense of justice, you will never pick on the victim rather than the villain. Let's unite by asking this board to protect our security, protect our fund, and face the law and facts with integrity. If this case goes to court, you will pay the legal cost. We should allow no body in our community to commit perjury, bribery, physical assault, or obstruction of justice.

As I told you before, you are welcome to see the stool violently crashed by Sharon MeNair and see the chemical residue from the electric charge shown on my bathroom door by the hot steam. Sharon MeNair should resign from the board for the physical assault she committed against me on March 14, 2008. The reason this board did not have a meeting to address this event is because this board is not on the right side of the law and is knowingly covering up the truth.

As President Lincoln said, you can fool all the people for some time or some people all the time, but you cannot fool all the people all the time. My high education has trained me to respect the law and science greatly. I have informed you in good faith of the danger in our community. We need to work together to protect each other and uphold the social justice we all need badly. Please feel free to contact me for further information.

Thank you for your attention and actions.

Stockholder in Apt. 33 Faye Zhengxing, Ph.D.

CMS–500

# NOTICE OF MEDICARE PREMIUM PAYMENT DUE

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES (CMS)

~~Delinquent Notice~~

*AH.5-*

09/27/07

BILLING NOTICE DATE:

YOUR CLAIM NUMBER    ~~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M~~

Use Visa/MasterCard/American Express/Discover or
make check/money order payable to "CMS Medicare
Insurance." Send payment with the bottom portion of
this notice in the enclosed envelope to:

**Medicare Premium Collection Center**
**P.O. Box 790355**
**St. Louis, MO  63179-0355**

DEHOU FEI
3736 10TH AVE APT 2H
NEW YORK, NY 10034-1855

| | Hospital Insurance Part A | Medical Insurance Part B | Total Amount |
|---|---|---|---|
| | + | = | |
| ~~11/01/2007 - 11/30/2007~~ | ~~$410.00~~ | ~~$93.50~~ | ~~$503.50~~ |
| Current amount due for 09/01/2007 - 10/31/2007 | $1640.00 | $374.00 | $2014.00 |
| Past due amount | | | |
| **Total Amount Due** | | | $2517.50 |

| Part A: TERMINATION DATE: | |
|---|---|
| Part B: TERMINATION DATE: | PAYMENT DUE BY:    ~~10/25/07~~ |

Last payment received: _____ on _____ .
                                                                    10/25/07
To ensure timely processing, payments must be received by _____ . Any payments
received after this date will be included in your next notice.

## SEE OTHER SIDE FOR IMPORTANT INFORMATION

▼         **Please tear at dotted line and return bottom portion with payment**         ▼

DEHOU FEI
3736 10TH AVE APT 2H
NEW YORK, NY 10034-1855

☐ If your name or address has changed or is incorrect,
check here and complete the back of this notice.

☐ If the person is deceased, check here.

CLAIM NUMBER: ~~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M~~
**Show claim number on check or money order.**

AMOUNT PAID:  $ ☐☐☐☐.☐☐

AMOUNT DUE: $2517.50        DUE BY: 10/25/07

**Make check/money order payable to:  CMS MEDICARE INSURANCE**
DO NOT SEND CASH OR STAMPS.

VISA/MASTERCARD/AMERICAN EXPRESS/DISCOVER NUMBER:

☐☐☐☐-☐☐☐☐-☐☐☐☐-☐☐☐☐

EXP. DATE: ☐☐-☐☐-☐

SIGNATURE: _____

SEND PAYMENT TO:

Medicare Premium Collection Center
P.O. BOX 790355
St. Louis, MO  63179-0355
243838004 2801  212024  0251750  6946

(over)

PRT
P.O. BOX 888
AMERICUS GA 31709

**PROGRESSIVE RECOVERY TECHNIQUES**

LIC# 1124410

CALL TOLL FREE 1-(800) 491-5940

DECEMBER 31, 2007

1000915 01 AT 0.334 **AUTO  T4 0 4006 10034-180999

85100-3060576
DEHOU FEI
3736 10TH AVE # 24
NEW YORK NY 10034-1809

RE:  CLIENT:              FDNY EMS
     PATIENT:             DEHOU FEI
     SERVICE DATE(S):     10/16/07-10/16/07
     FILE NUMBER:         85100-3060576
     ACCOUNT NUMBER(S):   72031905
     TOTAL AMOUNT DUE:        $482.00

DEAR DEHOU FEI:

As representatives for the client listed above, we have been requested to collect the outstanding balance against you. **MEDICARE AND/OR OTHER THIRD PARTY INSURANCE** may have paid on your behalf all services covered under their plan(s). The remaining balance is your responsibility in which our client expects payment in full.

Please contact one of our Account Representatives if additional insurance is an option or make a check payable to the client listed above for the full balance. **CREDIT CARDS** are also accepted. A $5.00 **PROCESSING FEE WILL BE ADDED TO THE AMOUNT AUTHORIZED FOR PAYMENT.**

All payments are to be forwarded to the address listed on the back of this letter along with the completed remittance form. The above file number should be listed on all correspondence and payments to ensure proper handling and crediting of your account.

Thank you.

**YOU MAY CONTACT ONE OF OUR ACCOUNT REPRESENTATIVES AT THE ABOVE TOLL FREE NUMBER**

UNLESS YOU DISPUTE THE VALIDITY OF THIS DEBT, OR ANY PORTION THEREOF, WITHIN THIRTY DAYS AFTER RECEIPT OF THIS NOTICE, WE WILL ASSUME THAT THE DEBT IS VALID. IF YOU NOTIFY US IN WRITING WITHIN THE 30 DAY PERIOD THAT THE DEBT, OR ANY PORTION THEREOF, IS DISPUTED, WE WILL MAIL YOU VERIFICATION OF THE DEBT OR A COPY OF A JUDGMENT. FURTHER, WE WILL PRO-VIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

THIS IS A COMMUNICATION FROM A DEBT COLLECTOR.
THIS IS AN ATTEMPT TO COLLECT A DEBT AND ALL INFORMATION
OBTAINED WILL BE USED FOR THE PURPOSE OF COLLECTING THIS DEBT.

PROGRESSIVE RECOVERY TECHNIQUES IS A MEMBER OF THE AMERICAN COLLECTORS ASSOCIATION.

# **INVOICE**

www.amr-inc.com

**American Medical Response**
530 S. Main Street, Suite 1041
Akron, OH 44311-1010

| | | |
|---|---|---|
| TRIP # | 552-09475941-00 | ACCT # 000956765 |
| PATIENT NAME | DEHOU FEI | |
| DATE OF SERVICE | 11/01/2007 | |
| AMOUNT DUE | 430.00 | DUE DATE 01/15/2008 |

ACCOUNT NUMBER:    000956765

DEHOU FEI
3736 10TH AVE
APT 2H
NEW YORK NY  10034-1855

REMIT PAYMENT TO:

PARK AMBULANCE SERVICE&OXYGEN
P.O. BOX 100231
ATLANTA, GA 30384-0296

PLEASE CHARGE MY: ☐ VISA ☐ MASTERCARD ☐ DISCOVER ☐ AMERICAN EXPRESS

ACCOUNT ☐☐☐☐☐☐☐☐☐☐☐☐☐☐    EXPIRATION DATE ☐☐☐☐    AMOUNT PAID $ _____

CARD HOLDER NAME(PRINT): _____    SIGNATURE: _____

*PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT*
**\* PLEASE INCLUDE INVOICE OR TRIP NUMBER ON YOUR CHECK \***

| PATIENT NAME | ACCOUNT NO. | TRIP NO. | INVOICE DATE |
|---|---|---|---|
| DEHOU FEI | 000956765-0000 | 552-09475941-00 | 12/31/2007 |

| DATE OF SERVICE | SERVICE FROM | SERVICE TO |
|---|---|---|
| 11/01/2007 | COL PRESB  MANHATTAN | COL PRES ALLEN PAV |

**IMPORTANT MESSAGES**

MEDICARE HAS DENIED THIS CLAIM. TO FILE AN APPEAL, WE REQUIRE A LETTER FROM
YOUR PHYSICIAN STATING WHY TREATMENT COULD NOT BE PROVIDED AT THE FIRST
FACILITY AND WHY TRANSPORT BY AMBULANCE WAS MEDICALLY NECESSARY. PLEASE CALL
OUR CUSTOMER SERVICES DEPARTMENT IF YOU HAVE ANY QUESTIONS.
THANK YOU.

| CODE | DESCRIPTION | UNITS | UNIT CHARGE | | TOTAL CHARGE |
|---|---|---|---|---|---|
| 1250 | BLS NE BASE RATE | 1 | 400.00 | | 400.00 |
| 2250 | BLS MILEAGE | 4 | 7.50 | | 30.00 |

DIAGNOSIS: 7813    *Kom  1/9/08*

| **TOTAL CHARGES DUE** | 430.00 |
|---|---|

WE NOW ACCEPT THE FOLLOWING CREDIT CARDS:

  

**SEE REVERSE SIDE FOR INSURANCE INFORMATION**

Send billing inquiries to: AMERICAN MEDICAL RESPONSE, 520 S. STREET, SUITE 2422, AKRON OH 44311-1010
530 S. MAIN STREET, SUITE 1041 AKRON, OH 44311-1010
Keep this portion for your records

Toll Free 1-800-913-9106
Fax Number: (303) 384-4026

Fed. Tax ID: 06-1356148



FDNY/EMS
P.O. Box 1248
Americus GA 31709

CALL TOLL FREE 1-(877) 814-4615

February   6, 2008

1009951 01 AT 0.334 **AUTO  T4 0 4038 10034-180999

85100-3085228
ZHENGXING FEI
3736 10TH AVE
NEW YORK NY 10034-1809

Make all checks or money orders payable to :

FIRE DEPARTMENT, CITY OF NY

Mail all payments or correspondence in the envelope provided to :

FDNY/EMS
GENERAL POST OFFICE
P.O. BOX 27137
NEW YORK NY 10087-7137

| | |
|---|---|
| Account Number: | 72031870 |
| Treatment Date: | |
| File Number: | 10/30/07-10/30/07 |
| | 85100-3085228 |
| Service From: | 3736 10 Av |
| Service To: | COLUMBIA PRESBY MED CTR N |
| Item(s) Charged: | 475.00 BLS |
| Total Charges | 14.00 MILEAGE    2 |
| | 489.00 |
| | .00 PAYMENTS |
| Total Amount Due: | 489.00 |

February   6, 2008

Emergency Ambulance Service Care was provided by the New York City
Fire Department on the date and location indicated above.  If you
are not covered by MEDICARE, MEDICAID or any other PRIVATE
INSURANCE PLAN, the amount due must be paid within the next (30)
days.

MAKE ALL CHECKS OR MONEY ORDERS PAYABLE TO:  NEW YORK CITY FIRE
DEPARTMENT and include your file number on the check or money
order.  CREDIT CARDS are also accepted.  A $5.00 PROCESSING FEE
WILL BE ADDED TO THE AMOUNT AUTHORIZED FOR PAYMENT.  DO NOT SEND
CASH.  Mail all payments or correspondence to the address listed
on the back of this letter.

If you have MEDICARE, MEDICAID or PRIVATE INSURANCE, do not send
in payment because they may pay for this fee or a portion of it.
Please complete the Insurance Information Questionnaire located on
the back of this letter and return it to us in the enclosed
envelope.  PLEASE MAKE SURE YOU SIGN THE ASSIGNMENT AND RELEASE
AUTHORIZATION LOCATED ON THE BACK OF THIS LETTER.  Your bill will
then be forwarded to the appropriate agency/carrier for payment.

**FAILURE TO RESPOND TO THIS LETTER WITH INSURANCE INFORMATION IN A TIMELY
MANNER MAY CAUSE YOUR INSURANCE COVERAGE TO EXPIRE.  THE PATIENT OR
RESPONSIBLE PARTY WILL BE LIABLE FOR THE CHARGES IF THIS OCCURS.**

SEE REVERSE SIDE

## Discharge Summary/Service Plan-Part II
### Inpatient-Adult

*Att. 6*

| | | |
|---|---|---|
| Facility Name: 14  New York State Psychiatric Institute | Patient's Name: | FEI, ZHENG XING |
| Unit/Ward:    13  Washington Heights Community<br>Service-Fem | Case Number: | 52672 |
| Admission Screening Date:  10/31/2007 | State ID: | 3026830 |
| | DOB: | 10/26/1950    Gender: Female |

Entered By:    14869 Davidson, SWI, Clare

## 1. Mental Health

### Medications

Perphenazine 12 mg in the AM
Perphenazine 24 mg at night
Clonzaepam 1 mg at night

*Benztropine 1 mg PO each morning for restlessness*

### Service provider

Inwood Clinic
26 Sherman Avenue,NY 10040
212-942-8500
Dr.Rowen, psychiatrist
Ms.Madeline Rosario,social worker

**Appointment:**    12/20/2007 — *3 pm*

### Other

pt. has an appointment with Dr. Rowen, psychiatrist at the Inwood Clinic, on 12/20/07 at 3 pm.

# Discharge Summary/Service Plan-Part II
## Inpatient-Adult

Facility Name: 14  New York State Psychiatric Institute

Unit/Ward:    13  Washington Heights Community
Service-Fem

Admission Screening Date:  10/31/2007

Patient's Name:  FEI, ZHENG XING

Case Number:  52672

State ID:      3026830

DOB:          10/26/1950          Gender: Female

Instructions

**In Case of Emergency, please contact one of the following:**

**911, the local Mobile Crisis Team: 212-342-5797, 1-800-LifeNet or go to your local Emergency Room**

**En Caso de Una Emergencia:**

**Llame al 911, 1-877-AYUDESE o via a la sala de emergencia mas próxima.**

## 2. Physical Health

### Medications

Multivitamin one each day *(May purchase at pharmacy)*
Atorvastatin 40 mg at night
Isoniazid 300 mg each morning
Aspirin 81 mg each morning
Pyridoxine 50 mg each morning

# Discharge Summary/Service Plan-Part II
## Inpatient-Adult

Facility Name: 14 New York State Psychiatric Institute      Patient's Name: FEI, ZHENG XING

Unit/Ward:    13 Washington Heights Community      Case Number:   52672
              Service-Fem

Admission Screening Date: 10/31/2007      State ID:      3026830

                                          DOB:          10/26/1950    Gender: Female

Docusate sodium 100 mg three times a day
Senna two tablets at night *(May purchase at the pharmacy)*
Saline nose spray 2 squirts in each nostril twice a day

Health care provider

pt. has a primary doctor, Dr. Yiling Huang
718- 899-6600
55 Avenue/Queens Blvd.,elmhurst

**Appointment:**

Instructions

## 3. Rehabilitation

A. Living              Type of residence:    Own Home Or Apartment
   Other

Dr. Fei has an appointment on 12/20/07 to meet with New York City Housing Authority (NYCHA) housing
court. She has been assigned a case manager from the social services deparment of NYCHA. Her name is
Nadine Friarson and her phone number is 212-334-2506 X203.

Name and address

3736 10th Ave
Apt 2H
New York,NY
Phone: 212-567-2713

Patient had received information on services available in residence    ☐ Yes  ☐ No  ☑ N/A

Patient refuses placement                                              ☐ Yes  ☐ No

Attempts to place patient failed                                       ☐ Yes  ☐ No

Reason(s)

B. Working
   Employer
      N/A

   Vocational services
      N/A

   Comments

---

User: Cardona, LCSW, Carmen           12/19/2007  11:47:07                    Page 3 of 5

## Discharge Summary/Service Plan-Part II
## Inpatient-Adult

Facility Name: 14 New York State Psychiatric Institute

Unit/Ward:   13 Washington Heights Community
Service-Fem

Admission Screening Date: 10/31/2007

Patient's Name:  FEI, ZHENG XING

Case Number:  52672

State ID:   3026830

DOB:   10/26/1950   Gender: Female

While on the unit, Dr. Fei had some questions about the IRS wanting her to pay taxes on her sold mutual fund. She ultimately turned down my offer of help with this matter and accepted a note on Presby. Hospital stationary stating that she is hospitalized. She will use the note to prove that she was unable to handle the matter while hospitalized. The main IRS numer is 1-800-829-3009.

C. Educational

Placement/Services

N/A

For patients under 21, appropriate school district has been notified   ☐ Yes  ☐ No

Committee on special education has been notified   ☐ Yes  ☐ No  ☐ N/A

Comments

D. Social/Leisure

N/A

## 4. Social Supports

Identify support networks

Dr. Fei has a sister in Queens, Gina Fei: 917-496-6260. Her father also has an open APS case, his case worker's name is Grace Oliveru- 212-229-6976. I have given her number for free legal clinics, should she want them. In addition, Dr. Fei has been linked with the Inwood Clinic.

## 5. Financial

Type of support

N/A

Social Services

N/A

Other

At this time Dr. Fei believes her Medicaid status may need recertification, but is declining any help. I have intstructed her to speak with her case worker at Inwood in the event that she changes her mind.

## 6. Patient/Family Statement

Dr. Fei will return to the apartment she shared with her father, who is currently hospitalized at the Allen Pavillion. She has been given numbers to call in the case of emergency, and will utlize the Inwood Clinic as much as possible.

## 7. Service Plan Coordinator

User: Cardona, LCSW, Carmen          12/19/2007  11:47:07                    Page 4 of 5

## Discharge Summary/Service Plan-Part II
## Inpatient-Adult

Facility Name: 14  New York State Psychiatric Institute

Unit/Ward:    13  Washington Heights Community
              Service-Fem

Admission Screening Date:  10/31/2007

Patient's Name:  FEI, ZHENG XING

Case Number:    52672

State ID:        3026830

DOB:             10/26/1950    Gender: Female

---

Name:  Clare Davidson, SWI/

Phone    Day:    (212) 543-5452    Ext.

         Eve:    (212) 543-5452    Ext.

## 8. Participants

| NAME | RELATION |
|------|----------|
| Zheng Xing Fei | Other |
| Gina Fei | Sibling |
| Davidson, SWI , Clare | Student Intern |
| Cardona, LCSW , Carmen | Soc Worker 2 Span L |
| Weston, PGYII , Christi | Psychiatric Resident |
| Lequesne, MD , Elizabeth | Psychiatrist 1 |
| Lowenthal, M.D. , David | Psychiatrist 2 Span L |

Patient's Signature: X _Fei Zheng_    Date: 12/9/2007

Staff :    14869  Davidson, SWI, Clare    Title:   Student Intern    Date: 12/10/2007

Confirmed By:  14111  Cardona, LCSW, Carmen    Date: 12/19/2007

Title:    Soc Worker 2 Span L/Supervisor

Staff Signature: _Cardona, LCSW_

**NewYork-Presbyterian**
The University Hospitals of Columbia and Cornell

Columbia Presbyterian Medical Center
622 West 168th Street
New York, NY 10032
Tel 212 305-2500

AH. 7

December 3rd, 2007

To Whom It May Concern:

Dr. Zheng Xing Fei is currently hospitalized at the Columbia University Medical Center. She has been under evaluation here since 10/31/2007. At this time, a discharge date has not been set.

Best,

Christi Weston, MD

1/3/08

3736 10th Ave. Apt. 2H
New York, NY 10034
Phone & Fax: 212-567-2713
Cell Phone: 646-826-9930

*AH . 8*

Dear Mayor Bloomberg:

This is an SOS message!!!

I have repeatedly reported to you about how our basic human rights have been deprived of. Attached please find the hearing scheduled for tomorrow by NYC Housing Authority, only because I had to come to NYC to take care of my 87-year-old father (Dehou Fei) with lung cancer and TB, which has become negative after more than 2-month of hospitalization. I repeatedly informed NYCHA that I had to temporarily live in my father's home even though I have been paying $326.10 maintenance fee and $1340 assessment fee for my own home in Washington DC without living there for 2 years. NYCHA knew the fact and over the past two years did not ask me to fill out any form for approval and did not state that I could not take care of my father in his home. In fact, after this apartment was assigned to my parents (my mother died in 2004 after a stroke caused by my injury), a home attendant was living with my parents to take care of my mother and NYCAH never questioned about it.

The vicious cycle is that my father's 9-month hospitalization abroad in 2005 deprived him of his Supplemental Security Income (SSI), his only income, and left him a pile of medical bills when he came back to the United States in Feb. 2006. His reapplication for SSI and his appeal were both denied without any legal ground. To help him survive, the NYC government (Adult Protective Service) granted him some public assistance such as rent payment and food stamps. But this kind of emergency help is in danger. A hearing will be rescheduled on his need of "temporary and disability assistance."

Financially I cannot help my father at all. I was unlawfully terminated by a federal agency in 2001 and was wrongfully labeled as an "independent contractor**." In 2005 my case won the US Supreme Court's ruling (case no: 02-10717), President Bush's approval of compensation to settle my case (case no: 04-119 & 05-532 filed at US Court of Federal Claims) in 2005 and 2006, and Senate Judiciary Committee's support in Feb. 2007**. However, the most powerful decisions have not rendered us justice yet, because there is a US attorney David Cohen who has been trying his utmost to force me to promise him a kickback from our compensation. Since I cannot violate the law, he has been stalling my case for two years, which caused tremendous threat to our survival, health and security.

In addition, I was also repeatedly attacked by electric waves directed by David Cohen, who manipulated the resident Ms. Hill upstairs in Apt. 3H at the address above. When I had heart and stomach trouble and called 911 on Oct. 30, 2007, both my father and I were forced by the local police into hospitals. A local policeman even broke into our home and put a pair of handcuff on me to drag us into an ambulance. I was illegally detained for 50

1

days at NY Psychiatric Institute. During my detention, I emailed Attorney General Mukasey for a formal investigation. *See attachment 3.* After the hospital invited a senior psychiatrist Dr. Sarti to diagnose me, I was discharged as he advised. A local doctor Rowen also agreed that I had no mental illness but anxiety caused by the repeated torture. Please contact NYPD at 34 Precinct at 212-927-9711 to know the truth. Officer McCue, Henke, Cook, Diaz are all aware of the electric wave attack which poses a true harm to our health and peace of mind. It is still going on everyday to the extent that I cannot sleep well.

As the most effective major we have ever seen, you will never fail to see severe nature of our case. We are not only responsible US citizen and legal resident, we both made great contributions to this country. My father has an invention based on his extensive research and intensive experiment over the past 20 odd years. This invention will greatly enhance human immunity and reduce our national health care cost, especially for millions of smokers and second-hand smokers. But David Cohen damaged his patent application. We had to file a civil case for damages.

In my fight to protect my constitutional right over the past 7 years, I not only protected the rule of law in this country, I donated $500 million to the US government from the compensation from China, because China's President Hu Jintao repeatedly masterminded and sent abduction team to New York City in 2006 and 2007 in order to kidnap me and finally to kill me. You may verify the truth by contacting the White House and Department of Justice.

I will be most grateful if you can mobilize the NYC government (NYPD, NYCHA, Social Security Administration and Adult Protective Service) to urge Attorney General Mukasey and President Bush to render us justice immediately. We do not want to become the burden of this city by applying for any social welfare. We want only justice!!!

Thank you very much for your immediate attention and prompt actions. We will be looking forward to hearing from you.

Sincerely,

Faye Zhengxing, Ph.D.

2



**CIVILIAN COMPLAINT REVIEW BOARD**
40 RECTOR STREET, 2ND FLOOR
NEW YORK, NEW YORK 10006 ♦ TELEPHONE (212) 442-8833
www.nyc.gov/ccrb

*Att. 9*

MICHAEL R. BLOOMBERG
MAYOR

JOAN M. THOMPSON
EXECUTIVE DIRECTOR

November 30, 2007

Mr. Fay Zhengxing
3736 10th Avenue Apt. 2H
New York, NY 10034

RE: OCD 200717213

Dear Mr. Zhengxing:

The Civilian Complaint Review Board (CCRB) acknowledges the receipt of your complaint.

The CCRB has jurisdiction to investigate complaints filed against officers of the New York City Police Department that allege excessive use of force, abuse of authority, discourtesy, or use of offensive language, including slurs relating to race, ethnicity, religion, gender, sexual orientation and disability. We have determined that your complaint does not fall within the board's jurisdiction, either because the allegations do not fall within our jurisdiction or because the subject of the allegations is a civilian employee of the police department.

The Office of the Chief of Department (OCD) of the New York City Police Department has jurisdiction to investigate complaints that question the validity of summonses and arrests, and the competence with which police officers perform their general duties; it is also authorized to investigate complaints filed against civilian employees of the police department. Therefore, we have referred your complaint to the Office of the Chief of Department for investigation.

An OCD control number has been obtained for you and it appears at the top of this page. An investigator assigned by the Office of the Chief of Department will contact you and will handle all further action regarding your complaint.

If you have any questions, please contact the Office of the Chief of Department, 300 Gold Street 3rd Floor, Brooklyn, New York 11201, telephone number (718)-834-3382. Please refer to your OCD control number when making all inquiries.

Sincerely,

Denise Alvarez
Director of Case Management

*CCRB*
*Nov 30, 2007*

# Complaint Report (CCRB)

| | | | |
|---|---|---|---|
| **CCRB Case No :** | 200717213 | **C/V Report Date :** | 11/28/2007  2:05 PM |
| **Complaint Type :** | OCD | **Investigator :** | Not Assigned |
| **Complaint Made At :** | CCRB | **Ref. No :** | |
| **Received Date (CCRB) :** | 11/28/2007  2:05 PM | **Mode :** | Phone |
| **Incident Date :** | 10/30/2007  10:15 AM | **Location :** | Apartment/house |
| **Place of Occurrence :** | 3736 10th Avenue, Apartment 2H | **Precinct :** | 34 |
| | | **Boro :** | Manhattan |

**Reason for Initial Contact :**  C/V requested investigation of crime

**Charges :**                           No arrest made or summons issued

## Complainant/Victim Details

**Name :**           Fay Zhengxing
**Address :**        3736 10th Avenue, Apt. 2H New York NY 10034, USA          **Type :** Comp/Victim

**Contacts :**       (212)-567-2713   Phone(Home)
                     (212)-543-5451   Phone(Mobile)

**Gender :**         Male                    **Ethnicity :** Asian
**Person Assisting :**                                                        **Date of Birth :** 10/26/1950
**Injury Details :**

## Officer(s) Named in Complaint

| Rank | Officer | S/W Officer | Tax No | Race | Cmd | Allegations/Board Dispositions |
|---|---|---|---|---|---|---|
| | Officers | Subject Officer | | | | |

## Initial Complaint Narrative

Fay Zhengxing stated that she filed a previous complaint about this incident with the CCRB (OCD referral #200716413). She would like to add more information to her complaint and inform the 34th Precinct about this new information. She and her father are still being held at the hospital and they need to be released. Ms. Zhengxing indicated that she is being wrongly held at the hospital. She is concerned that the 34th Precinct officers involved in this case are going to commit perjury by telling lies about her in order to keep her in the hospital. She would like the officers to help her and her father by giving the hospital correct information so that they can be released.

## Witness

3/27/08

20 Chesapeake Street, SE
Apt. 33
Washington, DC 20032
Phone: 646-826-9930

Att.10

**Account No: 956765**

Dear Customer Service Representative of American Medical Response:

I filled out your Compassionate Care Screening Form. See attached.

First, I have to restate that I was forced into the ambulance that day against my will. I did not need and did not call for any ambulance that day and I could afford the cost. You may verify the truth with NYPD at 212-927-9711. My NYC home address from where I was forced into the ambulance is 3736 10th Ave. Apt. 2H, NY, NY 10034 (phone: 212-567-2713).

Second, now I have no income beyond some disability (lung cancer) public assistance. The NYC government has been paying my rent ($197 a month), around $215 food stamps and some cash. See attached. You may contact the social worker Grace Oladeru at 212-971-2673 of Adult Protection Service of NYC to verify the truth. See attached.

I lost my Supplemental Security Income in 2007 after I was hospitalized abroad for 9 months. My appeal was denied without any reason. Now my only hope lies in the justice – the compensation— to be rendered to me by the Court after my patent application was unlawfully abandoned by the US Patent and Trademark Office in 2005.

Thank you for understanding my current crisis in survival and canceling the bill to protect my Constitutional right to "life, property and liberty." I am an 87-year-old man with lung cancer. Please do not bother me with this bill again. I spend most of time in my bed. Thank you for your understanding.

Sincerely,

Dehou Fei

**VOICE OF AMERICA**

330 Independence Avenue, SW
Washington, DC 20237



August 16, 2001

Dr. Fei Zhengxing
201 I Street, S.W., Apt. 535
Washington, D.C. 20024

Re:     Purchase Order Contract No. BPA122-0021

Dear Dr. Zhengxing:

This is to inform you that, effective this date, your contractual relationship with the Chinese Branch is terminated.

The Agency is taking this action after careful consideration of your misconduct while a contractor (purchase order vendor or "POV") of the Agency since last October. This misconduct has included false or malicious statements and disrespectful conduct toward co-workers and the Chinese Branch Chief. As Director of the East Asia and Pacific Division, I followed the investigation of these matters with great concern.

As an example of the claims you made, on or about March 20, 2001 you alleged that there was a relationship between the Branch Chief and another POV. You stated that you believed the POV was paid for days she did not work, that the POV received more money per assignment than the rate paid to you, and that the POV was absent from the office at similar times as the Branch Chief. You made an additional allegation that the Branch Chief responded twice to personal ads you posted on a website. Your allegations also included, among other things, that the POV assignment editor promised you a TV host position when you began work with the Chinese Branch; and, that a coworker told you that you "found a new job" when your assignment had been changed as a means to "psychologically harass" you.

The Agency took your allegations of this nature very seriously and immediately investigated them. Upon examination, VOA Chief of Staff Michael Zeitlin found that all of your claims were either patently false or totally unsupported by any factual evidence. Mr. Zeitlin informed you of this on or about April 4, 2001. Despite this, you continued to make these false or unsupported allegations. On April 24, you filed a report with the Metropolitan Police in which you alleged, among other things, that emails relating specifically to your claims against your supervisor were missing from your apartment. You also made these and other false allegations regarding the Branch Chief to one or more coworkers. On or about May 29, you attempted to bring to the attention of the



- 2 -

Broadcasting Board of Governors' Chief of Staff the same allegations Mr. Zeitlin had found to be false or without any foundation. The Office of the General Counsel confirmed Mr. Zeitlin's findings regarding these allegations.

Your conduct impugns the Branch Chief and your coworkers and is disrespectful. Your untruthful and malicious allegations also harm the reputation of the Branch Chief, which undermines his supervisory authority. The Agency cannot tolerate such conduct.

Accordingly, the Agency has no further need for your services.

Sincerely,

Ke Lu Chao
Acting Program Director
Voice of America
Broadcasting Board of Governors

W-101 (5) Manhattan

Rev. 9/28/2004 (Page 1 of 4)

Human Resources Administration
Medical Insurance and Community Services Administration
Adult Protective Services

## NOTICE OF ELIGIBILITY DETERMINATION

*AH.12*

|  |  |
|---|---|
| Client ID: | F0AJM.4895568 |
| Borough Director: | DEBORAH HOLT-KNIGHT |
| Borough Office: | Manhattan |
|  | 400 Eighth Ave 7th Floor |
|  | New York, NY 10001 |
|  | Tel: 212-279-5794 |
|  | Fax: 212-971-2620 |

Client Name:   ZHENGING, FAYE

Address:   3736 10TH AVENUE, # 2H,

MANHATTAN, NY, 10035

Date: 07/10/07

Dear   FAYE ZHENGING:

Adult Protective Services (APS) has assessed:

(NOTE TO CASEWORKER: PLEASE CHECK **ONE** OF THE ITEMS BELOW.)

☑ an application made on your behalf for protective services; or

☐ your application for protective services; or

☐ an application submitted by your authorized representative for protective services.

Pursuant to section 473 of the Social Services Law of the State of New York as interpreted by the New York State Department of Social Services Administration Directive 90 ADM 40, you must meet all the following criteria to be eligible for protective services.

A.   Have a physical or mental impairment; and

B.   Because of that impairment, be unable to manage your own resources, carry out the activities of daily living or protect yourself from neglect or hazardous situations without assistance from others; and

C.   Have no one available who is willing and able to assist you responsibly.

W-101 (5) Manhattan
Rev. 9/28/2004 (Page 2 of 4)

Human Resources Administration
Medical Insurance and Community Services Administration
Adult Protective Services

ADULT PROTECTIVE SERVICES HAS COMPLETED ITS ASSESSMENT OF THIS APPLICATION FOR SERVICES AND HAS DETERMINED THAT YOU ARE:

(NOTE TO CASEWORKER: CHECK EITHER "INELIGIBLE" AND REASON(S) OR "ELIGIBLE")

☑ Ineligible for protective services as defined in section 473 of the Social Services Law of the State of New York. APS's determination that you are ineligible to receive protective services is based upon the following criteria:

    ☑ You have sufficient mental capacity and/or physical ability to manage your own affairs.

    ☐ You have no unmet essential needs and are not at risk of harm.

    ☐ Another agency is available to meet your needs. The name and address of the agency and the name and telephone number of a contact person is as follows:

    ☐ A family member or another individual is willing and able to care for your needs. The name, address and telephone number of the person is as follows:

    ☐ Other (please explain):

☐ Effective date of eligibility for protective services is _____ and protective services will continue until further notice.

You have a right to accept or reject protective services. However, when APS determines you are eligible for protective services, it has the responsibility to make an evaluation, pursuant to 18 NYCRR 457.6, to evaluate your risk of harm and determine your mental capacity to reject protective services. Your refusal of protective services will not prevent Adult Protective Services from making such an evaluation and, if necessary, pursuing the delivery of involuntary protective services.

Pursuant to 18 NYCRR 404.1 (b) (2) and 404.1 (f) (2), you have a continuing obligation to report any change in your status to the local APS Office.

RIGHT TO A CONFERENCE: You may have a conference to review these actions. If you want a conference, you should ask for one as soon as possible. At the conference, if we discover that we made the wrong decision or if, because of information you provide, we determine to void our decision, we will take corrective action and give you a new notice. You may ask for a conference by calling the Borough Director (see page #1 of this notice). If you ask for a conference, you are still entitled to a Fair Hearing. Please read the Fair Hearing Information (see page 3 of this notice).



Department of the Treasury
**Internal Revenue Service**
Andover, MA  05501-0010

For assistance, call:
1-800-829-0922
**Your Caller ID:**  749836

**Notice Number:** CP22A
**Date:** February 4, 2008



**Taxpayer Identification Number:**
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
**Tax Form:** 1040
**Tax Year:** December 31, 2005

107706.412512.0379.009 1 AT 0.334 766

FEI  ZHENGXING
3736 10TH AVE APT 2H
NEW YORK  NY  10034-1855283

107706

| Amount You Owe as of February 25, 2008 |
|---|
| $5,468.99 |

## We Changed Your Account

*We will explain why you received this notice, how we changed your account, how this change affects you, and actions you may wish to take.*

## Why You Received This Notice

We contacted you twice but have no record of receiving your response.  Your 2005 tax return does not report the same income or deductions reported to us by your payer or trustees, so we changed your tax return to correct your

- investment gain or loss
- interest and/or dividend income

## How We Changed Your Account

We changed your account as follows:

| Account balance before this change | None |
|---|---|
| Increase in tax because of this change | $4,747.00 |
| Interest charged | $721.99 |
| **Amount you now owe** | **$5,468.99** |

## How This Affects You

Please pay the full amount by February 25, 2008 to avoid additional penalty and interest.  When making your payment:

- Make your check or money order payable to the **United States Treasury**
- Write the Social Security number and tax year shown at the top of this notice on the check or money order
- Use the payment coupon included with this notice

Page 1

1/16/08

3736 10th Ave. Apt. 2H
New York, NY 10034
Phone & Fax: 212-567-2713
Cell Phone: 646-826-9930

*Att. 13*

Attention: Aur Recon
Atlanta IRS Center
4800 Buford HWY
Chamblee, GA 39901-0021

**AUR Control: 50045-0275**
**Notice: CP 2000**
**Social Security No: 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**

Dear IRS Representative:

First, I need to explain why it took me so long to respond to your notice. The reasons include 1) You used my home address in Washington DC while I started living in New York City in early 2006 to take care of my 87-year-old father with lung cancer. Apparently your original mail was not forwarded to me in time; 2) soon after I received your mail in NYC, I was forced into a hospital for 50 days where I could do nothing about my response (*See attachment 1*). I was discharged on Dec. 19, 2007; 3) I could not find my tax information for 2005 after moving to NYC and I had to contact my mutual fund companies to receive the tax related information before I can respond to your notice.

Secondly, my case is so unique in the sense that I have had no income whatsoever since Sept. 2001. Attached please find my letter to Attorney General Mukasey, which is a summary of the legal background (*See attachment 2*). I was unlawfully terminated by International Broadcast Bureau on Aug. 16, 2001. (*See attachment 3*) Since I was labeled as an "independent contractor," I did not receive any unemployment compensation. During the argument on if I was an independent contractor at court, I sent my argument and evidence to IRS for its evaluation. You may find out the truth on this case through IRS's letter (*See attachment 4*). After its evaluation, IRS knew I was not an independent contractor, but it refused to issue its finding or conclusion in violation of Freedom of Information Act.

Up to now, Department of Justice is still concealing the ruling by the US Supreme Court on my case (02-10717), which states in 2005 that I was NOT an independent contractor and should be protected by Equal Employment Opportunity Law (or Title VII). In light of the high court ruling, President Bush approved $90 million as a non-prosecution plea deal in 2005 and 2006 to settle my case (case no: 04-119 & 05-532 filed at US Court of Federal Claims). However, not one penny of justice has been issued to me yet because of the obstruction of justice by Dept. of Justice. I have been fighting for the long-time-overdue relief over the past 6.5 years. At the same time I have been searching for jobs to get back to my career path (as a professor), but I have not been successful after my employment record was damaged by the unlawful termination. I have been living on my saving and the money borrowed from my family members.

1

During my struggle for survival, I contacted IRS on tax payment when I was in Washington DC. I was told if my annual income was under $7,700, I did not need to pay any income tax.

Two years ago, I asked IRS if I could have some tax return from all the tax I paid on my mutual funds, because some mutual funds gained in one year and I paid tax without redeeming the gain. Then the next year I lost a lot of money in my mutual funds. Some of your IRS professionals told me that I could get tax return up to $3,000 each year, but I never received any formal response to my question or any tax return.

Now you are saying I have to pay extra tax though I still have ZERO income. My dividends or interest from my mutual funds are way below the lowest standard of $7,700 in 2005. Moreover, your Explanation Section further confused me. For instance, you regarded $20,000 I redeemed from Vanguard as taxable. My understanding is that you only tax what is gained (such as interest or dividends rather than all the original fund for which I had paid income tax before I put in the mutual funds) compared with that of 2004. Attached please find the tax information of 2005 I received from my mutual fund companies --- Vanguard, Fidelity, and Janus (*See attachment 5*). Now I have only some IRA or Roth IRA retirement funds, which should not be taxed before I take them out

Please examine my tax information carefully. I simply have no income or any saving to pay any tax. I am facing a crisis in survival at the very moment. I will be most grateful if you can resolve this case immediately and urge Dept. of Justice to issue me the relief or justice decided by the US Supreme Court and President Bush. Thank you

Sincerely,

Faye Zhengxing, Ph.D.

2

XL0218 (09/97)                    NOTICE NUMBER : N031H02320          Page: 1          *****

MEDICAL ASSISTANCE PROGRAMS          NOTICE OF DECISION ON YOUR
MAP CENTRAL OFFICE                   MEDICAL ASSISTANCE.
330 WEST 34TH STREET                                                    $H.14
NEW YORK, NY 10001

                                     SE LE ENVIARA UNA COPIA EN ESPANOL DE ESTA
                                     NOTIFICACION EN UN SOBRE APARTE

     PROGRAM CODE = 500

| NOTICE NUMBER:<br>N031H02320 | DATE:<br>December 12, 2006 | CASE NUMBER:<br>090108873C |
|---|---|---|

| OFFICE<br>500 | UNIT | WORKER<br>SDX00 | UNIT OR WORKER NAME<br>MAP CENTRAL | TELEPHONE NO.<br>888-692-6116 |
|---|---|---|---|---|

| AGENCY TELEPHONE NUMBERS | CASE NAME / AND ADDRESS |
|---|---|
| GENERAL TELEPHONE NO. 877-472-8411<br>FOR QUESTIONS<br>OR HELP | |
| OR  Agency Conference    212-630-0996 | |
| Fair Hearing<br>information and      212-630-0996<br>assistance | llulllludlluudllululull<br>FEI DEHOU<br>3736 10TH AVE, 2H<br>NEW YORK, NY 10034 |
| Record Access      212-643-3697 | |
| Child/Teen<br>Health Plan      888-692-8662 | |

IF YOU DO NOT AGREE WITH ANY DECISION EXPLAINED IN THIS NOTICE, YOU HAVE A RIGHT TO ASK US
FOR A CONFERENCE AND/OR ASK THE STATE FOR A FAIR HEARING. READ THE CONFERENCE AND/OR
FAIR HEARING SECTION TO SEE HOW TO ASK FOR A CONFERENCE AND/OR A FAIR HEARING.

## MEDICAL ASSISTANCE

```
**************************************************************************
*                                                                        *
* Even though you are no longer eligible for Medical Assistance, some members *
* of your case may be eligible for continuation/extension of their Medical    *
* Assistance coverage.  Please read this entire notice.                   *
*                                                                        *
**************************************************************************
```

We will discontinue Medical Assistance effective December 25, 2006.

You were granted Medical Assistance because you were eligible for SSI.  You are no
longer eligible for SSI and have been determined ineligible for MA-SSI.
If you were not actually granted SSI, you were granted Medical Assistance
incorrectly.  To reapply for Medical Assistance, you must complete an application
at your local Medicaid office.

This decision is based on Regulation 18 NYCRR 360-2.6 and 360-3.3.

## SERVICES AND OTHER INFORMATION

**Your NYS Common Benefit Identification Card:**

You should have a New York State Common Benefit Identification card.  Even though
you are no longer eligible for benefits, keep your card in a safe place.  The same
card will be used again if you become eligible for benefits in the future.

463          01D036                     CONTINUED ON THE NEXT PAGE ...

6/29/07

3736 10th Ave. Apt. 2H
New York, NY 10034
Phone & Fax: 212-567-2713
Cell Phone: 646-262-9930

*A#.15*

## APPEAL FOR SSI REAPPLICATION
### Re: Claim No: 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

Dear Social Security Administration Representative:

To my great dismay and disappointment, I learned that my re-application for Supplemental Security Income (SSI), the only income for my survival, was denied on June 12, 2007. I am appealing for my SSI claim according to the third item of eligibility categories under alien status: "Certain aliens who are blind or disabled and were lawfully residing in the US on August 22, 1996."

I.    My late wife and I came to the United States on May 30, 1996. We were lawfully admitted for permanent residency under Immigration and Nationality Act (INA). *See attachment 1.* Social Security Administration, therefore, approved our SSI in 2000 based on our legal alien status, our age, disability, and no other income. *See attachment 2.* Note: The date of entering the United States is a watershed in the specific policy since SSA regulation states: "IMPORTANT: If you entered the United States for the first time on or after August 22, 1996" then you may not be eligible for SSI benefits for the first five years as LAPR, even if you have 40 qualifying quarters of work." *See SSI web site.*

II.   In view of the guideline of SSI "Supplemental Security Income (SSI) is a Federal income supplement program funded by general tax revenues (not Social Security taxes): It is designed to help aged, blind, and disabled people, who have little or no income; and It provides cash to meet basic needs for food, clothing, and shelter." (See SSA website) I, still a legal permanent resident, 86-year-old, diagnosed with lung cancer, having no other income source or cash to meet basic needs for food, clothing and shelter, should be eligible for SSI again after the suspension based on my hospitalization abroad.

More specifically, I am

a) aged (over 65 years old). *See attachment 3;*

b) disabled (diagnosis of lung cancer in China where I was hospitalized and diagnosed with lung cancer in 2005 and the diagnosis was confirmed in the Untied States in 2006. *See attachment 4, 5.* Disability is defined by SSA's regulation as "An individual age 18 and older is 'disabled' if he or she has a medically determinable physical or mental impairment, which results in the inability to engage in any substantial gainful activity; and can be expected to

result in death, or has lasted or can be expected to last for a continuous period of not less than 12 months." Not only my age 86 prevents me from engaging in any substantial gainful activity, my lung cancer also has reduced me to a weak, sick person with physical impairment. I am barely able to walk fast and for long. If the average survival period for a male lung cancer patient is 8 months, my life span is very limited now.

c) "With little or no income for basic needs such as food, clothing and shelter": My previous SSI was my only income for my daily basic needs. After my SSI was stopped because of my hospitalization in China from May 2005 to Feb. 2006, I could hardly pay my rent and my daughters have been paying for my rent for months. *See attachment 6.* I have no other social benefits, or income or free food and shelter. As I stated in my reapplication, my living with my daughter Gina Fay at 89-20 Apt. 5E Elmhurst, NY 11373 to avoid the pollution in my home had nothing to do with my normal financial situation. Even living with my daughter for a short period of time, I paid for my food and the utilities. In other words, I am financially completely independent and the address above is my real home. Without SSI, I will have nothing to live on. *See attachment 7.*

III. The regulation on suspension of SSI states, "Except for certain students temporarily abroad for study purposes or a child of military parents stationed abroad, an individual is not eligible for SSI benefits for any month during all of which he has been outside the United States. Once an individual has been outside the United States for 30 consecutive days or longer, he must be present in the United States for 30 consecutive days to be eligible for SSI benefits."

a) My absence from the United States was not for any gainful activities such as business, employment or social activities. I was hospitalized for an emergency – a surgery on gallbladder—and I was bed ridden for months. At the same time, I was diagnosed with lung cancer in Shanghai, China in 2005. I could not simply come back to the US as I had planned. *See attachment 8.* Moreover, my lung cancer was caused by a federal poison – dioxin— after the federal agents came to poison our food and drinks in 2004. *See attachment 9.* These are all uncontested facts filed at US Court of Federal Claims (case no: 04-119 & 05-532). In fact, US Supreme Court ruled to protect my daughter's legal right in 2005 (case no: 02-10717) and to prove the top legal fraud committed in 2003.

b) I came back to the United States on Feb. 10, 2006 as soon as I was discharged from the hospital. *See attachment 10.* After 30 consecutive days back in this country, I should have been eligible for SSI again since March 2006.

c) My hospitalization left me a pile of medical bills. *See attachment 11 (only part of the health cost).* My increase in living cost, according to SSA regulation, should have allowed SSA to raise my SSI payment rather than denied my SSI

2

reapplication. *See attachment 12.* Moreover, even my medical insurance was stopped after my SSI was suspended in Jan. 2007 when I needed medical treatment the most for the deadly disease. *See attachment 13.*

I will be most grateful if SSA, in consideration of the legal ground and facts presented above, grants my appeal to resume my SSI in compliance with the US Constitution and international human right law, as well as my constitutional right, the right to life. *See Amendment 14 to US Constitution.*

Thank you.

Sincerely,

Dehou Fei

3

XL0218 (09/97)   NOTICE NUMBER: N021X66928   *****

SENIORWORKS CENTER   (84)
109 EAST 16TH STREET, 1ST FLOOR
NEW YORK, NY 10003

**NOTICE OF DECISION ON YOUR
PUBLIC ASSISTANCE, FOOD STAMPS AND
MEDICAL ASSISTANCE.**

$\#$. 16

SI USTED DESEA RECIBIR NOTIFICACIONES FUTURAS
EN ESPANOL, POR FAVOR PONGASE EN CONTACTO
CON SU TRABAJADOR(A).

PROGRAM CODE = 084

| NOTICE NUMBER:<br>N021X66928 | DATE:<br>April 8, 2008 | CASE NUMBER:<br>008237522B |
| --- | --- | --- |

| OFFICE<br>084 | UNIT | WORKER<br>00000 | UNIT OR WORKER NAME | TELEPHONE NO.<br>212-835-8445 |
| --- | --- | --- | --- | --- |

| **AGENCY TELEPHONE NUMBERS** | **CASE NAME / AND ADDRESS** |
| --- | --- |
| GENERAL TELEPHONE NO.<br>FOR QUESTIONS   212-835-8445<br>OR HELP | |
| OR  Agency Conference   212-835-7073 | |
| Fair Hearing<br>information and   212-835-7073<br>assistance | FEI DEHOU<br>3736 10TH AVE, 2H<br>NEW YORK, NY 10036 |
| Record Access   212-835-7691 | |
| Child/Teen<br>Health Plan   888-692-8662 | |

IF YOU DO NOT AGREE WITH ANY DECISION EXPLAINED IN THIS NOTICE, YOU HAVE A RIGHT TO ASK US
FOR A CONFERENCE AND/OR ASK THE STATE FOR A FAIR HEARING. READ THE CONFERENCE AND/OR
FAIR HEARING SECTION TO SEE HOW TO ASK FOR A CONFERENCE AND/OR A FAIR HEARING.

## PUBLIC ASSISTANCE

Beginning April 19, 2008, your public assistance benefits will be **CHANGED.** Your
old benefit amount was $352.00; your new benefit amount is $334.00. If the
benefit amount is the same, you should compare the New Amount and Old Amount
columns to see the change(s).

Your monthly public assistance benefit of $334.00 will be distributed as follows:

| | **New Amount** | **Old Amount** |
| --- | --- | --- |
| o  Monthly cash grant: ........................ | $137.00 | $137.00 |
| o  Restricted shelter payment: ................. | $197.00 | $215.00 |

If you have any changes in your household such as increased rent or someone else
moving in, tell your worker right away. A change in your household could mean a
change in your benefit amount.

Please see the budget calculation section of this notice for an explanation of how
we figured your benefit amount.

This decision is based on Regulation 18 NYCRR 352.29.

Your public assistance will be **CHANGED** because:

o  Your household has had a change in housing costs.

   This decision is based on Regulation 18 NYCRR 352.1.

o  There has been a change in how your public assistance benefits are
   distributed.

237      01D047                      CONTINUED ON THE NEXT PAGE ...

8/27/07
China Embassy
2201 Wisconsin Ave. NW
Suite 110
Washington, DC 20007

*Att. 17*

**Dear President Hu Jintao of the People's Republic of China:**

You must have not forgotten the first open letter I sent you on Sept. 20, 2006 to verify
the task team you sent to the United States to abduct me. As a US citizen, I was
shocked to hear the news and refused to believe it could be the truth since the Chinese
government had repeatedly criticized foreign interference with its domestic human
right issues and China had opposed any form of terror throughout the world. Though
infused with respect and sincerity, my letter raised the most serious legal issues
related to international human right law, the US immigration law, the Chinese
anti-corruption law, and above all, my constitutional rights. It, therefore, demanded
your immediate response or thorough clarification.

However, you never responded to my letter faxed to you through China's embassy in
Washington DC and mailed to you through China's NY Consulate, nor did you
respond to the inquiries made by NY Senators on my behalf. I even talked on the
phone to an assistant to China's NY Consul about the abductions. Up to now, I have
never received any denial of the terror on the US soil against US citizens.

Your silence did not mean the end of the terror. Again and again, you sent secret
agents across the Pacific to kidnap or kill me after I protested the terror and reminded
you of your responsibilities and reputation related to these events. Ignoring my
admonition again, you escalated the violence by sending another abduction team to
New York City on Feb. 16, 2007 to either kidnap me or kill me. It was the joint effort
of NYC Mayor and NY Senators that deterred the terror you masterminded so
unscrupulously and persistently. The whole world will be shocked to know that the
top leader of a big rising country driven by modernization will be motivated by the
most primitive – money – to commit and repeat such reprehensible crimes in another
big country where the anti-terror war is in full swing and human rights remain the
logo in its diplomacy.

If the US government gave you $ 27 million[1] from my case in 2006, this
administration retrieved $24 million[2] from you in March 2007 to correct the mistake.
From the very beginning you knew in your heart that my case had nothing to do with
you or China and I do not owe China a penny for my legal immigration and advanced
education in the United States. In short, you have no ground whatsoever to claim me.

---

[1] Of the $27 million, $ 7 million was sent by and for a US attorney David Cohen to open his own
bank account in 2006.
[2] You decided to hold $3 million for the cost of repeated abductions.

If I was not misinformed, you have never stopped your effort to snatch back the money through various channels such as the US-Sino trade negotiations or the Strategic Talks between the two countries, as if these were your opportunities to make your lost-and-found inquiries. When my protest became louder and you felt the scandal might jeopardize your presidency, you started searching for a killer to shoot me to death. Did you try to hire that one again in San Francisco, who killed a Chinese named Yi Liang (or Liang Yi) in 2006?

In addition to violence, you also tried to have me illegally deported from the US regardless of my US citizenship, the US immigration law, and the US Supreme Court's recent case law on deportation standards (see *Lopez v. Gonzales)*. You left no stone unturned in finding fault with me, but you failed again and again in your search for any legal, financial or political excuse for deportation. You then tried to make up some "evidence" to accuse me of "subverting your leadership in China." There is a Chinese saying, "To convict somebody, accusations are always available." However, I still saw through and foiled your schemes by keeping other innocent people away from the dangerous trap you designed, but I keep fighting through open, effective and legitimate channels.

Finally, you decided to have me kidnapped and killed no matter you could have an excuse or not. Your current abduction team formed by seven special agents arrived in the United States last week. They are hiding in NYC now, ready to pounce upon me whenever there is a chance. This time, according to the tip I received, your plan was to have me abducted and sent to Thailand through a cruise. Then you will have me killed or poisoned to death there. Your next step is to have my family members killed one by one no matter they are in China or in the United States. It is upon the piles of our bloody money or the plundered American tax dollars you imagined to build up your wealth, consolidate your power, and enjoy your peace of mind.

I suggest a legal panel be formed by the Chinese and the US government to thoroughly investigate the allegations I stated above. I believe the panel will collect more than sufficient evidence and witnesses to convict you. As the top leader of China, but a Chinese citizen as well, you should never fail to see the severe legal consequences you will face, the unavoidable financial responsibilities you have to take, and the far-reaching political impact you need to consider in order to resolve this case properly and promptly as the law demands:

**1. Legal Consequences:**

Your top ranking position in China does not elevate you above the law or make you legally superior to me, an ordinary US citizen. We are equal under law, no matter if we are under the Chinese law, the US law or the international human right law. Chapter One, Article 5 of China's Constitution states that the People's Republic of China is "a socialist country ruled by law." Article 33 under Fundamental Rights and Duties of Citizens of the Constitution further states: "All citizens of the People's

Republic of China are equal under the law. The state respects and guarantees human rights. Every citizen is entitled to the rights and at the same time must perform the duties prescribed by the Constitution and the law."

The XIV Amendment of the US Constitution also specifies the fundamental right to equal justice and due process for each US citizen, "No state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any state deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws."

The nature of international human right law is clearly published on the UN web site: "Human Rights are universal legal guarantees protecting individuals and groups against actions which interfere with fundamental freedoms and human dignity. Some of the most important characteristics of human rights are that they are:

- guaranteed by international standards;
- legally protected;
- focus on the dignity of the human being;
- oblige states and state actors;
- cannot be waived or taken away;
- interdependent and interrelated; and
- universal." [3]

Pursuant to Title 18, Chapter 1, Chapter 55, Sec. 1201 (a) of the US law, "Whoever unlawfully seizes, confines, inveigles, decoys, kidnaps, abducts, or carries away and holds for ransom or reward or otherwise any person, except in the case of a minor by the parent thereof, when— (1) the person is willfully transported in interstate or foreign commerce, regardless of whether the person was alive when transported across a State boundary if the person was alive when the transportation began shall be punished by imprisonment for any term of years or for life and, if the death of any person results, shall be punished by death or life imprisonment." I am consulting with legal professionals and contacting US authority for further actions. I fully believe that this country is united to take actions effectively to wipe out any foreign terror on the US soil to protect its people and its sovereignty. The US Constitution Preamble states, **"We the people of the United States, in order to form a more perfect union, establish justice, insure domestic tranquility, provide for the common defense, promote the general welfare, and secure the blessings of liberty to ourselves and**

---

[3] This definition is from "The United Nations System and Human Rights: Guidelines and Information for the Resident Coordinator System" approved on behalf of the Administrative Committee on Coordination (ACC) by the Consultative Committee on Programme and Operational Questions (CCPOQ) at its 16th Session, Geneva, March 2000.

**our posterity, do ordain and establish this Constitution for the United States of America**."

At the same time, I reserve the right to file a civil case against you at the US federal district court for the damages caused by the repeated kidnap and killing conspiracies you designed against me and my family. You, wielding the military power of a big country, have inflicted tremendous mental anguish, stress, as well as psychological trauma on us over the past two years. Your terror attacks also have cost this country and NYC a big part of their anti-terror resources in their emergent actions and long-term investigations. Each time when an abduction attempt was defeated and we wanted to get back to our peaceful lives, you sent out another task team to put us into an endless crisis only because you need to murder for money and you need to kill for cover-up. I also reserve the right to file civil cases for any damages if you retaliate against my family members and relatives in China or in the US who are completely innocent and irrelevant to this case.

Please tell all the truth to the 1.3 billion Chinese people, nothing but the truth, asking the Chinese voters if they want to keep you in the top leading position of this country, and more specifically, if they want to entrust you again with the leadership in the nationwide anti-corruption movement. Confucius said, "If you lead the people with correctness, who will dare not be correct?" Let the law and your people decide if your position should be "subverted." Of course, it takes more courage to do so than the guts you had in designing kidnap and killing on the US soil. By the Chinese law, you should also report the truth to Central Committee of the Chinese Communist Party and be subject to the decision by the Discipline Inspection Commission of the Chinese Communist Party.

**2. Financial Responsibilities:**

As I reiterated in my letters or reports submitted to the US government or Congress, my civil right case has nothing to do with China and China has no ground whatsoever to claim me or cut any share from my compensation which was decided by the US Supreme Court's ruling (02-10717) and President Bush approval (case no: 04-119 & 05-532 filed at US Court of Federal Claims). I, therefore, formally declare again that I will not accept any illegal deal(s) imposed on my case to comply with the US Constitution Article 1, Sec. 9 "**No money shall be drawn from the treasury, but in consequence of appropriations made by law; and a regular statement and account of receipts and expenditures of all public money shall be published from time to time.**" I have to advise you against your illusion about any financial gain from American tax dollars or the justice rendered to me. I need to be faithful to the US Constitution and I need to be helpful in China's anti-corruption movement. By the way, I have updated my will and found my legal representatives to protect the justice we deserve and to serve the interest of American people whose tax dollars are the real source of the fund. In my will, I specified my contributions in the United

States and even in China before I receive my relief. For instance, I would like to donate scholarships to the most promising students at two rural schools in China where I used to teach and knew how badly the people there need help.

As the top leader of China, you definitely know that your individual benefit should not be mixed with China's national interest, nor should the international trade with international human rights, nor the power with the law. Accordingly, I am urging you to report the financial cost caused by the repeated abductions in the United States to the Central Committee of the Party and to the State Council. I am also urging you that you call off your task team back to China immediately to repair the Sino-US relationship and to reduce the financial burden on the Chinese people and on the American people.

During his recent visit to China, the US Secretary of the Treasury Henry Paulson was led to see the poverty in one of China's inland provinces Qinhai. If many Chinese are still struggling under the poverty line, why did you waste so many US dollars from the state treasury to repeatedly finance the cross-Pacific crimes for your own gain rather than help the poor in your own country in their survival?

### 3. Political Impact:

Since you came into power in 2002, we overseas Chinese have been pleased to see China's fast economic growth continued and Chinese people's living standard upgraded. However, the recent news about the human rights in China has been disappointing or even devastating. A report by Human Rights Watch said, "Human rights conditions in <u>China</u> deteriorated significantly in 2006, with about 100 activists, lawyers, writers and academics subjected to police custody, house arrest, incommunicado confinement, pressure in their jobs and surveillance by plainclothes security forces."[4]

If I have not witnessed the real human rights condition in China, I can imagine the reality by looking at how outrageously you tried to deprive me of my human rights even I am a US citizen living on the other side of the Pacific. You may know better than anybody else in the world about the joint effort this administration and Congress made to have a Chinese scholar Yang Jianli released from China. We were excited to see Yang united with his family days ago in this country. Were you moved to see the protection a Chinese citizen received on the US soil? What a sharp contrast between Yang Jianli's case and my case! While Yang is a Chinese citizen, I am a US citizen; while Yang received so much protection of his human rights by Americans, my human rights were repeatedly threatened by you, the Chinese top leader; while the protection of Yang's human rights is for political reasons, the abduction of me is for your individual financial gain; while Yang was released through diplomacy, I was almost finished by violence. Former President Jimmy Carter may have best illustrated

---

[4] See Washington Post A 10 Jan. 12, 2007.

why the human rights in the United States remain the fundamental rights of all US citizens when he said, "America did not invent human rights. In a very real sense... human rights invented America."

Taking the advantage of writing you this open letter, I am urging you to give the top priority to human rights in this most populous country where the most precious resource is its 1.3 billion intelligent and industrious Chinese people. Only by forming a government "of, by and for the people" will you be able to solve problems in health care, environment, energy and be able to strengthen the growth in economics and culture. You cannot keep your people's minds open in science and technology while you keep their mouths shut in politics and law.

In sum, the kidnap and killing conspiracies you directed against me have shed light on the seamy side of China under your leadership — limited human rights, rampant corruption, outrageous violence, and suppressing dictatorship. As a Chinese saying goes, "It is never too late to join the revolution." Is it time for you to ignite a profound revolution deep in your soul when you have to face the legal consequence, take the financial responsibilities and perceive the political impact related to my case? As I stated above, I will expect a bilateral effort and joint force from both governments to thoroughly investigate this case and to completely wipe out the terror from you. I will expect you to take actions properly and promptly to resolve this case as the law demands. Please feel free to contact me if you need further information.

Thank you.

Sincerely,

Faye Zhengxing, Ph.D.

P.S. Before I send you this open letter, China's embassy in Washington DC has made its online contact dysfunctional. However, I will still send it out through other channels. Please do not adopt an "ostrich policy" toward your crimes and crisis.

6

*Please forward this letter to President Bush immediately!*
*SOS! Thanks!*
*A#. 18'*

1/21/08

3736 10th Ave. Apt. 2H
New York, NY 10034
Phone & Fax: 212-567-2713
Cell Phone: 646-826-9930

Dear President Bush:

When you completed your trip to the Middle East, we all hope that the peaceful coexistence between Israel and Palestine will gradually wipe out the breeding ground of terror in the world. While I definitely see the far-reaching significance of your strategic plan for the anti-terror war, I have to report to you again that I, who donated the $500 million compensation from China to the US anti-terror war, have been endlessly attacked by a kind of domestic terror.

Now it is 3:06 AM, but I could not sleep at home, because a federal agent directed by a US attorney David Cohen, has been shooting electric beams at me from upstairs (Apt. 3H at the address above), which causes my stomach trouble, stuffy chest, muscle pain and lymph node pain. Over the past 3 months, I had to repeatedly report to the local police about the invisible secret attack. The police actually saw the portable equipment used by a federal agent upstairs last October. This kind of invisible electric beams can penetrate the floor to target a human being downstairs or upstairs. Repeatedly Cohen ordered the police not to protect me when he pretended to be the federal authority, maybe through other federal agents.

At the end of last October, Cohen even manipulated the local police to drag my father and me to hospitals after I called 911 for help, labeling me a mental patient who had delusions. I was thus illegally detained at NY State Psychiatric Institute for 50 days. Fortunately, Dr. Sarti, a senior psychiatrist, had me discharged on Dec. 19, 2007, because he believed I had only anxiety caused by the harm rather than any mental illness.

Please verify the truth by calling the 34th Precinct of NYPD at 212-927-9711; fax: 212-927-0406. Please tell the police that Cohen's attack does not represent the federal government's law enforcement, because the federal government will not and should not harm its own citizens. As I reported to you before, David Cohen's real purpose is to threaten me and force me to promise him a commission or kickback from the compensation you approved to settle my civil right case in light of the ruling by the US Supreme Court (02-10717) issued in 2005.

Since I could not violate the law, Cohen has been trying all his means to harm me and he has been stalling my relief for two years. If I was not misinformed, China's President Hu Jintao has been collaborating with Cohen in Hu's continued effort to kill me for retaliation and for the tens of millions of dollars they both have been so obsessed with. Recently President Hu sent $3 million as bait from China to a third

1

country for Cohen to further stall my relief and to finally steal the money again from the US. He planned again to kill me by hiring the killer in California. Cohen had planned to run away to Europe when their conspiracy was materialized. Please imagine how many government secrets or how much confidential information Cohen will sell to harm the United States. Please find out how Cohen confessed the truth to Attorney General Mukasey.

To have a good grasp of information on the conspiracy and collaboration between President Hu and Cohen will give the US government a cutting edge in handling China, a rising rival in military power, trade, politics and economy. Not only will it necessarily protect our national interest, it will also tremendously support China's anti-corruption movement and enhance the international human right situation. The Unites States will successfully move forward in the world by standing by the law and supporting justice. The United States is too powerful and beautiful to resort to any illegal or criminal means to succeed internationally.

May I ask you again to investigate this case thoroughly and stop the crimes completely? You will do this country a big favor by putting Cohen under close surveillance. By law he should have been prosecuted after he sent $7 million abroad from my approved compensation to open his own bank account in 2006.

I am asking the US government and US law to protect my human rights. I want to work at home and need to sleep at home like a human being. If you need further information, please feel free to contact me at the address above. Please trust me as a responsible US citizen who told you nothing but the truth in good faith.

Thank you very much for protecting this country and my life. Please take prompt actions to stop the crimes immediately!

Sincerely,

Faye Zhengxing, Ph.D.

CC: Attorney General Mukasey

4/10/08

20 Chesapeake Street, SE
Apt. 33
Washington, DC 20032
Phone: 646-826-9930

Dear President Bush:

Thank you so much for protecting me when China's abduction team came last August to kidnap, transport, and kill me. However, the danger is far from being over. No matter how many times I have stated that my individual case or compensation should not be involved in the relationship between the two big countries, the cruel reality is not changed: China's President Hu Jintao will never give up his retaliation after he paid the US government $500 million for his violation of the US sovereignty and of my human rights in 2006 and 2007. I have no money, no power, no legal ground and no relationship with him to satisfy his financial desire. Please tell him to stay away from me and my family forever!!!

Since President Hu is wielding the military power of a big country, my life is in danger all the time. He did not deny the fact presented in my second open letter that he masterminded the killing of Yi Liang, a political dissident in San Francisco, in 2006. He may hire the same killer to shoot me. While I am still supporting an "equal and mutually beneficial" US-China trade relationship, I suggest that the United States fine President Hu heavily and fight the terror heroically if he dares to mastermind any killing or kidnap on the US soil again. We have spent so much in the world for our anti-terror war. We need more financial power to win the war and to deter terror completely. At the same time, please also inform all the people on the planet of the truth about my life and death. Of course, the best way to relax the tension is through your administration's diplomacy.

Now there are two people in the world who have motive and means to kill me. One is China's President Hu as stated above and the other is the US attorney David Cohen for the same financial windfall he has been madly obsessed with. They are collaborating with each other. If I was not misinformed, President Hu wants to use Cohen as a "knife" to kill me and to dig deep into the US Treasury. Cohen, in return, needs him to send our tax dollars to a place beyond the rule of US law. He did send $7 million to China in 2006 to open his own bank account. I reported it to the General Inspector of Dept. of Justice, but no investigation was conducted to stop him.

At present, Cohen is posing a more imminent threat to me, depriving me of my Constitutional right to "life, property, and liberty." Cohen has been directing the electric charge at me since Oct. 2007. This kind of electric attack causes pain in various parts and organs of my body. It also produces high pressure to cause a stuffy chest and stomach trouble. It lowers my immunity and has deprived me of numerous nights of sleep. When my father and I were dodging the attack in the hallway, Cohen bribed one of my neighbors who violently crashed our stool without any reason and

1

later physically assaulted me and injured my left wrist. By the way, the stairs and apartments are on both ends of the building. So our stay in the middle hallway does not bother anybody or in anybody's way. To make sure I cannot sleep, Cohen also directed the electric charge from both upstairs (from Apt. 43) and downstairs (from Apt. 23). I will be most grateful if you could call our local police immediately at 202-373-3700 to stop the crime.

In order to grab my apartment, Cohen manipulated the Homeowners' Association to send my maintenance bill to my sister's address repeatedly. When I paid my fee anyway, he told the association to return my fee to my father's address. He seems to have assumed that he is the owner of my home.

In addition, Cohen also manipulated the district court to send all the legal documents of my case to my father's NYC home. Since I did not receive DOJ's pleading in time, I lost my time and right to respond. But my case is still strong in jurisdiction and merit because I complied with the law in good faith. Under his direction, however, Dept. of Justice's pleading became invalid, because it missed its deadline time and again. *See case 07-1918 filed at District Court for DC.* Please find your better US attorneys with integrity to resolve my cases. PLEASE!

Cohen even targeted me with the electric charge from the basement when I was staying in the nearby public library. When I stayed on the staircase to read, he told the librarian to force me into the reading area where Cohen can attack me from the basement. A NYPD policeman Soto at 212-927-9711 said I had radiation on my body which attracts the electric charge. The electric attack is a torture and lingering killing!!! SOS!

Cohen did not even show any mercy to my 87-year-old father with lung cancer, who is sleeping under our dining table covered with metal pots, pans and foil plates filled with water. We are suffering tremendously after we made our best contribution to this country. My father's invention should have saved or prolonged millions of lives if Cohen had not manipulated the US Patent Office to unlawfully abandon it in 2005.

Do you know Cohen, a US attorney with high salary, was living free for a long time in my home at the address above while I was taking care of my father in NYC and footing the $326 maintenance bill each month? After being viciously attacked by Cohen's electric charge in NYC, my father and I came back to my DC home on Feb. 3, 2008. Now Cohen is trying all means to oust me out of my home. Now it is 3 am, I could not sleep and I am writing you this letter in the hallway. SOS!

President Bush, if you, in light of the US Supreme Court's ruling on my case (02-10717), approved the relief to settle my case (04-119 and 05-532 filed at the US Court of Federal Claims) as a non-prosecution plea deal in 2005 and 2006, please render me justice immediately. After having no income whatsoever for over 6.5 years

and after being labeled as an independent contractor, I am in debt already, facing a crisis for survival. The independent contractor label deprived me of even food stamps and any unemployment compensation. Please make this historic case part of your legacy.

Please keep the US human rights record the best in the world; please protect the rule of law in this country and let the US Supreme Court's ruling prevail. My case is a great cause. Before you start an investigation, <u>please remove Cohen from my cases immediately to avoid serious conflict of interests and stop his crimes!</u>

Thank you very much for taking immediate actions to save our lives and protect our country. SOS!

Sincerely,

*Faye Zhengxing*

Faye Zhengxing, Ph.D.

CC: Attorney General Mukasey

3